IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          )      Chapter 11
                                                )
RALPH ROBERTS REALTY, LLC, *et al.*[1]          )      Case No. 12-53023
                                                )      (Jointly Administered)
                                                )
        Debtors.                                )      Judge Thomas J. Tucker
_____ )

## NOTICE OF FILING FOURTH PLAN SUPPLEMENT –
## PENDING LISTINGS

PLEASE TAKE NOTICE THAT Ralph Roberts Realty, LLC and Ralph R. Roberts (the

"Debtors"), by and through Gold, Lange & Majoros, P.C., their undersigned attorneys, hereby

submit the attached Exhibit 1 – Fourth Plan Supplement – Pending Listings, which is a list of all

of the Debtors' listings for which a sale is currently pending, but has not yet closed, and with

respect to which the Debtors will be entitled to commission income upon closing.

Dated: October 1, 2012

                                GOLD, LANGE & MAJOROS, P.C.

                                /s/ Hannah Mufson McCollum
                                HANNAH MUFSON MCCOLLUM (P67171)
                                Attorneys for Ralph Roberts Realty, LLC
                                24901 Northwestern Hwy., Suite 444
                                Southfield, MI 48075
                                (248) 350-8220
                                hmccollum@glmpc.com

---

[1] This case is jointly administered with the case of Ralph R. Roberts, Case No. 12-53024.

# EXHIBIT 1

# PENDING LISTINGS

| MLS Number | Street # | Street Name | Status | StatusDate | Price | Expire Date | List Agent | Prop Type | Manage Photos | Virtual Tour | Docs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212068408 | 24517 | JOHN R | PEND | 9/24/2012 8:27:04 AM | $34,900 | 1/3/2013 | RALPH ROBERTS | CM | 4 | | View Upload |
| 212001725 | 505 | 9 MILE | PEND | 9/21/2012 6:28:57 PM | $224,900 | 1/5/2013 | RALPH ROBERTS | CM | 6 | | Upload |
| 212080071 | 43809 | STONEY | PEND | 8/16/2012 9:57:39 AM | $105,000 | 2/2/2013 | RALPH ROBERTS | CO | 10 | | Upload |
| 212067518 | 25641 | CRIMSON | PEND | 8/27/2012 2:35:55 PM | $850 | 6/20/2013 | BRYAN FLINT | CO | 25 | | View Upload |
| 212091434 | 23575 | BOLAM | PEND | 9/27/2012 8:42:17 AM | $38,900 | 10/12/2012 | RALPH ROBERTS | RS | 10 | | View Upload |
| 212085316 | 19260 | BROADACRES | PEND | 9/27/2012 9:44:18 AM | $59,900 | 11/30/2012 | RALPH ROBERTS | RS | 13 | | View Upload |
| 212081793 | 29531 | QUINKERT | PEND | 8/30/2012 1:47:56 PM | $995 | 8/7/2013 | BRYAN FLINT | RS | 25 | | View Upload |
| 212081754 | 1228 | WYANDOTTE | PEND | 8/13/2012 1:01:07 PM | $750 | 8/7/2013 | BRYAN FLINT | RS | 23 | | View Upload |
| 212081702 | 25800 | PINE VIEW | PEND | 8/28/2012 3:43:27 PM | $1,100 | 7/8/2013 | BRYAN FLINT | RS | 25 | | View Upload |
| 212081663 | 1540 | MADGE | PEND | 8/30/2012 1:46:58 PM | $750 | 8/7/2013 | BRYAN FLINT | RS | 21 | | View Upload |
| 212079525 | 27724 | WAGNER | PEND | 8/28/2012 10:08:34 AM | $69,900 | 10/26/2012 | RALPH ROBERTS | RS | 6 | | View Upload |
| 212079069 | 3484 | EAGLE | PEND | 8/1/2012 8:15:27 AM | $140,000 | 2/28/2013 | RALPH ROBERTS | RS | 7 | | Upload |
| 212079013 | 27685 | CEDAR GLEN | PEND | 8/31/2012 7:28:28 AM | $149,900 | 10/5/2012 | RALPH ROBERTS | RS | 3 | | View Upload |
| 212074171 | 7201 | ALPINE VIEW | PEND | 8/22/2012 6:24:45 PM | $190,000 | 9/17/2012 | RALPH ROBERTS | RS | 22 | | View Upload |
| 212073094 | 15837 | GARDENIA | PEND | 9/18/2012 8:08:01 PM | $324,900 | 12/3/2012 | RALPH ROBERTS | RS | 17 | | View Upload |
| 212072321 | 35636 | SHOOK | PEND | 8/29/2012 5:30:06 PM | $79,900 | 12/1/2012 | RALPH ROBERTS | RS | 15 | | View Upload |
| 212064807 | 11009 | 23 MILE | PEND | 7/23/2012 4:24:06 PM | $850 | 6/23/2013 | BRYAN FLINT | RS | 25 | | View Upload |
| 212060121 | 21409 | SCOTIA | PEND | 6/28/2012 10:04:15 PM | $950 | 6/12/2013 | BRYAN FLINT | RS | 25 | | View Upload |
| 212052483 | 4310 | LEROY | PEND | 7/2/2012 2:49:27 PM | $1,095 | 5/22/2013 | BRYAN FLINT | RS | 24 | | View Upload |
| 212044074 | 10754 | GULLEY | PEND | 8/3/2012 8:07:10 AM | $59,900 | 11/9/2012 | RALPH ROBERTS | RS | 1 | | View Upload |
| 212041986 | 9119 | GARFIELD | PEND | 7/30/2012 4:42:33 PM | $110,000 | 4/26/2013 | RALPH ROBERTS | RS | 20 | | View Upload |
| 212037880 | 49129 | PENINSULAR | PEND | 6/11/2012 5:40:57 PM | $254,900 | 4/16/2013 | RALPH ROBERTS | RS | 25 | | View Upload |
| 212036765 | 8650 | PAIGE | PEND | 9/26/2012 1:38:27 PM | $24,900 | 10/4/2012 | LANETTE LOUWERS | RS | 10 | | View Upload |
| 212035188 | 368 | HARVEY | PEND | 5/10/2012 4:26:10 PM | $114,900 | 4/9/2013 | RALPH ROBERTS | RS | 10 | | View Upload |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 212032250 | 4548 | SEDONA | PEND | 4/23/2012 9:14:29 AM | $230,000 | 9/27/2012 | RALPH ROBERTS | RS | 3 | View Upload |
| 212029096 | 2095 | YORKSHIRE | PEND | 3/23/2012 2:13:57 AM | $150,000 | 9/22/2012 | RALPH ROBERTS | RS | 3 | View Upload |
| 212027523 | 4251 | JOLIET | PEND | 6/1/2012 4:20:11 PM | $750 | 3/18/2013 | BRYAN FLINT | RS | 23 | View Upload |
| 212024977 | 3232 | INDIAN LAKE | PEND | 5/17/2012 11:49:38 AM | $220,000 | 9/11/2012 | RALPH ROBERTS | RS | 25 | View Upload |
| 212023844 | 623 | PARK | PEND | 4/23/2012 4:03:52 PM | $1,400,000 | 9/7/2012 | RALPH ROBERTS | RS | 22 | View Upload |
| 212022508 | 25688 | FERN | PEND | 9/20/2012 9:16:21 AM | $18,900 | 9/30/2012 | RALPH ROBERTS | RS | 8 | View Upload |
| 212017209 | 32239 | GROAT | PEND | 3/2/2012 11:18:38 AM | $144,900 | 2/17/2013 | RALPH ROBERTS | RS | 20 | View Upload |
| 212011888 | 47806 | PAVILLON | PEND | 6/11/2012 5:39:53 PM | $279,900 | 3/2/2013 | RALPH ROBERTS | RS | 25 | View Upload |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by **Realcomp II Ltd.** for LISA PEARCY
Server RCO9 (67481940)



## Listing Information

#212068408Ad:24517 JOHN R RD          COM    PEND          ERTS/FS          $ 34,900 S
C: HAZEL PARK 48030-1141          Map: AE 29 Loc:S 10 MILE W JOHN R          Area: 02257
Dir: ON THE WEST SIDE OF JOHN R BET 9 AND 10 MILE          Protect: 180
Lot Size: 60X100          Acr: 0.14    Front Ft: 60          Addl Doc: N          # Units: 1
Prop ID: 2526235040          Sch: HAZEL PARK          POS: IMMED          % Leased: 0
Legal: T1N, R11E, SEC 26 BUEHLER FARMS SUB LOTS 33, 34, & 35

| | | | |
|---|---|---|---|
| Tax: Sum: $1,984 | Win: $30 | Current Use: VACANT/WAS AN INSURANCE OFFICE | #Effic: |
| Year Built: 1951 | Oth/Spc: | APOD: | Inv. Incl.: | #1 BR: |
| Water Nm: | | Conf Zn: Y  Rnt Crt: N  Rstrct: N | Encrch: N | #2 BR: |
| Tot Bld SqFt: 1500 | | Main Bld SqFt: 1500 | Office SqFt: 1000 | #3 BR: |
| Mo Sales: 0 | Gross Inc: 0 | Oper Exp: 0 | Net Inc: 0 | Inv List: N |
| Soil Type: | | Sq Src: PRD | | |

Comp Arr:          Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC          586-751-0000          Short Sale: N
RALPH ROBERTS          Agt: 248-895-3897          Acc: APPT/LCKBX
Co-List: CHRIS KAYNE          Co-List Ph: 248-895-          Cnt: CHRIS KAYN          Ph: 248-895-3897
3897

### Agent Only Remarks

CALL 1-800-SHOWING TO SCHEDULE A SHOWING. WAS PREVIOUSLY USED AS AN INSURANCE          LC: N
OFFICE. HAS AMPLE PARKING AND A SEPERATE DOOR FOR THE BACK OF THE BUILDING. EASY          DWP:
SHOW. MIN 10% EMD FOR ALL CASH OFFERS, 5% FOR MORTGAGE. EMD TO BE IN CERT FUNDS          PAY:
AND HELD BY LISTING OFFICE. MUST USE ATTACHED DOCS TO SUBMIT ALL OFFERS. MUST USE          INT:
LENDER KNOWN TO LISTING OFFICE.          TRM:

### Features

Exterior: BLOCK/CONCR          Architecture: 1-ST          WaterFront Desc: No
Terms: CONV, CASH          Office Heat: FORCED AIR          Fuel Type: GAS
Zoning: COMMERCIAL          Water Heater: GAS          Water Sewer: MUN WAT, SEW-SANIT
Offerings: R EST ONLY

### Pending Information

Pend Date:9/20/2012          DOM:83  N
Sell Off. ID:          Sell Off:          Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/RenderDetail.asp?property... 9/28/2012



## Listing Information

#212001725Ad:505 W 9 MILE RD    **COM**   **PEND**        ERTS/FS     **$ 224,900 S**
C: HAZEL PARK 48030-1714    Map: **AE 30** Loc:**S 9 MILE E I-75**      Area: **02257**
Dir: **S SIDE OF W 9 MILE , E OF I-75**                                Protect: **180**
Lot Size: **180 X 105**       Acr: **0**    Front          Addl Doc: **N**     # Units: **2**
                                        Ft: **180**
Prop ID: **2535202005**              Sch: **HAZEL PARK**           POS: **AT CLOSE**    % Leased: **0**
Legal: **T1N, R11E, SEC 35 THOMAS BROS. OAKLAND HEIGHTS SUB LOTS 11 TO 16 INCL**
Tax: Sum: **$11,761**    Win: **$213**     Current Use: **PACKAGING / OTHER**           #Effic:
Year Built: **1951**     Oth/Spc:                  APOD:        Inv. Incl.:    #1 BR:
Water Nm:                        Conf Zn: **Y**   Rnt Crt: **Y**    Rstrct: **N**     Encrch: **N**    #2 BR:
Tot Bld SqFt: **22000**             Main Bld SqFt: **17124**    Office SqFt: **4948**                 #3 BR:
Mo Sales: **0**       Gross Inc: **0**                        Oper Exp: **0**    Net Inc: **0**    Inv List: **N**
Soil Type:                           Sq Src: **PRD**
Comp Arr:       Sub Agency: **Y 3%** Buyer Agency: **Y 3%** Transaction Coord.: **Y 3%** Ownership: **PRIVATE – OWNED**
336321 RALPH ROBERTS REALTY LLC       586-751-0000                        Short Sale: **Y**
RALPH ROBERTS                        Agt: 586-751-0000    Acc: **APPT**
Co-List: **DEBORAH LEE BJORKLY**       Co-List Ph: 586-751-    Cnt: **DEBORAH**        Ph: 248.765.2139
                                    0000

### Agent Only Remarks

approx 22000 sq ft industrial use building on W 9 mile includes garage and parking lot. Office     LC: **N**
space and other use space. Contact co-lister deborah for additional info and appt schedule.     DWP:
                                                         PAY:
                                                         INT:
                                                         TRM:

### Features

Exterior: **BLOCK/CONCR**        Architecture: **2-ST**       WaterFront Desc: **No**
Terms: **CONV, CASH**            Office Heat: **OTHER**     Fuel Type: **GAS**
Zoning: **LIGHT IND**              Water Heater: **GAS**       Water Sewer: **MUN WAT, SEW-SANIT**
Offerings: **R EST ONLY**

### Pending Information

Pend Date:**9/21/2012**                     DOM:**382 Y**
Sell Off. ID:                              Sell Off:               Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8



## Listing Information

#212080071 Ad: 43809 STONEY LN          CND   PEND              ERTS/FS        $ 105,000 S
Unit #:        Bldg #:    Map: F 12    Loc: S HALL RD W HAYES                   Area: 03101
C: STERLING HEIGHTS    48313-2261    Incl.--Water: Y Gas: N      BR: 2          Protect: 180
Dir: W ON SHORELINE OFF OF HAYES TO L ON COACHMAKER TO STONEY LN  Bath: 2      Lavs: 1
Prop ID: 1001408030      Sch: UTICA                             MBR: 14x12 U   LR: 19x11 E
Legal: CARRIAGE PARK AT LAKESIDE CONDOMINIUM, MCCP NO 278, UNIT 30  BR2: 12x11 U  GR:
Tax: Sum: $1,589 Win: $153 Assoc.              Assoc. Ph:        BR3:           FR:
                  Fee: $169 MONTHLY
Year Built: 1989          Oth/Spc:            Homestead: Y       BR4:           LB:
Water Nm:                 Adl Doc: N          Pos: IMMED         BFT:           DR:
Sq Ft: 1245               TBS:       FBS:     Src: PRD           KT: 15x09 E
Soil Type:                                    Working Capital: $ -
Comp Arr:      Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: N  Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC               586-751-0000      LD: 8/2/2012   Short Sale: N
RALPH ROBERTS                                 Agt: 248-895-3897  Acc: APPT/LCKBX  Gar: Y Ba: Y FP: N
Co-List: CHRIS KAYNE                          Co-List Ph: 248-895-  Cnt: CHRIS KAYN  Ph: 248-895-3897
                                              3897

### Agent Only Remarks

CALL 1-800-5HOWING TO VIEW THIS PROPERTY. ENJOY THE DECK ON THE BACK THAT    LC: N
OVERLOOKS THE LAKE. ONE OF THE BEST LOCATIONS IN THE COMPLEX. 2 BIG BEDRMS 2.1 BATHS.  DWP:
NEWER ROOF AND SIDING. MAKE THIS CONDO YOUR HOME. ASSOC DUES COVER WATER AND  PAY:
GARBAGE.                                                                      INT:
                                                                             TRM:

### Features

Exterior: BRICK, VINYL               Architecture: 2-ST              WaterFront Desc: No
Terms: CONV, FHA, CASH               Heating: FRCD AIR               Fuel Type: GAS
Bath Desc: 1ST F LAV, 2ND F BTH, MBR BTH   Garage: 2 CAR, ATT        Foundation: BASEMENT
Road Frontage: PAVED                 Water Sewer: MUN WAT , SEW-SANIT

### Pending Information

Pend Date: 8/16/2012                 DOM: 14  N
Sell Off. ID:                        Sell Off:                       Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/RenderDetail.asp?property...    9/28/2012



## Listing Information

| | | |
|---|---|---|
| #212067518 Ad: 25641 CRIMSON CT | CND  PEND | ERTS/FS |
| Unit #:    Bldg #:    Map: E 3 | Loc: S FRAHZO W SCHOENHERR | |
| C: WARREN   48089-4596 | Incl.--Water: N Gas: N | BR: 2 |
| Dir: I-696 TO SCHOENHERR EXIT SOUTH TO FRAZHO WEST TO CRIMSON CT. | | Bath: 1 |
| Prop ID: 1323433014 | Sch: VAN DYKE | MBR: 13x10 E |
| Legal: SUMMIT PLACE M.C.C.P. NO. 429 UNIT 14 BLDG. 7 L.5862 P.914-958 | | BR2: 11x11 E |
| Tax: Sum: $1,282 Win: $97 Assoc. Fee: $0 | Assoc. Ph: | BR3: |
| Year Built: 1995 | Oth/Spc: | Homestead: N | BR4: |
| Water Nm: | Adl Doc: N | Pos: 0 | BFT: |
| Sq Ft: 1022 | TBS:    FBS: | Src: PUB REC | KT: 12x12 E |
| Soil Type: | Working Capital: $ - | |

ERTS/FS   $ 850 L
Area: 03131
Protect: O
Lavs: 1
LR: 15x16 E
GR:
FR:
LB:
DR:

Comp Arr:    Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord.: Y .50% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC            586-751-0000            LD: 6/30/2012        Short Sale: N
BRYAN FLINT                                Agt: 586-222-8182       Gar: Y  Ba: Y  FP: N
Co-List:                                   Co-List Ph:             Cnt: SHOWINGTIM   Ph: 800-746-9464

### Agent Only Remarks

Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for the security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD. No landlord disputes or evictions please. Income is more important. Call Showingtime for all showings #800-746-9464. MUST Call Listing Agent or download for specific application and Steps. Listing Agent to Prepare Lease. Pets Negotiable with Pet Fee of $250.00.

LC: N
DWP:
PAY:
INT:
TRM:

### Features

| | | |
|---|---|---|
| Exterior: BRICK, VINYL | Architecture: 1-ST | WaterFront Desc: No |
| Terms: LEASE | Heating: FRCD AIR | Fuel Type: GAS |
| Cooling: CENTRAL | Water Heater: GAS | Interior Feat: CABLE AVL, PETS ALLOWED |
| Bath Desc: 1ST F BTH, 1ST F LAV | Other Rooms: LIVING RM | Appliances: STV, REF, DISHW, WASH, DRY, DISPSL |
| Garage: 1 CAR, ATT, OPENER | Foundation: BASEMENT | Basement Type: UNFINISHED |
| Exterior Feat: DECK, PRIV ENTRY | Road Frontage: PAVED | Water Sewer: SEW-SANIT |

### Pending Information

| | | |
|---|---|---|
| Pend Date: 8/27/2012 | DOM: 58  N | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RC07

http://www.realcomponline.com/asp/RenderDetail.asp?propertyi...    9/28/2012



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212091434Ad: 23575 BOLAM AVE | | **RES PEND** | **ERTS/FS** | **$ 38,900 S** |
| C: WARREN   48089-2232 | | Map: F 2   Loc: N 9 MILE W HAYES | | Area: 03131 |
| Dir: N OFF OF 9 MILE ONTO BOLAM | | | | Protect: 180 |

Lot Size: **80X155**    Acr: **0.28**    Front Ft: **80**    BR: **3** Bath: **2**    Lavs: **0**

Prop ID: **1325403032**    Sch: **EAST DETROIT**    MBR: **14x13 E**    LR: **16x21 E**

Legal: **BOLAM SUBDIVISION LOT 58 L.5 P.52**    BR2: **12x12 E**    GR:

Tax: Sum: **$2,330** Win: **$149**    Assoc. Fee: **$**    Homestead: **Y**    BR3: **12x10 E**    FR: **21x16 E**

Year Built: **1993**   Oth/Spc: **YES**    BR4:    LB:

Water Nm:    Adl Doc: **N**    Pos: **IMMED**    BR5:    DR: **14x10 E**

Sq Ft: **1500**    TBS: **0**    FBS:    Src: **ESTIMATE**    BFT:    KT: **12x11 E**

Soil Type:    % Wooded: **0**    % Tillable: **0**    % Tiled: **0**

Comp Arr:    Sub Agency: **Y 3%** Buyer Agency: **Y 3%** Transaction Coord.: **N**    Ownership: **PRIVATE - OWNED**

336321 **RALPH ROBERTS REALTY LLC**    **586-751-0000**    LD: **9/4/2012**    Short Sale: **N**

**RALPH ROBERTS**    Agt: **248-895-3897**    Acc: **APPT/LCKBX**    Gar: **Y** Ba: **Y** FP: **N**

Co-List: **CHRIS KAYNE**    Co-List Ph: **248-895-3897**    Cnt: **CHRIS KAYN**    Ph: **248-895-3897**

## Agent Only Remarks

**CASH ONLY. MUST CLOSE BY 10/10/12. CALL 1-800-SHOWING TO SCHEDULE A SHOWING.**   LC: **N**

**DIMENSIONS TO FOLLOW. GREAT FAMILY HOME. 3 bedroom 2 bath ranch with Family room. House**   DWP:

**was built in 1993. Huge 2 1/2 car garage plus to out buildings. Needs carpet and paint. 1000 sq ft of** PAY:

**basement space. MIN 10% EMD FOR ALL CASH OFFERS. EMD TO BE IN CERTIFIED FUNDS AND HELD** INT:

**BY LISTING OFFICE. MUST USE ATTACHED P/A FOR ALL OFFERS. CALL L/A FOR ADDENDUM.**   TRM:

## Features

| | | |
|---|---|---|
| Exterior: **BRICK, VINYL** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Bath Desc: **1ST F BTH, MBR BTH** | Garage: **2 CAR, DET** |
| Foundation: **BASEMENT** | Road Frontage: **PAVED** | Water Sewer: **MUN WAT , SEW-SANIT** |

## Pending Information

Pend Date:**9/24/2012**    DOM:**160 Y**

Sell Off. ID:    Sell Off:    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/RenderDetail.asp?property... 9/28/2012



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212085316 Ad: 19260 BROADACRES ST | **RES PEND** | | **ERTS/FS** | $ 59,900 S |
| T: CLINTON TWP   48035-3915 | Map: J 7 | Loc: S 15 MILE RD W | | Area: 03111 |
| | | **BEACONSFIEL** | | |

Dir: W OFF OF BEACONSFIELD ONTO BROADACRES

| | | | | | Protect: 180 |
|---|---|---|---|---|---|
| Lot Size: 51X111 | Acr: 0.14 | Front Ft: 51 | BR: 3  Bath: 1 | Lavs: 1 |
| Prop ID: 1133377007 | Sch: CLINTONDALE | | MBR: 12x9 E | LR: 14x12 E |
| Legal: 50-11-33-377-007 D 30 CHERYL GARDENS SUBN LOT 30. | | | BR2: 11x9 E | GR: |
| | | | BR3: 10x9 E | FR: 17x11 E |
| Tax: Sum: $1,186 Win: $688 | Assoc. Fee: $ | Homestead: Y | BR4: | LB: |
| Year Built: 1964   Oth/Spc: YES | | | BR5: | DR: |
| Water Nm: | Adl Doc: N | Pos: IMMED | BFT: | KT: 17x9 E |
| Sq Ft: 1200   TBS: | FBS: | Src: OLD LISTIN | | |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |
| Comp Arr:   Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: N | | | Ownership: PRIVATE - OWNED | |
| 336321 RALPH ROBERTS REALTY LLC | 586-751-0000 | | LD: 8/15/2012 | Short Sale: N |
| RALPH ROBERTS | Agt: 248-895-3897 | | Acc: APPT/LCKBX | Gar: Y Ba: Y FP: N |
| Co-List: CHRIS KAYNE | Co-List Ph: 248-895-3897 | | Cnt: CHRIS KAYN | Ph: 248-895-3897 |

### Agent Only Remarks

| | |
|---|---|
| CALL 1-800-SHOWING TO VIEW THIS HOME. WELL CARED FOR ALL BRICK RANCH HOME. NEWER | LC: N |
| ROOF AND WINDOWS. 2.5 CAR GARAGE. LARGE FAMILY ROOM AND AN OPEN FLOOR PLAN. MIN | DWP: |
| 10% EMD FOR ALL CASH OFFERS. 5% FOR ALL OTHER OFFERS. EMD TO BE IN CERT FUNDS AND | PAY: |
| HELD BY LISTING OFFICE. MUST USE ATTACHED P/A AND DOCS TO SUBMIT ALL OFFERS. BUYERS | INT: |
| LENDER MUST BE KNOWN TO THE LISTING AGENT. CALL FOR ADDENDUM. | TRM: |

### Features

| | | |
|---|---|---|
| Exterior: BRICK | Architecture: 1-ST | Style: RANCH |
| WaterFront Desc: No | Terms: CONV, FHA, CASH | Heating: FRCD AIR |
| Fuel Type: GAS | Bath Desc: 1ST F BTH | Garage: 2 CAR |
| Foundation: BASEMENT | Road Frontage: PAVED | Water Sewer: MUN WAT , SEW-SANIT |

### Pending Information

| | | |
|---|---|---|
| Pend Date:9/24/2012 | DOM:43 N | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

http://www.realcomponline.com/asp/RenderDetail.asp?propertvi          9/28/2012



### Listing Information

| | | | | |
|---|---|---|---|---|
| #212081793Ad: 29531 QUINKERT ST | | RES PEND | ERTS/FS | $ 995 L |
| C: ROSEVILLE   48066-2157 | | Map: H 5  Loc: S 12 MILE RD W  GRATIOT AVE | | Area: 03171 |

Dir: 12 MILE TO PARK NORTH TO EASTLAND WEST TO QUINKERT NORTH

| | | | |
|---|---|---|---|
| | | | Protect: 0 |
| Lot Size: 40X140 | Acr: 0.13 | Front Ft: | BR: 3 Bath: 1 | Lavs: 1 |
| Prop ID: 1408426059 | Sch: ROSEVILLE | | MBR: 25x13 E | LR: 11x16 E |
| Legal: JOHN J QUINKERT SUB LOT 35 | | | BR2: 11x08 E | GR: |
| Tax: Sum: $975  Win: $516 | Assoc. Fee: $ | Homestead: N | BR3: 11x11 E | FR: |
| Year Built: 1950  Oth/Spc: | | | BR4: | LB: |
| Water Nm: | Adl Doc: N | Pos: 0 | BR5: | DR: |
| Sq Ft: 1092     TBS: | FBS: | Src: PRD | BFT: | KT: 13x09 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |

Comp Arr:     Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord.: Y .50% Ownership: PRIVATE - OWNED

| | | | |
|---|---|---|---|
| 336321  RALPH ROBERTS REALTY LLC | 586-751-0000 | LD: 8/7/2012 | Short Sale: N |
| BRYAN FLINT | Agt: 586-222-8182 | Acc: APPT/LCKBX | Gar: Y  Ba: Y  FP: N |
| Co-List: | Co-List Ph: | Cnt: SHOWINTIME | Ph: 800-746-9464 |

### Agent Only Remarks

Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for
the security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD.
No landlord disputes or evictions please. Income is more important. Call Showingtime for all
showings #800-746-9464. MUST Call Listing Agent or download for specific application and Steps.
Listing Agent to Prepare Lease. Pets Negotiable with Pet Fee of $250.00.

LC: N
DWP:
PAY:
INT:
TRM:

### Features

| | | |
|---|---|---|
| Exterior: ALUMINUM | Architecture: 1-1/2-ST | Style: BUNGALOW |
| WaterFront Desc: No | Terms: LEASE | Heating: FRCD AIR |
| Fuel Type: GAS | Water Heater: GAS | Interior Feat: CABLE AVL |
| Bath Desc: 1ST F BTH | Other Rooms: LIVING RM | Appliances: STV, REF, DISPSL |
| Garage: 2 CAR, DET, OPENER | Foundation: BASEMENT | Basement Type: UNFINISHED |
| Exterior Feat: PORCH, FENCED | Road Frontage: PAVED | Water Sewer: MUN WAT , SEW-SANIT |

### Pending Information

| | | |
|---|---|---|
| Pend Date:8/30/2012 | DOM:23 N | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCOB

http://www.realcomponline.com/asp/RenderDetail.asp?propertyi          9/28/2012



### Listing Information

| | | | | |
|---|---|---|---|---|
| **#212081754** Ad: **1228 WYANDOTTE AVE** | | **RES  PEND** | **ERTS/FS** | **$ 750 L** |
| C: **ROYAL OAK    48067-4519** | | Map: **AD 28** Loc: **S I-696 HWY E** CAMPBELL | | Area: **02251** |
| Dir: **I-696 HWY TO BERMUDA EXIT TO R ON BERMUDA TO DONDERO TO WYANDOTTE** | | | | Protect: **0** |
| Lot Size: **40X134** | Acr: **0.12** | Front Ft: | BR: **2** Bath: **1** | Lavs: **0** |
| Prop ID: **2522452024** | Sch: **ROYAL OAK** | | MBR: **11x10 E** | LR: **14x11 E** |
| Legal: **T1N, R11E, SEC 22 HOMESTEAD FARMS SUB N 40 FT OF LOT 26, ALSO 1/2 OF** | | | BR2: **11x08 E** | GR: |
| **VAC ALLEY ADJ TO SAME** | | | | |
| Tax: Sum: **$1,669** Win: **$55** | Assoc. Fee: **$** | Homestead: **N** | BR3: | FR: |
| Year Built: **1941**   Oth/Spc: | | | BR4: | LB: |
| Water Nm: | Adl Doc: **N** | Pos: **0** | BR5: | DR: |
| Sq Ft: **675**     TBS: | FBS: | Src: **PRD** | BFT: | KT: **11x11 E** |
| Soil Type: | % Wooded: **0** | % Tillable: **0** | % Tiled: **0** | |
| Comp Arr:    Sub Agency: **Y .50%** Buyer Agency: **Y .50%** Transaction Coord.: **Y .50%** Ownership: **PRIVATE - OWNED** | | | | |
| **336321 RALPH ROBERTS REALTY LLC** | | **586-751-0000** | LD: **8/7/2012** | Short Sale: **N** |
| **BRYAN FLINT** | | Agt: **586-751-0000** | Acc: **APPT/LCKBX** | Gar: **Y** Ba: **Y** FP: **N** |
| Co-List: | | Co-List Ph: | Cnt: **SHOWTIME** | Ph: **800-746-9464** |

#### Agent Only Remarks

Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for the LC: **N**
security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD. No    DWP:
landlord disputes or evictions please. Income is more important. Call Showingtime for all showings    PAY:
#800-746-9464. MUST Call Listing Agent or download for specific application and Steps. Listing Agent   INT:
to Prepare Lease. Pets Negotiable with Pet Fee of $250.00.    TRM:

#### Features

| | | |
|---|---|---|
| Exterior: **ALUMINUM** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **LEASE** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Cooling: **CENTRAL** | Water Heater: **GAS** |
| Interior Feat: **CABLE AVL, PETS ALLOWED** | Bath Desc: **1ST F BTH** | Other Rooms: **LIVING RM** |
| Appliances: **STV, REF, DISPSL** | Garage: **1 CAR, DET, OPENER** | Foundation: **BASEMENT** |
| Basement Type: **UNFINISHED** | Road Frontage: **PAVED** | Water Sewer: **WAT @STR , SEW-SANIT , SEW @ STR** |

#### Pending Information

| | | |
|---|---|---|
| Pend Date: **8/13/2012** | DOM: **6  N** | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

http://www.realcomponline.com/asp/RenderDetail.asp?property...    9/28/2012



## Listing Information

#212081702 Ad: 25800 PINE VIEW AVE    RES PEND              ERTS/FS    $ 1,100 L
C: WARREN    48091-3893               Map: B 3   Loc: S FRAZHO W MOUND           Area: 03131
Dir: I-696 HWY TO MOUND EXIT SOUTH TO 10 MILE RD WEST TO PINEVIEW                Protect: 0
Lot Size: 70X178          Acr: 0.29          Front Ft:            BR: 3  Bath: 1  Lavs: 0
Prop ID: 1320426004       Sch: CENTER LINE                       MBR: 13x10 E   LR: 17x15 E
Legal: SUPERVISOR'S PLAT OF QUALMAN'S EVERGREEN GARDENS SUB. N 70.0 FT  BR2: 10x09 E  GR:
LOT 20 L.24 P.2
Tax: Sum: $1,878 Win: $119   Assoc. Fee: $          Homestead: N   BR3: 09x09 E   FR:
Year Built: 1967  Oth/Spc:                                       BR4:           LB:
Water Nm:                   Adl Doc: N              Pos: 0        BR5:           DR:
Sq Ft: 894     TBS:         FBS:                    Src: PRD      BFT:           KT: 18x10 E
Soil Type:             % Wooded: 0          % Tillable: 0   % Tiled: 0
Comp Arr:    Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord.: Y .50% Ownership: PRIVATE – OWNED
336321 RALPH ROBERTS REALTY LLC              LD: 8/7/2012               Short Sale: N
BRYAN FLINT                          Agt: 586-751-0000    Acc: APPT/LCKBX   Gar: Y Ba: Y FP: N
Co-List:                             Co-List Ph:          Cnt: SHOWINTIME   Ph: 800-746-9464

### Agent Only Remarks
Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for   LC: N
the security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD.    DWP:
No landlord disputes or evictions please. Income is more important. Call Showingtime for all        PAY:
showings #800-746-9464. MUST Call Listing Agent or download for specific application and Steps.     INT:
Listing Agent to Prepare Lease. No Pets On This Property Please!                                     TRM:

### Features
Exterior: BRICK                      Architecture: 1-ST            Style: RANCH
WaterFront Desc: No                  Terms: LEASE                  Heating: FRCD AIR
Fuel Type: GAS                       Cooling: CENTRAL              Water Heater: GAS
Interior Feat: CABLE AVL, PETS ALLOWED   Bath Desc: 1ST F BTH, BSM LAV   Other Rooms: LIVING RM
Appliances: STV, REF, DISHW, WASH, DRY, DISPSL   Garage: 2 CAR, DET   Foundation: BASEMENT
Basement Type: PART FIN              Exterior Feat: PATIO, FENCED   Road Frontage: PAVED
Water Sewer: MUN WAT , WAT @STR , SEW-SANIT

### Pending Information
Pend Date:8/28/2012                  DOM:21  N
Sell Off. ID:                        Sell Off:                     Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO7

http://www.realcomponline.com/asp/RenderDetail.asp?property...    9/28/2012



## Listing Information

#212081663Ad: 1540 E MADGE AVE   RES PEND                    ERTS/FS      $ 750 L
C: HAZEL PARK    48030-2169        Map: AF 30  Loc: S 9 MILE RD W  DEQUINDRE R  Area: 02257
Dir: S/ 9 MILE RD AND WEST OF DEQUINDRE RD                                    Protect: 0

| | | | | |
|---|---|---|---|---|
| Lot Size: 80 X 108 | Acr: 0 | Front Ft: 80 | BR: 3  Bath: 1 | Lavs: 0 |
| Prop ID: 2536427002 | Sch: HAZEL PARK | | MBR: 08x12 E | LR: 13x11 E |
| Legal: T1N, R11E, SEC 36 FORD-OAK SUB LOT 56 | | | BR2: 11x11 U | GR: |
| Tax: Sum: $1,920 Win: $23 | Assoc. Fee: $ | Homestead: N | BR3: 11x07 U | FR: |
| Year Built: 1942   Oth/Spc: YES | | | BR4: | LB: |
| Water Nm: | Adl Doc: N | Pos: 0 | BR5: | DR: 09x12 E |
| Sq Ft: 922       TBS: | FBS: | Src: PUB REC | BFT: | KT: 10x10 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |

Comp Arr:       Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord.: Y .50% Ownership: PRIVATE - OWNED
336321  RALPH ROBERTS REALTY LLC              586-751-0000           LD: 8/7/2012          Short Sale: N
BRYAN FLINT                                   Agt: 586-222-8182      Acc: APPT/LCKBX       Gar: Y  Ba: N  FP: N
Co-List:                                      Co-List Ph:            Cnt: SHOWINTIME       Ph: 800-746-9464

### Agent Only Remarks

Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for   LC: N
the security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD.     DWP:
No landlord disputes or evictions please. Income is more important. Call Showingtime for all         PAY:
showings #800-746-9464. MUST Call Listing Agent or download for specific application and Steps.      INT:
Listing Agent to Prepare Lease. Pets Negotiable with Pet Fee of $250.00.                             TRM:

### Features

Exterior: VINYL            Architecture: 2-ST        Style: BUNGALOW
WaterFront Desc: No        Terms: LEASE              Heating: FRCD AIR
Fuel Type: GAS             Cooling: 2+CEIL FAN       Water Heater: GAS
Interior Feat: CABLE AVL   Bath Desc: 2ND F BTH      Other Rooms: DINING RM, FLORIDA RM, LIVING RM
Appliances: DISHW, DISPSL  Garage: 2 CAR, DET        Foundation: CRAWL
Road Frontage: PAVED       Water Sewer: MUN WAT

### Pending Information

Pend Date:8/30/2012                          DOM:23  N
Sell Off. ID:                                Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...   9/28/2012



## Listing Information

#212079525Ad: 27724 WAGNER DR     RES PEND                    ERTS/FS      $ 69,900 S
C: WARREN   48093-8355                   Map: E 4   Loc: S MARTIN E HOOVER    Area: 03131
Dir: S OFF OF MARTIN ONTO WAGNER                                             Protect: 180
Lot Size: 55X55X131X131       Acr: 0.17        Front Ft: 55    BR: 3  Bath: 1   Lavs: 1
Prop ID: 1314326012           Sch: WARREN WOODS               MBR: 13x12 U     LR:
Legal: "ROYAL MANOR SUB." LOT 112 L.44 P.9-10                 BR2: 12x11 U     GR:
Tax: Sum: $2,198 Win: $132    Assoc. Fee: $    Homestead: Y    BR3: 10x10 U    FR: 24x13 E
Year Built: 1961   Oth/Spc: YES                               BR4:            LB:
Water Nm:                     Adl Doc: N       Pos: IMMED      BR5:            DR: 18x10 E
Sq Ft: 1529    TBS:           FBS:             Src: PRD        BFT:            KT: 14x11 E
Soil Type:                    % Wooded: 0      % Tillable: 0   % Tiled: 0
Comp Arr:      Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: N   Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC          586-751-0000          LD: 8/1/2012    Short Sale: N
RALPH ROBERTS                            Agt: 248-895-3897     Acc: APPT/LCKBX  Gar: Y Ba: N FP: N
Co-List: CHRIS KAYNE                     Co-List Ph: 248-895-   Cnt: CHRIS KAYN  Ph: 248-895-3897
                                         3897

### Agent Only Remarks

CALL 1-800-SHOWING TO VIEW THIS HOME. BRICK TRI-LEVEL IN A VERY QUIET/WELL KEPT    LC: N
NEIGHBORHOOD. COMPLETELY UPDATED 15 YEARS AGO. NEWER ROOF AND WINDOWS. LOTS OF     DWP:
STORAGE IN THE CRAWL WHICH HAS A CEMENT FLOOR. CLOSE TO SCHOOLS (WALKING DISTANCE) PAY:
and I 696. MUST USE LENDER KNOWN TO LISTING OFFICE. 10% EMD FOR ALL CASH OFFERS 5% INT:
FOR ALL OTHER OFFERS. EMD TO BE IN CERT FUNDS AND HELD BY LISTING OFFICE. MUST USE TRM:
ATTACHED P/A TO SUBMIT ALL OFFERS.

### Features

Exterior: BRICK          Architecture: TRI-LVL           Style: OTHER
WaterFront Desc: No      Terms: CONV, FHA, CASH          Heating: FRCD AIR
Fuel Type: GAS           Bath Desc: 1ST F LAV, 2ND F BTH  Garage: 2 CAR
Foundation: CRAWL        Road Frontage: PAVED            Water Sewer: MUN WAT , SEW-SANIT

### Pending Information

Pend Date:8/27/2012                      DOM:100 Y
Sell Off. ID:                            Sell Off:                     Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8



## Listing Information

#212079069Ad: 3484 EAGLE DR     **RES PEND**        ERTS/FS    $ 140,000 S
C: TROY    48083-5635       Map: AF 21 Loc: N WATTLES E JOHN R    Area: 02203
Dir: **NORTH ON JOHN R FROM WATTLES TO NIAGRA LEFT ON EAGLE**    Protect: **180**

| | | | | |
|---|---|---|---|---|
| Lot Size: **57X162** | Acr: **0.21** | Front Ft: | BR: **3** Bath: **2** | Lavs: **0** |
| Prop ID: **2024302005** | Sch: **TROY** | | MBR: **12x14 E** | LR: **14x16 E** |
| Legal: T2N, R11E, SEC 24 BEAVER TRAIL SUB NO 3 LOT 395 | | | BR2: **12x12 E** | GR: |
| Tax: Sum: **$2,699** Win: **$521** | Assoc. Fee: **$** | Homestead: **Y** | BR3: **10x10 E** | FR: |
| Year Built: **1977**   Oth/Spc: **YES** | | | BR4: | LB: |
| Water Nm: | Adl Doc: **N** | Pos: **AT CLOSE** | BR5: | DR: **12x12 E** |
| Sq Ft: **1554**    TBS: **0** | FBS: | Src: **PRD** | BFT: | KT: **10x10 E** |
| Soil Type: | % Wooded: **0** | % Tillable: **0** | % Tiled: **0** | |

Comp Arr:     Sub Agency: **Y** 3% Buyer Agency: **Y** 3% Transaction Coord.: **Y** 3% Ownership: **PRIVATE - OWNED**

| | | | |
|---|---|---|---|
| 336321 RALPH ROBERTS REALTY LLC | 586-751-0000 | LD: 8/1/2012 | Short Sale: **Y** |
| **RALPH ROBERTS** | Agt: **586-751-0000** | Acc: **APPT** | Gar: **Y** Ba: **Y** FP: **N** |
| Co-List: **LANETTE LOUWERS** | Co-List Ph: **586-751-0000** | Cnt: **1** | Ph: **2487652139** |

## Agent Only Remarks

All dimensions are approximate. FP in Living room. Nice neighborhood. Subject to Bankruptcy Court / 3rd party approval House is sold AS IS

LC: **N**
DWP:
PAY:
INT:
TRM:

## Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **CONV, FHA, VA, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Bath Desc: **1ST F BTH, MBR BTH** | Garage: **2 CAR** |
| Foundation: **BASEMENT** | Road Frontage: **PAVED** | Water Sewer: **MUN WAT , SEW-SANIT** |

## Pending Information

Pend Date: **8/1/2012**           DOM: **44 Y**
Sell Off. ID:           Sell Off:                 Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10



## PURCHASE AGREEMENT (Form A)



BROKER ADDRESS 315 · Main, Clarkston 48346  TELEPHONE 248 625 0200  FAX 248 383 3153

("Broker") and its designated salespeople are agents for the ☐ Seller ☑ Purchaser ☐ Seller and Purchaser
(Dual) (Buyer initials) _____ (Seller initials) _____ acknowledge that this _____ is or _____ is not an in-house
transaction in which the Buyer and Seller are each represented by ☑ different designated salespeople or ☐ same salespeople.

1. **AGREEMENT TO SELL.** The undersigned Seller and Purchaser agree to sell and purchase the following real property located in the
[City, Village, Township] of ____TROY____, ____OAKLAND____ County, Michigan, described as
follows: [legal description and tax ID No.] _____
__7024302005__
commonly known as [address] 3484 Eagle DRIVE _____, which ☐ is (Form # 525) or ☑ is not on a private
road, together with all improvements and appurtenances, including all lighting fixtures, shades, blinds, curtain rods, traverse rods,
window treatments, storm windows and doors, screens, awnings, TV antenna, rotor and controls, satellite dish and accessories,
water softener (rental units excluded), security system, central vacuum system and attachments, attached mirrors, garage door
openers and transmitters, fireplace enclosures, grates, logs and gas attachments, landscaping, attached humidifier, fuel in tanks at
the time of possession, all tacked down carpeting, if any, now on the premises, and ____PER MLS____
sum of ____ONE HUNDRED TWENTY SIX THOUSAND____ (the "Property") and Purchaser agrees to pay Seller the
(the "Purchase Price") subject to the existing building and use restrictions, easements, and zoning ordinances, if any, in accordance
with the terms and subject to the conditions set forth in this Purchase Agreement ("Agreement").      Dollars $ 126,000. —

2. **PAYMENT.** This transaction shall be consummated by the subparagraph checked below: (Check box that applies)
☐ A. **Cash Sale.** Seller shall deliver to Purchaser the usual Warranty Deed conveying marketable title upon tender of the Purchase
Price. The Purchase Price shall be paid by cashier's check or certified funds. Attach Survey Addendum. (Form # 275)
☑ B. **Cash Sale With New Mortgage.** This Agreement is contingent upon Purchaser's ability to secure a  FHA 203K
mortgage in the amount of $ __96.53__. Purchaser agrees to pay the required down payment plus all mortgage costs,
prepaid items, and adjustments. Seller shall deliver to Purchaser the usual Warranty Deed conveying marketable title upon tender of
the Purchase Price. The Purchase Price shall be paid by cashier's check or certified funds. Purchaser agrees to apply for a
mortgage, at his own expense, within __5__ calendar days from the date of Seller's acceptance of this Agreement. Purchaser agrees
to promptly and in good faith comply with the lender's request for necessary information to process the loan application.
Purchaser agrees to obtain a policy of flood insurance if required to do so by the mortgage lender. If a firm commitment for the
specified mortgage cannot be obtained within __45__ days from the date of Seller's acceptance and Seller fails to extend the
time in writing within 5 days of the deadline, this Agreement shall be null and void and the Deposit shall be returned to Purchaser.
Written evidence of mortgage denial shall be immediately presented to Seller. Denial of the specified mortgage shall render this
Agreement null and void and the Deposit shall be returned to Purchaser.
☐ C. **Sale Subject to Existing Mortgage, Simple Assumption.** Attach Terms of Sale Addendum (Form # 213)
☐ D. **Sale Subject to Existing Mortgage, Requalification Required.** Attach Terms of Sale Addendum (Form # 213)
☐ E. **Sale by Land Contract.** Attach Land Contract Addendum (Form # 255)

3. **SELLER'S DISCLOSURES.** Purchaser acknowledges that he received from Seller a *Seller's Disclosure Statement* and, if the
Property is residential housing built before 1978, a *Lead-Based Paint and Lead-Based Paint Hazards Disclosure* prior to signing this
Agreement. Purchaser acknowledges that the information provided in the *Seller's Disclosure Statement, Lead-Based Paint and
Lead-Based Paint Hazards Disclosure* and any other property disclosure statement is (a) based upon Seller's knowledge and is not a
warranty of any kind by Seller or Listing and Selling Brokers and their salespeople; (b) not a substitute for any inspections or
warranties Purchaser may wish to obtain; (c) provided solely by Seller and is not a representation made by Listing and Selling
Brokers and their salespeople; and (d) a disclosure only and not intended to be a part of this Agreement. Seller authorizes Broker to
distribute copies of the disclosures to any lender, appraiser and municipality, upon Purchaser's request.

4. **CONDITION OF PROPERTY.** Purchaser acknowledges that he is purchasing a USED structure in an AS IS condition. Purchaser
acknowledges that: (a) he has inspected the Property; (b) he has the opportunity to have additional inspections of the Property; and
(c) neither Seller nor Listing and Selling Brokers and their salespeople have made any representations or warranties of any kind
concerning the Property, upon which the Purchaser has relied, except as set forth in this Agreement. Purchaser acknowledges that
(a) the information provided in the multi-list description of the Property is not warranted or guaranteed; and (b) he has not relied on
the multi-list description in making this Agreement.

(Initials) Seller ____ / _____                                (Initials) Purchaser ____ / _____

REO 120 rev. 1/12                          Page 1 of 4                          © Real Estate One, Inc. 2012

This contract is for use by Realcomp subscribers. Use by any other party is illegal and voids the contract.    



## Listing Information

#212079013 Ad: 27685 CEDAR GLEN DR    RES PEND              ERTS/FS        $ 149,900 S
T: CHESTERFIELD TWP    48051-2560        Map: P 15   Loc: S COTTON E  GRATIOT          Area: 03091
Dir: GRATIOT TO TELSTAR EAST TO ENTER SUB GO LEFT                                      Protect: 180

| | | | | |
|---|---|---|---|---|
| Lot Size: 80X80X214X214 | Acr: 0.39 | Front Ft: 80 | BR: 3  Bath: 2 | Lavs: 2 |
| Prop ID: 0920376034 | Sch: LANSE CREUSE | | MBR: 14x12 E | LR: |
| Legal: CEDAR GLEN CONDOMINIUMS, M.C.C.P. 457, UNIT 34 | | | BR2: 12x10 E | GR: 17x17 E |
| Tax: Sum: $1,629 Win: $719 | Assoc. Fee: $ | Homestead: Y | BR3: 11x10 E | FR: |
| Year Built: 1999  Oth/Spc: | | | BR4: | LB: |
| Water Nm: | Adl Doc: N | Pos: IMMED | BR5: | DR: |
| Sq Ft: 1700   TBS: | FBS: | Src: OLD LISTIN | BFT: 11x11 E | KT: 11x11 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |

Comp Arr:         Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: N   Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC           586-751-0000           LD: 7/31/2012        Short Sale: N
RALPH ROBERTS                             Agt: 248-895-3897       Acc: APPT/LCKBX      Gar: Y  Ba: Y  FP: N
Co-List: CHRIS KAYNE                      Co-List Ph: 248-895-    Cnt: CHRIS KAYN      Ph: 248-895-3897
                                          3897

### Agent Only Remarks

TO SCHEDULE A SHOWING CALL 1-800-SHOWING. GREATROOM RANCH WITH SKYLIGHTS AND GAS    LC: N
FIREPLACE. VAULTED CEILINGS, CUSTOM KITCHEN CABINETS. MASTER WITH WHIRLPOOL TUB AND DWP:
SEPARATE SHOWER. NEWER ROOF 3 YRS OLD. MIN. 10% EMD FOR ALL CASH OFFERS, 5% FOR ALL  PAY:
OTHER OFFERS. EMD TO BE IN CERT FUNDS AND HELD BY LISTING OFFICE. MUST USE ATTACHED  INT:
P/A FOR ALL OFFERS. CALL FOR ADDENDUM BEFORE WRITING OFFER. MUST USE LENDER KNOWN    TRM:
TO LISTING OFFICE.

### Features

| | | |
|---|---|---|
| Exterior: BRICK | Architecture: 1-ST | Style: RANCH |
| WaterFront Desc: No | Terms: CONV, FHA, CASH | Heating: FRCD AIR |
| Fuel Type: GAS | Bath Desc: 1ST F BTH, MBR BTH | Garage: 2 CAR, SIDE ENTRY |
| Foundation: BASEMENT | Road Frontage: PAVED | Water Sewer: MUN WAT , SEW-SANIT |

### Pending Information

Pend Date:8/30/2012                       DOM:42 Y
Sell Off. ID:                             Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/renderDetail.asp?propertyid    9/28/2012



## Listing Information

#212074171Ad: 7201 ALPINE VIEW CT          **RES  PEND**              **ERTS/FS**         $ 190,000 S
T: WHITE LAKE TWP    48383-2440             Map: J 15   Loc: N M-59 W  PORTER ROAD        Area: 02121
Dir: M-59 TO PORTER ROAD, N/O PORTER ROAD TO ALPINE VIEW COURT                           Protect: 180
Lot Size: 165X273                 Acr: 0                    Front Ft: 165      BR: 4 Bath: 3   Lavs: 0
Prop ID: 1216376019               Sch: **HURON VALLEY**                         MBR: **17x14 E**  LR:
Legal: T3N, R8E, SEC 16 & 21 OAKLAND COUNTY CONDOMINIUM PLAN NO 865 ALPINE  BR2: **15x12 E**  GR: **23x20 E**
ESTATES UNIT 4 L 14754 P 720 6-20-94 FR 014
Tax: Sum: **$4,601** Win: **$1,212**        Assoc. Fee: **$81 ANNUALLY**       Homestead: **Y**   BR3: **13x13 L**   FR: **23x23 L**
Year Built: **1994**   Oth/Spc: **YES**                                                  BR4: **13x13 L**   LB:
Water Nm:                         Adl Doc: **N**                    Pos: **CLOSING**     BR5:          DR: **13x12 E**
Sq Ft: **1694**        TBS: **1694**        FBS:                    Src: **PRD**         BFT:          KT: **15x13 E**
Soil Type:                        % Wooded: **0**                   % Tillable: **0**    % Tiled: **0**
Comp Arr:            Sub Agency: **Y 3%** Buyer Agency: **Y 3%** Transaction Coord.: **Y 3%** Ownership: **PRIVATE - OWNED**
336321 RALPH ROBERTS REALTY LLC                    586-751-0000            LD: **7/19/2012**      Short Sale: **Y**
RALPH ROBERTS                                      Agt: 586-549-9346       Acc: **APPT/LCKBX**    Gar: **Y** Ba: **Y** FP: **Y**
Co-List: **TIMOTHY COOK**                          Co-List Ph: 313-550-    Cnt: **BUNNY MONT**    Ph: 586-549-9346
                                                   5604

### Agent Only Remarks

Gorgeous sprawling ranch with finished walkout. Hdwd. floors throughout upper & lower levels, 1st floor  LC: **N**
master suite w/walk in closet. Kitchen and great room with fireplace lead to large deck overlooking    DWP:
wooded lot. Dream home potential! All room dimensions are approximate and subject to buyer            PAY:
inspection. All showings scheduled through 1-800-showing                                               INT:
                                                                                                       TRM:

### Features

Exterior: **BRICK**                     Architecture: **1-ST**              Style: **RANCH**
Site Desc: **WOODED, HILLY-RAVINE** WaterFront Desc: **No**                 Terms: **CONV, FHA, VA, CASH**
Heating: **FRCD AIR**                   Fuel Type: **GAS**                  Cooling: **CENTRAL, CEIL FAN**
Water Heater: **GAS**                   Fireplace Type: **GRT RM, GAS**     Interior Feat: **CABLE AVL, AIR CLEANR,**
                                                                            **HUMIDF, SMP PUMP, JETTED TUB**
Bath Desc: **1ST F BTH, 1ST F LAV,**    Other Rooms: **DINING RM, 1ST FL LAU,**  Appliances: **DISHW, DISPSL**
**MBR BTH, BSM BTH**                    **GREAT RM, FAMILY RM**
Garage: **2 CAR, ATT, OPENER**          Foundation: **BASEMENT**            Basement Type: **FINISHED, WALKOUT**
Exterior Feat: **DECK**                 Road Frontage: **PAVED**            Water Sewer: **WELL , SEPTIC**

### Pending Information

Pend Date: **8/22/2012**                            DOM: **49  Y**
Sell Off. ID:                          Sell Off:                           Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO7

http://www.realcomponline.com/asp/renderDetail.asp?propertyid    9/28/2012



**Commerce Market Center**
9968 Union Lake Rd., Suite 910
Commerce Twp., MI 48381
Phone: 248.360.2900
fax: 248.404.2901

☐ West Bloomfield Market Center
30250 Northwestern Hwy, Suite 300
Farmington Hills, MI 48334
Phone: 248.626.2100
fax: 248.626.2103

☐ Troy Market Center
1700 W. Big Beaver, Suite 100
Troy, MI 48084
Phone: 248.649.7200
fax: 248.649.7208

## PURCHASE AGREEMENT

1. THE UNDERSIGNED hereby offers and agrees to purchase the following land situated in the ☐ City, ☒ Township, ☐ Village of _____ **WHITE LAKE** _____, **OAK** _____ County, Michigan, legally described as follows:

**SEE MG. NO. IK & IL ATTACHED BESOTT HOMEODRIUM PLAN NO. 555 ALPINE ESTATES UNIT 4 L 14794 P 720 6-20-94 FR 015** _____ together with all

commonly known as _____ **7801** _____ **ALPINE VIEW CT** _____
improvements and appurtenances including lighting fixtures and fans, attached mirrors, fireplace screens and enclosures, gas logs and amusements, central vacuum system and attachments, window treatments, drapery hardware, curtain and traverse rods, all blinds and shades, attached carpeting, built-in cabinetry, built-in kitchen appliances and equipment, storm windows and doors, screens, awnings and shutters, landscaping, TV antenna, rotor and controls, satellite dish and accessories, garage door opener and transmitters, fuel in tanks at time of possession, attached humidifiers, water softener (rental units excluded) if any, now in or on the premises, and, _____
_____ and to pay therefore

the sum of _____ **one hundred eighty thousand 00/00** _____ Dollars, ($ _____ **180,000.00** _____ )
subject to existing building and use restrictions, easements and zoning ordinances, if any, upon the following terms of sale:

THE SALE TO BE CONSUMMATED BY: (Use paragraph ☐A, ☒B, ☐C, or ☐D)
A. CASH SALE. Delivery of the usual Warranty Deed conveying a marketable title. Payment of purchase money to be made in cash, cashier's check or certified funds.
B. CASH SALE WITH NEW MORTGAGE. Delivery of the usual Warranty Deed conveying marketable title. Payment of purchase money to be made in cash, cashier's check, or certified funds. This Agreement is contingent upon Purchaser being able to secure a _____ **conventional** _____ mortgage in the amount of $ _____ **144,000.00** _____ and pay $ _____ **36,000.00** _____ down plus mortgage costs, pre-paid items, and adjustments in cash. Purchaser agrees to apply for such mortgage within _____ **7** _____ calendar days from acceptance of this offer. Purchaser agrees that in connection with said application to lender, Purchaser will promptly comply with lender's request for all information required to process the loan application. If a firm commitment for such mortgage cannot be obtained within _____ **35** _____ calendar days from date of acceptance, at Seller's or Purchaser's written option, this offer can be declared null and void and Purchaser's deposit returned forthwith.
C. APPLICABLE TO FHA OR VA SALES ONLY: See attached FHA/VA Addendum.
D. SALE ON LAND CONTRACT: See attached Land Contract Sale Addendum.

2. CLOSING Upon acceptance of this Agreement by Seller and conveyance of title in the condition required hereon, Seller and Purchaser agree to consummate the sale on or before _____ **week 36** _____ . Closing of this sale shall take place at the office of listing broker, title company, or lending institution.

3. OCCUPANCY The property is ☐ owner occupied, ☐ tenant occupied, ☒ vacant. Seller shall deliver and Purchaser shall accept possession of said property subject to rights of present tenants, if any. If Seller occupies property it shall be vacated and keys surrendered to Broker _____ **0** _____ calendar days after closing. From the day after closing through the day of vacating the property as agreed, Seller shall pay the sum of $ _____ per day. Broker shall retain from the amount due Seller at closing, the sum of ( $ _____ ) as security for said occupancy charge, paying to Purchaser the amount due and returning to Seller the unused portion as determined by the date property is vacated and keys surrendered to Broker. Said occupancy charge can be disbursed every 30 days at Purchaser's request. Broker has no obligation, implied or otherwise, for seeing that the premises are vacated on the date specified or for the condition of the premises but is only acting as an escrow agent for holding the occupancy deposit. Seller is responsible for the water bill until Seller gives possession and takes a final water meter reading.

4. EARNEST MONEY DEPOSIT Broker is hereby authorized to make this offer and the deposit of _____ **9,500.00** _____ Dollars in the form of ☐ cash, ☒ check as earnest money to be held by Keller Williams or returned in accordance with the terms of this Agreement. BROKERS ACKNOWLEDGEMENT OF DEPOSIT: Received by Keller Williams _____ **ROBERT SCHWARTZ** _____ .
(Sales Associate)
5. HOME WARRANTY Purchaser ☐ accepts ☒ declines an America's Preferred Supreme Home Protection Plan. Paid by: ☐ Seller ☐ Purchaser ☐ Other

6. AGENCY By the signatures below Purchaser and Seller hereby acknowledge that the selling broker/sales associate are acting in the capacity of: ☐ Seller's Agent, ☒ Buyer's Agent, ☐ Dual Agent ☐ Transaction Coordinator

_____
Buyer(s) Initials

_____
Seller(s) Initials

This contract is for use by Revisory Subscribers. Use by any other party is illegal and voids the contract.



### Listing Information

**#212073094Ad: 15837 GARDENIA CT**     **RES  PEND**           **ERTS/FS**     **$ 324,900 S**

| | | | |
|---|---|---|---|
| T: MACOMB TWP  48042-2855 | | | Area: 03081 |
| Dir: N OFF OF 24 MILE ONTO CLARION TO 1ST STREET ON LEFT | Map: G 17  Loc: N 24 MILE E HAYES | | Protect: 180 |

| | | | | |
|---|---|---|---|---|
| Lot Size: 51X205X132X113 | Acr: 0.23 | Front Ft: | BR: 4  Bath: 2 | Lavs: 2 |
| Prop ID: 0807451009 | Sch: UTICA | | MBR: 18x16 U | LR: |
| Legal: VILLA ROSA SUB NO 1 LOT 20 LIBER: 92 PAGE: 25-27 | | | BR2: 13x12 U | GR: 20x18 E |
| Tax: Sum: $2,267  Win: $995 | Assoc. Fee: $ | Homestead: Y | BR3: 13x12 U | FR: |
| Year Built: 1991  Oth/Spc: | | | BR4: 13x11 U | LB: 13x13 E |
| Water Nm: | Adl Doc: N | Pos: 30 | BR5: | DR: 15x13 E |
| Sq Ft: 3412  TBS: | FBS: | Src: PRD | BFT: 15x15 E | KT: 15x15 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |

Comp Arr:     Sub Agency: Y 2.5% Buyer Agency: Y 2.5% Transaction Coord.: Y 2.5% Ownership: PRIVATE - OWNED

| | | |
|---|---|---|
| 336321 RALPH ROBERTS REALTY LLC | 586-751-0000 | LD: 7/16/2012     Short Sale: N |
| RALPH ROBERTS | Agt: 248-895-3897 | Acc: APPT/LCKBX    Gar: Y Ba: Y FP: Y |
| Co-List: CHRIS KAYNE | Co-List Ph: 248-895-3897 Cnt: CHRIS KAYN | Ph: 248-895-3897 |

### Agent Only Remarks

TO SHOW PLEASE CALL 1-800-SHOWING. UTICA SCHOOLS. 4 LARGE BEDROOMS, RAISED ENTRY TO THE      LC: N
MASTER W/PAN CEILING. MAIN BATH HAS A TUB AND A SHOWER. BEAUTIFUL 1ST FLOOR KITCHEN WITH     DWP:
ISLAND AND GRANITE COUNTERS AND A FULL KITCHEN IN THE FINISHED BASEMENT. 2 FIREPLACES, 1 IN    PAY:
GR AND 1 IN THE BASEMENT. ENJOY THE SUMMER DAYS IN THE BEAUTIFUL SHANGRILA OF A BACKYARD.    INT:
NOT A SHORT SALE OR BANKRUPTCY OR BANK OWNED.                                           TRM:

### Features

| | | |
|---|---|---|
| Exterior: BRICK | Architecture: 2-ST | Construction Feat: PLATTED SUB |
| Style: COLONIAL | Site Desc: WOODED | WaterFront Desc: No |
| Terms: CONV, FHA, VA, CASH | Heating: FRCD AIR | Fuel Type: GAS |
| Cooling: CENTRAL | Water Heater: GAS | Fireplace Type: GRT RM, BSMNT, NATURAL, GAS |
| Interior Feat: CABLE AVL, HUMIDF, SMP PUMP, JETTED TUB, SECURITY ALARM (OWNED) | Bath Desc: 1ST F LAV, 2ND F BTH, MBR BTH, BSM LAV | Other Rooms: DINING RM, 1ST FL LAU, GREAT RM, LIBR/STDY, BRKFST RM |
| Appliances: STV, REF, DISHW, WASH, DRY, MICRO, DISPSL | Garage: 3 CAR, ATT, SIDE ENTRY, DIRECT ACC, OPENER, 2ND GAR | Foundation: BASEMENT |
| Basement Type: FINISHED | Exterior Feat: PATIO, PORCH, SPRINKLR, OUTSD LGHT | Road Frontage: PAVED |
| Water Sewer: MUN WAT , SEW-SANIT | | |

### Pending Information

| | | |
|---|---|---|
| Pend Date: 9/14/2012 | DOM:64  N | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO7

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...   9/28/2012



## Listing Information

**#212072321Ad: 35636 SHOOK LN**   **RES PEND**                        **ERTS/FS**   **$ 79,900 S**
T: CLINTON TWP   48035-3227            Map: M 8   Loc: **N OFF SHOOK E HARPER**   Area: **03111**
Dir: **N OFF OF SHOOK N. ONTO SHOOK LANE**                                           Protect: **180**
Lot Size: **63X176**          Acr: **0.26**              Front Ft: **63**      BR: **3**  Bath: **1**   Lavs: **1**
Prop ID: 1125354014       Sch: **LANSE CREUSE**                   MBR: **12x10 E**   LR: **14x13 E**
Legal: **50-11-25-354-014 D 46 D67 TAUBITZ MANOR SUBN LOT 46.**       BR2: **11x10 E**   GR:
Tax: Sum: **$1,159** Win: **$860**   Assoc. Fee: **$**        Homestead: **Y**   BR3: **10x9 E**   FR: **17x10 E**
Year Built: **1966**   Oth/Spc: **YES**                                              BR4:              LB:
Water Nm:                  Adl Doc: **N**              Pos: **IMMED**   BR5:              DR:
Sq Ft: **1162**    TBS:        FBS:                      Src: **PRD**      BFT:              KT: **14x10 E**
Soil Type:           % Wooded: 0              % Tillable: 0      % Tiled: 0
Comp Arr:       Sub Agency: **Y** 3% Buyer Agency: **Y** 3% Transaction Coord.: N   Ownership: **PRIVATE - OWNED**
**336321 RALPH ROBERTS REALTY LLC**       **586-751-0000**      LD: **7/13/2012**      Short Sale: **N**
**RALPH ROBERTS**                          Agt: **248-895-3897**   Acc: **APPT/LCKBX**   Gar: **Y**  Ba: **Y**  FP: **N**
Co-List: **CHRIS KAYNE**                   Co-List Ph: **248-895-**   Cnt: **CHRIS KAYN**   Ph: **248-895-3897**
                                           **3897**

## Agent Only Remarks

TO SHOW CALL 1-800-SHOWING. LANSE CREUSE SCHOOLS. 3 BEDRM, 1.1 BATH BRICK RANCH   LC: **N**
W/FAMILY ROOM JUST 500 YARDS FROM HARRISON TWP. DEEP LOT, ATTACHED EXTRA DEEP   DWP:
GARAGE, NEWER ROOF. MIN 10% EMD FOR ALL CASH OFFERS, 5% FOR ALL OTHER OFFERS. EMD TO PAY:
BE IN CERT FUNDS AND HELD BY LISTING OFFICE. MUST USE ATTACHED P/A FOR ALL OFFERS. CALL INT:
LIST AGENT FOR ADDENDUM. MUST USE LENDER KNOWN TO LISTING OFFICE.       TRM:

## Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **CONV, FHA, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Bath Desc: **1ST F BTH, MBR LAV** | Garage: **1 CAR** |
| Foundation: **BASEMENT** | Road Frontage: **PAVED** | Water Sewer: **MUN WAT , SEW-SANIT** |

## Pending Information

Pend Date:**8/29/2012**                      DOM:**47 N**
Sell Off. ID:                       Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/renderDetail.asp?propertyid... 9/28/2012



## Listing Information

**#212064807** Ad: 11009 23 MILE RD     **RES PEND**                    ERTS/FS     $ 850 L
T: SHELBY TWP   48316-4612        Map: C 16   Loc: N 23 MILE RD W  VAN DYKE HW Area: 03071
Dir: VAN DYKE HWY TO 23 MILE RD WEST EXIT 1/4 MILE DOWN ON RIGHT              Protect: 0

| | | | |
|---|---|---|---|
| Lot Size: 80 X 200 | Acr: 0.83 | Front Ft: 0 | BR: 2  Bath: 1 | Lavs: 1 |
| Prop ID: 0715452024 | Sch: UTICA | | MBR: 16x11 E | LR: 24x18 E |
| Legal: L 285B4B1A B5A1A B5B1A 81 SPLIT & COMB, 92 SPLIT T3N R12E SEC 15 | | | BR2: 10x15 E | GR: |
| COMM AT SE COR SEC 15, TH N 89 DEG 2' 42" W 2445 FT TO POB, TH | | | | |
| Tax: Sum: $1,241  Win: $1,010 | Assoc. Fee: $ | Homestead: N | BR3: | FR: |
| Year Built: 1955   Oth/Spc: | | | BR4: | LB: |
| Water Nm: | Adl Doc: N | Pos: 0 | BR5: | DR: 09x13 E |
| Sq Ft: 1550   TBS: | FBS: | Src: PUB REC | BFT: 0 | KT: 15x11 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |

Comp Arr:      Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord.: Y .50% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC          586-751-0000          LD: 6/23/2012      Short Sale: N
BRYAN FLINT                              Agt: 586-222-8182      Acc: APPT/LCKBX    Gar: N  Ba: N  FP: N
Co-List:                                 Co-List Ph:            Cnt: SHOWINGTIM    Ph: 800-746-9464

### Agent Only Remarks

Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for the LC: N
security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD. No       DWP:
landlord disputes or evictions please. Income is more important. Call Showingtime for all showings    PAY:
#800-746-9464. MUST Call Listing Agent or download for specific application and Steps. Listing Agent  INT:
to Prepare Lease. Pets under 20lbs ok. No Garage Included.                                            TRM:

### Features

| | | |
|---|---|---|
| Exterior: ALUMINUM | Architecture: 1-ST | Style: RANCH |
| WaterFront Desc: No | Terms: LEASE | Heating: BASEBD, HOT WAT |
| Fuel Type: OIL | Cooling: 2+ WINDOW, 2+CEIL FAN | Water Heater: GAS |
| Interior Feat: CABLE AVL, PETS ALLOWED | Bath Desc: 1ST F BTH | Other Rooms: FLORIDA RM, LIVING RM, LIBR/STDY |
| Appliances: STV, REF, DISHW, MICRO, DISPSL | Garage: NO GARAGE | Foundation: CRAWL |
| Exterior Feat: DECK | Road Frontage: PAVED | Water Sewer: SEW-SANIT |

### Pending Information

Pend Date: 7/23/2012                        DOM: 30 N
Sell Off. ID:                    Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...   9/28/2012



## Listing Information

#212060121Ad: 21409 SCOTIA LN      **RES PEND**                **ERTS/FS**      $ 950 L

| | | | | |
|---|---|---|---|---|
| T: **ROYAL OAK TWP**  48220-2159 | | Map: **AB 30** Loc: **N 8 MILE RD E COOLIDGE** | | Area: **02259** |
| Dir: **WOODWARD WEST TO 8 MILE RD TO MEYERS RD NORTH TO SCOTIA LN** | | | | Protect: **0** |
| Lot Size: **60X121** | Acr: **0.2** | Front Ft: **60** | BR: **3** Bath: **1** | Lavs: **1** |
| Prop ID: **2532401017** | Sch: **OAK PARK** | | MBR: **13x11 E** | LR: |
| Legal: **T1N, R11E, SEC 32 NORTHLAND OAKS SUB LOT 1** | | | BR2: **11x09 E** | GR: |
| Tax: Sum: **$588**  Win: **$1,669** | Assoc. Fee: **$** | Homestead: **N** | BR3: **10x10 E** | FR: |
| Year Built: **1964**  Oth/Spc: | | | BR4: | LB: |
| Water Nm: | Adl Doc: **N** | Pos: **0** | BR5: | DR: |
| Sq Ft: **1075**  TBS: | FBS: | Src: **PUB REC** | BFT: | KT: **10x19 E** |
| Soil Type: | % Wooded: **0** | % Tillable: **0** | % Tiled: **0** | |

Comp Arr:      Sub Agency: **Y .50%** Buyer Agency: **Y .50%** Transaction Coord.: **Y .50%** Ownership: **PRIVATE - OWNED**

| | | | |
|---|---|---|---|
| **336321  RALPH ROBERTS REALTY LLC** | **586-751-0000** | LD: **6/12/2012** | Short Sale: **N** |
| **BRYAN FLINT** | Agt: **586-751-0000** | Acc: **APPT/LCKBX** | Gar: **N** Ba: **Y** FP: **N** |
| Co-List: | Co-List Ph: | Cnt: **SHOWINTIME** | Ph: **800-746-9464** |

## Agent Only Remarks

Call Showingtime for all showings #800-746-9464. 1st month's rent and up to 1.5 month's rent for    LC: **N**
the security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD.    DWP:
No landlord disputes or evictions please. Income is more important. Call Showingtime or all    PAY:
showings #800-746-9464. MUST Call Listing Agent or download for specific application and Steps.    INT:
Listing Agent to Prepare Lease. Pets Negotiable with Pet Fee of $250.00.      TRM:

## Features

| | | |
|---|---|---|
| Exterior: **BRICK, STONE** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **LEASE** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Interior Feat: **PETS ALLOWED** | Bath Desc: **1ST F BTH, 1ST F LAV** |
| Other Rooms: **LIVING RM** | Appliances: **STV, REF, DISHW, WASH, DRY, DISPSL** | Garage: **NO GARAGE** |
| Foundation: **BASEMENT** | Basement Type: **UNFINISHED** | Exterior Feat: **FENCED** |
| Road Frontage: **PAVED** | Water Sewer: **MUN WAT** | |

## Pending Information

| | | |
|---|---|---|
| Pend Date:**6/28/2012** | DOM:**16  N** | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...    9/28/2012



## Listing Information

#212052483Ad: 4310 LEROY CT          **RES PEND**                          **ERTS/FS**      $ 1,095 L
T: WHITE LAKE TWP    48383-1461                   Map: G 14   Loc: N M-59 W  ORMAND       Area: 02121
Dir: ORMOND TO JACKSON @ WHITE LAKE INN, TO LEROY                                          Protect: 0
Lot Size: 99F137B130R130L      Acr: 0                      Front Ft: 99      BR: 2  Bath: 1   Lavs: 0
T: WHITE LAKE TWP    48383-1461                                             MBR: 12x10 E   LR: 15x12 E
Prop ID: 1207160014            Sch: HURON VALLEY                            BR2: 10x10 E   GR:
Legal: T3N, R8E, SEC 7 WHITE LAKE GROVE SUB N 1/2 OF LOT 42 & ALL OF LOT 43  BR2: 10x10 E  FR:
Tax: Sum: $2,463 Win: $863     Assoc. Fee: $               Homestead: N      BR3:           FR:
Year Built: 1940   Oth/Spc: YES                                             BR4:           LB:
Water Nm:                      Adl Doc: N                  Pos: IMMEDIAT     BR5:           DR:
Sq Ft: 1016      TBS:          FBS:                        Src: PUB REC      BFT:           KT: 09x11 E
Soil Type:                     % Wooded: 0                 % Tillable: 0     % Tiled: 0
Comp Arr:     Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord: Y .50% Ownership: PRIVATE – OWNED
336321 RALPH ROBERTS REALTY LLC            586-751-0000           LD: 5/22/2012           Short Sale: N
BRYAN FLINT                                Agt: 586-222-8182      Acc: APPT/LCKBX          Gar: Y  Ba: N  FP: N
Co-List:                                   Co-List Ph:            Cnt: SHOWINTIME          Ph: 800-SHOWING

### Agent Only Remarks

Available JImmediately. Call Showingtime for all showings #800-Showing. 1st month's rent and up    LC: N
to 1.5 month's rent for the security deposit upon move-in. 1 month EMD to hold home off market.    DWP:
List Office to Hold EMD. No landlord disputes or evictions please. Income is more important. MUST   PAY:
Call Listing Agent or download for specific application and Steps. Listing Agent to Prepare Lease.  INT:
Pets Negotiable W/ Fee.                                                                             TRM:

### Features

Exterior: VINYL                            Architecture: 1-ST        Style: RANCH
WaterFront Desc: No                        Terms: LEASE              Heating: FRCD AIR
Fuel Type: GAS                             Bath Desc: 1ST F BTH      Other Rooms: FLORIDA RM
Appliances: STV, REF, DISHW, WASH, DRY, MICRO, DISPSL   Garage: 1 CAR, ATT   Foundation: CRAWL
Road Frontage: GRAVEL                      Water Sewer: MUN WAT

### Pending Information

Pend Date:7/2/2012                         DOM:41  N
Sell Off. ID:                              Sell Off:                 Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/renderDetail.asp?propertyid    9/28/2012



## Listing Information

#212044074Ad: **10754 GULLEY ST**    **RES PEND**    **ERTS/FS**    **$ 59,900 S**
C: **TAYLOR   48180-3225**    Map: **P 15**   Loc: **N GODDARD W TELEGRAPH**   Area: **05131**
Dir: **GODDARD TO WESTLAKE N TO MADDED W TO GULLEY**   Protect: **15**

| | | | |
|---|---|---|---|
| Lot Size: **60X120** | Acr: **0** | Front Ft: **60** | BR: **3**  Bath: **1**  Lavs: **1** |
| Prop ID: **60043040178000** | Sch: **TAYLOR** | | MBR: **12x10 E**  LR: **14x16 E** |
| Legal: **17P178 LOT 178 LANDMARK SUB NO. 2 T3S R10E L91 P16 TO 18 WCR** | | | BR2: **10x09 E**  GR: |
| Tax: Sum: **$1,866** Win: **$491** | Assoc. Fee: **$** | Homestead: **Y** | BR3: **09x10 E**  FR: **12x16 E** |
| Year Built: **1970**  Oth/Spc: **YES** | | | BR4:  LB: |
| Water Nm: | Adl Doc: **Y** | Pos: **IMMED** | BR5:  OR: |
| Sq Ft: **1238**  TBS: | FBS: | Src: **ESTIMATED**  BFT: | KT: **12x10 E** |
| Soil Type: | % Wooded: **0** | % Tillable: **0**  % Tiled: **0** | |
| Comp Arr:  Sub Agency: **Y 3** | Buyer Agency: **Y 3** Transaction Coord.: **Y 3** | Ownership: **PRIVATE - OWNED** | |
| 336321 **RALPH ROBERTS REALTY LLC** | **586-751-0000** | LD: **5/1/2012** | Short Sale: **N** |
| **RALPH ROBERTS** | Agt: **586-751-0000** | Acc: **APPT/LCKBX** | Gar: **Y** Ba: **Y** FP: **Y** |
| Co-List: **WALID BAST** | Co-List Ph: **(734) 934-3498** | Cnt: **SHOWNGTIME** | Ph: **800SHOWING** |

### Agent Only Remarks

Fantastic quiet location! 3 bedroom brick ranch with a family room with fire place, formal living room and a full basement. 2 car attached garage, secluded & private back yard with privacy fence. Sold "as is", purchaser is responsible for all insp. & repairs if any. Refer to uploaded docs for offer instructions. All info is estimated.

LC: **N**
DWP:
PAY:
INT:
TRM:

### Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Water Heater: **GAS** | Fireplace Type: **FAM RM** |
| Bath Desc: **1ST F BTH, 1ST F LAV** | Other Rooms: **1ST FL MBR, LIVING RM, FAMILY RM** | Garage: **2 CAR, ATT** |
| Foundation: **BASEMENT** | Basement Type: **UNFINISHED** | Exterior Feat: **PATIO, FENCED, OUTSD LGHT** |
| Road Frontage: **PAVED** | Water Sewer: **MUN WAT** | |

### Pending Information

Pend Date:**8/3/2012**    DOM:**220  Y**
Sell Off. ID:    Sell Off:    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...   9/28/2012



## Listing Information

#212041986Ad: 9119 GARFIELD DR                **RES PEND**                                  **ERTS/FS**        $ 110,000 S
T: NORTHFIELD TWP     48189-9273              Map: **V** 1     Loc: **N ASH E  LINCOLN**                       Area: **04041**
Dir: **EAST SHORE TO LAKEVIEW TO GARFIELD**                                                                  Protect: **15**
Lot Size: **120X100**            Acr: **0.28**              Front Ft: **120**        BR: **3**  Bath: **2**      Lavs: **1**
Prop ID: **B00205379033**        Sch: **WHITMORE LAKE**                                MBR: **12x14 U**      LR: **17x12 E**
Legal: **ASSR REQUEST **FROM 0205379023 04/09/92 **FROM 0205379024**                  BR2: **13x10 U**      GR:
04/09/92 **FROM 0205379025 04/09/92 **FROM 0205379026 04/09/92 NO
45-1
Tax: Sum: **$861**   Win: **$2,131**   Assoc. Fee: **$**              Homestead: **Y**      BR3: **13x10 U**      FR: **14x15 E**
Year Built: **1992**   Oth/Spc:                                                       BR4:                  LB: **10x10 E**
Water Nm:                        Adl Doc: **Y**             Pos: **IMMED**            BR5:                  DR: **10x11 E**
Sq Ft: **2000**      TBS:        FBS:                       Src: **EST**             BFT:                  KT: **09x09 E**
Soil Type:                       % Wooded: **0**            % Tillable: **0**         % Tiled: **0**
Comp Arr:        Sub Agency: **Y 3**    Buyer Agency: **Y 3** Transaction Coord.: **Y 3**  Ownership: **PRIVATE - OWNED**
336321 RALPH ROBERTS REALTY LLC                            **586-751-0000**           LD: **4/26/2012**     Short Sale: **Y**
**RALPH ROBERTS**                                          Agt: **586-751-0000**     Acc: **APPT**         Gar: **Y**  Ba: **N**  FP: **Y**
Co-List: **WALID BAST**                                    Co-List Ph: **734-934-**  Cnt: **WALID BAST**   Ph: **734-934-3498**
                                                           **3498**

### Agent Only Remarks

All showings call 1800SHOWING. Within walking distance to downtown Whitmore lake. Lake                    LC: **N**
privilges to all sports whitmore lake. 3 bedroom, 2.5 baths. Kitchen opens to family room with a nice     DWP:
field stone fireplace, some wood floors, recess lighting & an open floor plan. Sold as is, purchaser is   PAY:
resonsible for all insp. & repairs if any. all offers & commissions are subject to 3rd party approval.    INT:
All info is estimated. 24 Hour notice to show.                                                            TRM:

### Features

Exterior: **VINYL**              Architecture: **2-ST**                        Style: **COLONIAL**
WaterFront Desc: **No**          Terms: **CONV, FHA, CASH**                    Heating: **FRCD AIR**
Fuel Type: **GAS**               Cooling: **CENTRAL**                          Water Heater: **GAS**
Fireplace Type: **FAM RM**       Bath Desc: **1ST F LAV, 2ND F BTH, MBR BTH**  Garage: **2 CAR, ATT**
Foundation: **CRAWL**            Road Frontage: **GRAVEL**                     Water Sewer: **WELL , SEW-SANIT**

### Pending Information

Pend Date:**7/30/2012**                          DOM:**95  N**
Sell Off. ID:                                    Sell Off:                      Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCOB

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...    9/28/2012

**REALTORS**

## Sales Contract

Selling Office __ERA Reunion Realty__  MLS BRKR# ~~6S0336~~  Date __8-12-2012__
Listing Office __Ralph Roberts Realty LLC__  MLS BRKR# _____  Time __12:00__ ☐ AM ☒ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at __914 Garfield Dr__ __Whitmore Lake__ __MI 48189-9275__
__Washtenaw__ County, Michigan, and legally described as: _____

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and __See Addendum.__

but does not include _____. The property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ __85,000__.
3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

☐ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

☒ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) __Conventional__ mortgage loan in the amount of $ __80,000__. Buyer will apply for the loan within __5__ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____, Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within __5__ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have __10__ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable

FORM I OCT/09                          Page 1 of 4



## Listing Information

| | | | |
|---|---|---|---|
| #212037880Ad: 49129 PENINSULAR DR | RES PEND | ERTS/FS | $ 254,900 S |
| T: VAN BUREN TWP 48111-4977 | Map: B 16 Loc: N W HURON RIV E LINDAVISTA | | Area: 05111 |

Dir: RAWSONVILLE TO HURON RIVER E TO MISSION POINTE

| | | | |
|---|---|---|---|
| Lot Size: 80X130 | Acr: 0.24 | Front Ft: 80 | Protect: 15 BR: 4 Bath: 3 | Lavs: 1 |
| Prop ID: 83079030078000 | Sch: VAN BUREN | | MBR: 17x15 U | LR: 12x11 E |
| Legal: *20G78* LOT 78 MISSION POINTE ON THE LAKE SUB T3S R8E L 120 P 80 TO 91 WCR-K-88.40 | | BR2: 12x13 U | GR: |
| Tax: Sum: $2,267 Win: $1,394 | Assoc. Fee: $280 ANNUALLY | Homestead: Y | BR3: 15x12 U | FR: 15x14 E |
| Year Built: 2005 Oth/Spc: YES | | | BR4: 12x13 U | LB: 12x12 E |
| Water Nm: | Adl Doc: Y | Pos: IMMED | BR5: | DR: 11x13 E |
| Sq Ft: 3215 TBS: | FBS: | Src: PRD | BFT: | KT: 21x15 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |
| Comp Arr: Sub Agency: Y 3 | Buyer Agency: Y 3 | Transaction Coord.: Y 3 | Ownership: PRIVATE - OWNED | |
| 336321 RALPH ROBERTS REALTY LLC | 586-751-0000 | LD: 4/16/2012 | Short Sale: Y |
| RALPH ROBERTS | Agt: 734-934-3498 | Acc: APPT/LCKBX | Gar: Y Ba: Y FP: Y |
| Co-List: WALID BAST | Co-List Ph: (734) 934-3498 | Cnt: WALID BAST | Ph: 734-934-3498 |

### Agent Only Remarks

2 show Call 800 SHOWING With room to roam & endless list of upgrades; Cherry cabinets,granite. MUST SEE!!Please refer to uploaded docs for offer instructions. offers & commissions are subject to 3rd party approval. Short sale negotiations are handled by special counsel on behalf of the estate.Purchaser is responsible for paying $410 water meter installation fee in addition to ANY and ALL inspection fees.SOLD ABSOLUTELY AS IS.

| LC: N |
|---|
| DWP: |
| PAY: |
| INT: |
| TRM: |

### Features

| | | |
|---|---|---|
| Exterior: BRICK | Architecture: 2-ST | Style: COLONIAL |
| WaterFront Desc: No | Terms: CONV, FHA, CASH | Heating: FRCD AIR |
| Fuel Type: GAS | Cooling: CENTRAL | Water Heater: GAS |
| Fireplace Type: GRT RM | Interior Feat: INTRCM, CABLE AVL, SMP PUMP, JETTED TUB, SECURITY ALARM (OWNED) | Bath Desc: 1ST F LAV, 2ND F BTH, MBR BTH |
| Other Rooms: DINING RM, 1ST FL LAU, REC. RM, LIVING RM, FAMILY RM, LIBR/STDY | Garage: 3 CAR, ATT, OPENER, ELECT | Foundation: BASEMENT |
| Exterior Feat: DECK, SPRINKLR, OUTSD LGHT | Road Frontage: PAVED | Water Sewer: MUN WAT |

### Pending Information

| | | |
|---|---|---|
| Pend Date:6/11/2012 | DOM:108 Y | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8

http://www.realcomponline.com/asp/renderDetail.asp?property_id...   9/28/2012

# Sales Contract

Selling Office __RE/MAX DREAM PROPERTIES__     MLS BRKR# __367613__   Date __06/17/2012__
Listing Office __RALPH ROBERTS REALTY, LLC__    MLS BRKR# __336321__   Time _____ ☐ AM ☐ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at __49129 PENINSULAR DRIVE__ __VAN BUREN TWP, MI  48111-4977__, __WAYNE__ County, Michigan, and legally described as: __*20G78* LOT 78 MISSION POINTE__ __ON THE LAKE SUB T3S R9E L 120 P 80 to 91 WCR-K-88.40__

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and __See Addendum.__

but does not include _____. The property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ __255,000.00__ .
3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

   ☐ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

   ☒ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) __CONVENTIONAL__ mortgage loan in the amount of $ __229,500.00__   Buyer will apply for the loan within __5__ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before __06/15/12__, Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

   ☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within __5__ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have __3__ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

   ☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

FORM I OCT/09                          . Page 1 of 4

Ralph R. Roberts Real Estate, LLC 13900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0600     Fax: (586)620-8469     Ralph Roberts

Untitled



## Listing Information

#212036765 Ad: 8650 PAIGE AVE          RES PEND                          ERTS/FS          $ 24,900 S
C: WARREN    48089-1745                Map: D 2    Loc: N NINE MILE W HOOVER        Area: 03131
Dir: OFF LORRAINE                                                                  Protect: 180
Lot Size: 40X116              Acr: 0.11              Front Ft:         BR: 2  Bath: 1       Lavs: 0
Prop ID: 1327385007           Sch: VAN DYKE                            MBR: 12x10 E        LR: 12x10 E
Legal: PIPER'S VAN DYKE SUB NO 7 LOT 1589 L6 P80                       BR2: 10x9 E         GR:
Tax: Sum: $818   Win: $43     Assoc. Fee: $         Homestead: Y       BR3:                FR: 15x10 E
Year Built: 1959   Oth/Spc:                                            BR4:                LB:
Water Nm:                     Adl Doc: N            Pos: 60            BR5:                DR:
Sq Ft: 856       TBS:         FBS:                  Src: ESTIMATED     BFT:                KT: 11x8 E
Soil Type:                    % Wooded: 0           % Tillable: 0      % Tiled: 0
Comp Arr:     Sub Agency: Y 1000 Buyer Agency: Y 1000 Transaction Coord.: Y 1000 Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC            586-751-0000          LD: 4/10/2012       Short Sale: N
LANETTE LOUWERS                            Agt: (586) 751-0000   Acc: APPT            Gar: Y  Ba: N  FP: N
Co-List:                                   Co-List Ph:           Cnt: LANETTE        Ph: 586 872 0331

### Agent Only Remarks

THIS IS NOT A SHORT SALE OR BANK OWNED Very nice 2 bedroom vinyl ranch with oversized 2 1/2  LC: N
gar with remote opener. family room off kit could be possible 4th bed or formal dining. mostly    DWP:
newer windows first floor laundry room. berber carpet Agents please call 1800-showing for all appts PAY:
no lock box owner occupied all measurments are estimate not actual                              INT:
                                                                                                TRM:

### Features

Exterior: VINYL              Architecture: 1-ST            Style: RANCH
WaterFront Desc: No          Terms: CONV, FHA, VA, CASH    Heating: FRCD AIR
Fuel Type: GAS               Bath Desc: 1ST F BTH          Garage: 2 CAR
Foundation: CRAWL            Road Frontage: PAVED          Water Sewer: MUN WAT , SEW-SANIT

### Pending Information

Pend Date:9/26/2012                         DOM:169  N
Sell Off. ID:                               Sell Off:                      Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd, Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/renderDetail.asp?propertvid...   9/28/2012

Page 1 of 1



## Listing Information

#212035188 Ad: 368 N HARVEY ST  RES PEND  ERTS/FS  $ 114,900 S
C: PLYMOUTH  48170-1223  Map: F 5  Loc: N PENNINMAN W N MILLS  Area: 05013
Dir: PENNIMAN TO CHURCH TO HARVEY  Protect: 15
Lot Size: 50X124  Acr: 0.14  Front Ft: 50  BR: 2 Bath: 1  Lavs: O
Prop ID: 49005110100000  Sch: PLYMOUTH CANTON  MBR: 12x10 U  LR: 12x18 E
Legal: 26R100 LOT 100 ALSO W 1/2 ADJ VAC ALLEY KATE E ALLENS ADDITION TO  BR2: 10x11 U  GR:
PLYMOUTH VILLAGE TIS R8E L22 P54 WCR
Tax: Sum: $3,200 Win: $359  Assoc. Fee: $  Homestead: Y  BR3:  FR:
Year Built: 1910  Oth/Spc:  BR4:  LB:
Water Nm:  Adl Doc: Y  Pos: IMMED  BR5:  DR: 10x12 E
Sq Ft: 840  TBS:  FBS:  Src: PRD  BFT:  KT: 09x10 E
Soil Type:  % Wooded: O  % Tillable: O  % Tiled: O
Comp Arr:  Sub Agency: Y 3  Buyer Agency: Y 3  Transaction Coord.: Y 3  Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC  586-751-0000  LD: 4/9/2012  Short Sale: Y
RALPH ROBERTS  Agt: 734-934-3498  Acc: APPT/LCKBX  Gar: Y Ba: Y FP: N
Co-List: WALID BAST  Co-List Ph: (734) 934-3498  Cnt: WALID BAST  Ph: 734-934-3498

### Agent Only Remarks

All showings call 1800SHOWING..Location...Location...potential galore. Great opportunity is this  LC: N
fixer upper within walking distance to down town Plymouth. Sold as is, purchaser is responsible for  DWP:
all inspections and repairs, seller WILL NOT make or pay for any repairs. Please refer to uploaded  PAY:
docs for offer instructions. All offers and comissions are subject to 3rd party approval. All info is  INT:
estimated and must be verified.  TRM:

### Features

Exterior: ALUMINUM  Architecture: 2-ST  Style: COLONIAL
WaterFront Desc: No  Terms: CASH, FHA 203K  Heating: FRCD AIR
Fuel Type: GAS  Bath Desc: 1ST F BTH  Garage: 1 CAR
Foundation: BASEMENT  Road Frontage: PAVED  Water Sewer: MUN WAT

### Pending Information

Pend Date:5/10/2012  DOM:31 N
Sell Off. ID:  Sell Off:  Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000  RALPH ROBERTS REALTY LLC
Languages: English
Server RCO7

http://www.realcomponline.com/asp/renderDetail.asp?propertyid  9/28/2012

## Sales Contract

| | | |
|---|---|---|
| Selling Office | Ralph Roberts Realty, LLC | MLS BRKR# |
| Listing Office | Coldwell Banker Weir Manuel - Plymouth | MLS BRKR# 195105 |

Date May 4, 2012

Time _____ AM / PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at _____ City of Plymouth _____

    Wayne County, Michigan, and legally described as: 368 N. Harvey Street
    (Property ID: 490051101000000) (Legal: 26R100 LOT 100 ALSO W 1/2 ADJ VAC ALLEY KATE E ALLENS
    ADDITION TO PLYMOUTH VILLAGE TIS R8E L22 P54 WCR)
    The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and See Addendum.

    but does not include _____ . The
    property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ ____115,000____ .

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

    [✓] CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

    [ ] NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ , Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

    [ ] LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

    [ ] MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _____ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

    [ ] NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

FORM I OCT/09                    Page 1 of 4

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)731-0000    Fax: (586)620-6469    Ralph Roberts
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Buyer Initials _____    Untitled



## Listing Information

#212032250Ad: 4548 SEDONA DR          **RES  PEND**                          **ERTS/FS**          $ 230,000 S
T: INDEPENDENCE TWP    48348-2268          Map: T 7     Loc: S INDIANWOOD E ESTON        Area: 02081
Dir: CLARKSTON RD TO N/ ON ESTON R/ ON SEDONA                                              Protect: 180
Lot Size: 139X240              Acr: O                      Front Ft:              BR: 4  Bath: 3        Lavs: 1
Prop ID: 0801451010            Sch: LAKE ORION                                    MBR: 19x14 U         LR:
Legal: T4N, R9E, SEC 1 OAKLAND COUNTY CONDOMINIUM PLAN NO 938                      BR2: 16x12 U         GR: 19x16 E
INDIANWOOD ESTATES UNIT 37 L 15379 P 381 10-23-95 FR 401-008 TO 011
Tax: Sum: $2,675 Win: $1,015   Assoc. Fee: $95 QUARTERLY  Homestead: Y            BR3: 13x12 U         FR:
Year Built: 1996  Oth/Spc:                                                        BR4: 14x12 U         LB: 12x12 E
Water Nm:                      Adl Doc: N                  Pos: AT CLOSE          BR5:                 DR: 14x12 E
Sq Ft: 3314      TBS: 0        FBS:                        Src: PRD               BFT: 14x09 E         KT: 14x13 E
Soil Type:                     % Wooded: 0                 % Tillable: 0    % Tiled: 0
Comp Arr:      Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321  RALPH ROBERTS REALTY LLC                          586-751-0000           LD: 3/29/2012        Short Sale: Y
RALPH ROBERTS                                             Agt: 586-751-0000       Acc: APPT            Gar: Y  Ba: Y  FP: Y
Co-List: LANETTE LOUWERS                                  Co-List Ph: 586-751-    Cnt: DEBORAH         Ph: 248.765.2139
                                                          0000

### Agent Only Remarks

Large 4 bed / 3 bath home in private sub. Built in pool. Hardwood floors. Cathedral ceiling, library.   LC: N
LL is partitioned and drywalled. Property is subject to highest / best and bankruptcy court approval. DWP:
CCS waiting 3rd party approval / no showings                                                           PAY:
                                                                                                       INT:
                                                                                                       TRM:

### Features

Exterior: VINYL                                Architecture: 2-ST             Style: VICTORIAN
WaterFront Desc: No                            Terms: CONV, FHA, VA, CASH     Heating: FRCD AIR
Fuel Type: GAS                                 Cooling: CENTRAL               Fireplace Type: GRT RM
Bath Desc: 1ST F LAV, 2ND F BTH, MBR BTH, OTHER  Garage: 3 CAR                Foundation: BASEMENT
Road Frontage: GRAVEL                          Water Sewer: WELL , SEPTIC

### Pending Information

Pend Date:4/23/2012                            DOM:25  N
Sell Off. ID:                                  Sell Off:                      Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCOB

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...    9/28/2012

## Sales Contract

Selling Office  Real Estate Gives  MLS BRKR# _____  Date 4.2.2012
Listing Office  MLS BRKR# _____  Time _____ [ ] AM [ ] PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at 4548 Sedona
Independence
Oakland County, Michigan, and legally described as: T4N, R9E, SEC 1 OAKLAND
COUNTY CONDOMINIUM PLAN NO 938 INDIANWOOD ESTATES UNIT 37, 15379 P
381 10-23-95 FR 401-008 TO 011
The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and See Addendum.
_____. The
but does not include _____
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ ~~200,000~~ 215,000

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

   [ ] CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

   [X] NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) CONVEN mortgage loan in the amount of $ ~~170,000~~ 95% . Buyer will apply for the loan within 5 days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____, Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

   [ ] LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

   [ ] MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within 5 days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

   [X] NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, L.L.C. 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000  Fax: (586)620-6469  Ralph Roberts  Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

12-53023-tjt    Doc 119    Filed 10/01/12    Entered 10/01/12 09:43:44    Page 36 of 49

Realcomp Online                                             Page 1 of 1



## Listing Information

| | | | |
|---|---|---|---|
| #212029096Ad: 2095 YORKSHIRE RD | **RES PEND** | **ERTS/FS** | **$ 150,000 S** |

C: **BIRMINGHAM**    **48009-5917**     Map: AA 23 Loc: **N MAPLE ROAD E ETON**     Area: **02192**
Dir: **MAPLE TO ETON, NORTH ON ETON TO YORKSHIRE**                                  Protect: **180**
Lot Size: **75 X 149.69**    Acr: **0**         Front Ft: **75**    BR: **3** Bath: **2**    Lavs: **0**
Prop ID: **2030453015**    Sch: **BIRMINGHAM**              MBR: **12x11 E**    LR: **11x20 E**
Legal: **T2N, R11E, SEC 30 EAST MAPLE GARDENS S 149.3 FT OF LOT 70**    BR2: **10x10 E**    GR:
Tax: Sum: **$3,299** Win: **$745**    Assoc. Fee: **$**         Homestead: **Y**    BR3: **11x10 E**    FR:
Year Built: **1950**   Oth/Spc: **YES**                               BR4:                LB:
Water Nm:                Adl Doc: **N**         Pos: **CLOSING**    BR5:                DR:
Sq Ft: **1181**   TBS:         FBS: **580**         Src: **PRD**       BFT:                KT: **10x13 E**
Soil Type:                % Wooded: **0**          % Tillable: **0**    % Tiled: **0**
Comp Arr:    Sub Agency: **Y 3%** Buyer Agency: **Y 3%** Transaction Coord.: **Y 3%** Ownership: **PRIVATE - OWNED**
**336321 RALPH ROBERTS REALTY LLC**    **586-751-0000**       LD: **3/22/2012**    Short Sale: **Y**
**RALPH ROBERTS**                   Agt: **586-549-9346**   Acc: **APPT**       Gar: **Y** Ba: **Y** FP: **N**
Co-List: **BUNNY MONTI**              Co-List Ph: **586-751-**   Cnt: **BUNNY MONT**   Ph: **586-549-9346**
                                     **0000**

### Agent Only Remarks

**Charming ranch in popular area with attached 1-car garage, natural fireplace and bay window in**    LC: **N**
**living room overlooking tree lined street, 3 bedrooms and 2 full baths, perfect starter home! All**   DWP:
**room dimensions are approximate and subject to buyer inspection. All showings scheduled through**   PAY:
**1-800-showing.**                                                                                   INT:
                                                                                                     TRM:

### Features

Exterior: **BRICK**          Architecture: **1-ST**            Style: **RANCH**
WaterFront Desc: **No**      Terms: **CONV, FHA, VA, CASH**    Heating: **FRCD AIR**
Fuel Type: **GAS**           Interior Feat: **CABLE AVL**      Bath Desc: **1ST F BTH, BSM BTH**
Garage: **1 CAR, ATT, OPENER**  Foundation: **BASEMENT**       Basement Type: **UNFINISHED**
Exterior Feat: **PORCH**     Road Frontage: **PAVED, PUBLIC SIDEWALK**   Water Sewer: **MUN WAT , SEW-SANIT**

### Pending Information

Pend Date:**3/23/2012**                       DOM:**8 Y**
Sell Off. ID:                        Sell Off:              Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...    9/28/2012

**I-1**

### Sales Contract

Selling Office _Coldwell Banker_  MLS BRKR# _____  Date _3/5/12_
Listing Office _Ralph Roberts Realty_  MLS BRKR# _____  Time _5:30_  ☐ AM ☑ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at _2095 Yorkshire_
_Birmingham_ . _48009_
_Oakland_ County, Michigan, and legally described as: _Sec 30 East Maple_
_Gardens S 149.3 ft of lot 70_

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and _See Addendum (Short Sale)_

but does not include _____ . The
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ _150,000.—_.
3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:
   ☑ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.
   ☐ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.
   ☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.
   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.
4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _____ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.
5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.
6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.
7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.
8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:
   ☑ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000        Fax: (586)620-6449        . Ralph Roberts        Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com



## Listing Information

#212027523Ad: 4251 JOLIET AVE          RES PEND                    ERTS/FS          $ 750 L
C: WARREN   48091-4465                 Map: B 2   Loc: S 10 MILE RD E RYAN RD       Area: 03131
Dir: RYAN S OF 10 MILE TO E ON JOLIET                                              Protect: 120
Lot Size: 35 X 128            Acr: 0              Front Ft: 35       BR: 3  Bath: 1  Lavs: 0
Prop ID: 1329151030           Sch: FITZGERALD                       MBR: 12x09 E    LR: 14x13 E
Legal: JOHN S KONCZALS RYAN PARK SUB LOT 66 EXC E 2.5 FT. L.9 P.4   BR2: 10x09 E    GR:
Tax: Sum: $1,742 Win: $56     Assoc. Fee: $       Homestead: N      BR3: 09x09 E    FR:
Year Built: 1962   Oth/Spc: YES                                     BR4:            LB:
Water Nm:                     Adl Doc: N          Pos: 0            BR5:            DR:
Sq Ft: 918     TBS:           FBS:                Src: PUB REC      BFT:            KT: 12x10 E
Soil Type:                    % Wooded: 0         % Tillable: 0     % Tiled: 0
Comp Arr:    Sub Agency: Y .50% Buyer Agency: Y .50% Transaction Coord.: Y .50% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC              586-751-0000          LD: 3/18/2012    Short Sale: N
BRYAN FLINT                                  Agt: 586-222-8182      Acc: APPT/LCKBX  Gar: Y Ba: N FP: N
Co-List:                                     Co-List Ph:           Cnt: SHOWINTIME  Ph: 800-SHOWING

### Agent Only Remarks

Call Showingtime for all showings #800-Showing. 1st month's rent and up to 1.5 month's rent for       LC: N
the security deposit upon move-in. 1 month EMD to hold home off market. List Office to Hold EMD.      DWP:
No landlord disputes or evictions please. Income is more important. Call Washer and Dryer not          PAY:
included with Lease. MUST Call Listing Agent or download for specific application and Steps. Listing    INT:
Agent to Prepare Lease. Pets Negotiable with Pet Fee of $250.00.                                       TRM:

### Features

Exterior: VINYL               Architecture: 1-ST                    Style: RANCH
WaterFront Desc: No           Terms: LEASE                          Heating: FRCD AIR
Fuel Type: GAS                Interior Feat: PETS ALLOWED            Bath Desc: 1ST F BTH
Other Rooms: LIVING RM        Appliances: STV, REF, DISHW, WASH, DRY, DISPSL   Garage: 1 CAR, DET
Foundation: SLAB              Exterior Feat: FENCED                  Road Frontage: GRAVEL
Water Sewer: MUN WAT

### Pending Information

Pend Date: 6/1/2012                          DOM: 75  N
Sell Off. ID:                        Sell Off:                      Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...   9/28/2012



## Listing Information

#212024977Ad: 3232 INDIAN LAKE RD          RES PEND                    ERTS/FS          $ 220,000 S
T: ADDISON TWP    48370-3008        Map: Z 6    Loc: N CONKLIN E LAPEER ROAD    Area: 02041
Dir: LAPEER ROAD TO INDIAN LAKE ROAD, E/O INDIAN LAKE ROAD                       Protect: 180
Lot Size: IRR          Acr: 3.08          Front Ft: 100          BR: 3  Bath: 2    Lavs: 1
Prop ID: 0531426010        Sch: LAKE ORION                      MBR: 22x12 E      LR:
Legal: T5N, R11E, SEC 31 GRAMPIAN HEIGHTS SUB PART OF LOT 1 BEG AT SW LOT BR2: 16x12 E    GR: 22x23 E
COR, TH N 14-42-23 W 521.79 FT, TH N 75-17-37 E 265.95 FT, TH
Tax: Sum: $2,460 Win: $1,169    Assoc. Fee: $           Homestead: Y    BR3: 14x13 E      FR:
Year Built: 1969  Oth/Spc: YES                                              BR4:            LB:
Water Nm:                        Adl Doc: N            Pos: CLOSING    BR5:           DR: 15x13 E
Sq Ft: 2776      TBS:            FBS: 924              Src: PRD        BFT:          KT: 14x11 E
Soil Type:              % Wooded: 0          % Tillable: 0    % Tiled: 0
Comp Arr:       Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC          586-751-0000        LD: 3/11/2012      Short Sale: Y
RALPH ROBERTS                            Agt: 586-549-9346    Acc: APPT/LCKBX    Gar: Y  Ba: Y  FP: Y
Co-List: BUNNY MONTI                     Co-List Ph: 586-751-    Cnt: BUNNY MONT    Ph: 586-549-9346
                                         0000

### Agent Only Remarks

Spectacular views from this builder's custom 3 BR 2.5 bath home, studio space above. garage,    LC: N
walkout bsmt., hardwd floors, custom millwork and details throughout home, pond on property, lakeDWP:
view from front, beautiful landscaping, needs some work, dream home potential, all room          PAY:
dimensions are approximate and subject to buyer insp. All showings scheduled through 1-800-      INT:
showing                                                                                          TRM:

### Features

Exterior: CEDAR,       Architecture: 2-ST                 Style: OTHER
STONE
Site Desc: IRREG,      WaterFront Desc: LK/RVR PRV, POND   Terms: CONV, FHA, VA, CASH
WOODED, LAKE
VIEW
Heating: FRCD AIR,     Fuel Type: GAS                      Cooling: CENTRAL, CEIL FAN
RADIANT
Water Heater: GAS      Fireplace Type: GRT RM, DR, GAS     Interior Feat: CABLE AVL, CENT VAC, AIR CLEANR,
                                                           HUMIDF, PETS ALLOWED, JETTED TUB, WATER
                                                           SOFTENER (OWNED), SECURITY ALARM (OWNED)
Bath Desc: 1ST F       Other Rooms: DINING RM, 1ST FL LAU, Appliances: STV, REF, DISHW, MICRO, DISPSL
BTH, 1ST F LAV, MBRFLORIDA RM, IN-LAW QRT, GREAT RM,
BTH                    BUTLERS PANTRY
Garage: 2 CAR, ATT,    Foundation: BASEMENT               Basement Type: FINISHED, WALKOUT
OPENER
Buildings: SHED        Exterior Feat: DECK, PORCH, OUTSD   Road Frontage: GRAVEL
                       LGHT, SAT DISH
Water Sewer: WELL ,
SEPTIC

### Pending Information

Pend Date:5/17/2012                        DOM:67 N
Sell Off. ID:                              Sell Off:              Sell Agt:

http://www.realcomponline.com/asp/renderDetail.asp?property_id    9/28/2012



## Listing Information

#212023844Ad: 623 PARK ST    **RES PEND**    ERTS/FS    $ 1,400,000 S
C: BIRMINGHAM   48009-3405    Map: **Z 23**   Loc: **N MAPLE W WOODWARD**   Area: **02192**
Dir: **NORTH OF MAPLE, WEST OF WOODWARD**        Protect: **180**
Lot Size: **129X159**    Acr: **0**    Front Ft: **129**    BR: **5** Bath: **6**   Lavs: **2**
Prop ID: **1925329019**    Sch: **BIRMINGHAM**     MBR: **19x20 U**   LR: **17x15 E**
Legal: **T2N, R10E, SEC 25 ASSESSOR'S PLAT NO 29 PART OF LOT 69, ALSO ALL OF**   BR2: **18x13 U**   GR:
**LOTS 70 & 71 ALL DESC AS BEG AT SELY COR OF 'SD' LOT 71, TH**
Tax:    Win: **$3,706**    Assoc. Fee: **$**    Homestead: **Y**    BR3: **14x18 U**   FR: **17x23 E**
Sum: **$24,916**
Year Built: **2006**   Oth/Spc: **YES**           BR4: **13x17 U**   LB: **16x16 E**
Water Nm:    Adl Doc: **Y**    Pos: **AT CLOSE**   BR5: **12x22 U**   DR: **18x15 E**
Sq Ft: **5933**   TBS:    FBS:    Src: **PRD**    BFT:    KT: **15x16 E**
Soil Type:    % Wooded: **0**    % Tillable: **0**   % Tiled: **0**
Comp Arr:   Sub Agency: **Y 3%** Buyer Agency: **Y 3%** Transaction Coord.: **Y 3%** Ownership: **OTHER/SEE REMARKS**
336321 **RALPH ROBERTS REALTY LLC**    **586-751-0000**    LD: **3/7/2012**    Short Sale: **Y**
**RALPH ROBERTS**    Agt: **586-751-0000**   Acc: **APPT/LCKBX**   Gar: **Y** Ba: **Y** FP: **Y**
Co-List: **DEBORAH LEE BJORKLY**    Co-List Ph: **586-751-0000**   Cnt: **DEBORAH**   Ph: **248-765-2139**

## Agent Only Remarks

This listing is court ordered for sale through the Bankruptcy Trustee. Home subject to Bankruptcy   LC: **N**
court approval/highest best offer. Offer pending 3rd party approval / No showings    DWP:
PAY: INT: TRM:

## Features

Exterior: **BRICK, STONE**    Architecture: **2-ST**    Style: **TUDOR**
WaterFront Desc: **No**    Terms: **CONV, FHA, VA, CASH**    Heating: **FRCD AIR**
Fuel Type: **GAS**    Cooling: **CENTRAL**    Water Heater: **GAS**
Fireplace Type: **LIV RM, FAM RM, MBR, GAS**   Bath Desc: **1ST F LAV, 2ND F BTH, MBR BTH, MBR LAV, OTHER**   Garage: **3 CAR, ATT, SIDE ENTRY, OPENER**
Foundation: **BASEMENT**    Basement Type: **FINISHED**    Road Frontage: **PAVED**
Water Sewer: **SEW-SANIT**

## Pending Information

Pend Date: **4/23/2012**    DOM: **47  N**
Sell Off. ID:    Sell Off:    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10



## Listing Information

#212022508Ad: 25688 FERN ST          **RES  PEND**              **ERTS/FS**         **$ 18,900 S**
C: ROSEVILLE    48066-3610              Map: G 3    Loc: N 10 MILE E HAYES           Area: 03171
Dir: N OFF OF 10 MILE                                                               Protect: 180
Lot Size: 40X40X145X145         Acr: 0           Front Ft: 40      BR: 2  Bath: 1    Lavs: 0
Prop ID: 1419330006             Sch: ROSEVILLE                     MBR: 12x10 E      LR: 17x11 E
Legal: PLEASURE PARK #1 LOT 107                                    BR2: 10x9 E       GR:
Tax: Sum: $1,153  Win: $569     Assoc. Fee: $    Homestead: N      BR3:              FR:
Year Built: 1940   Oth/Spc: YES                                    BR4:              LB:
Water Nm:                       Adl Doc: N       Pos: IMMED        BR5:              DR: 9x9 E
Sq Ft: 900      TBS:            FBS:             Src: OLD LISTIN   BFT:              KT: 8x8 E
Soil Type:                      % Wooded: 0      % Tillable: 0     % Tiled: 0
Comp Arr:       Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321  RALPH ROBERTS REALTY LLC          586-751-0000            LD: 3/4/2012       Short Sale: N
RALPH ROBERTS                            Agt: 248-895-3897    Acc: APPT/LCKBX    Gar: N  Ba: N  FP: N
Co-List: CHRIS KAYNE                     Co-List Ph: 248-895-   Cnt: CHRIS KAYN    Ph: 248-895-3897
                                          3897

### Agent Only Remarks

CASH ONLY. NO FURNACE. TO SCHEDULE A SHOWING PLEASE CALL THE APPOINTMENT CENTER @ 1-  LC: N
800-SHOWING. 2 BEDROOM 1 BATH RANCH IN A QUIET NEIGHBORHOOD. POSSIBLE SLEEPING         DWP:
AREA OFF OF 2ND BEDROOM. WALKING DISTANCE TO EVERYTHING. GREAT RENTAL PROPERTY.        PAY:
CASH OFFER REQUIRES 10% EMD TO BE HELD BY LISTING OFFICE, CERTIFIED FUNDS.             INT:
                                                                                       TRM:

### Features

Exterior: ALUMINUM              Architecture: 1-ST              Style: RANCH
WaterFront Desc: No             Terms: CASH                     Heating: FRCD AIR
Fuel Type: GAS                  Water Heater: GAS               Bath Desc: 1ST F BTH
Garage: NO GARAGE               Foundation: CRAWL               Road Frontage: PAVED
Water Sewer: MUN WAT , SEW-SANIT

### Pending Information

Pend Date:9/17/2012                      DOM:441  Y
Sell Off. ID:                            Sell Off:                        Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...    9/28/2012

## Listing Information

#212017209Ad: 32239 GROAT BLVD RES PEND ERTS/FS $ 144,900 S
T: BROWNSTOWN TWP 48173-8635 Map: S 26 Loc: S WOODRUFF W JEFFERSON Area: 05173
Dir: JEFFERSON TO WOODRUFF TO DAY LILLY Protect: 15
Lot Size: 80X127 Acr: 0.23 Front Ft: 80 BR: 4 Bath: 2 Lavs: 1
Prop ID: 70152010043000 Sch: GIBRALTAR MBR: 17x14 U LR: 17x16 E
Legal: 11C 43 T5S UNIT 43 WAYNE COUNTY CONDO SUB PLAN 474 AKA RIVER VALLEY L29824 P2909-2976 BR2: 12x14 U GR:
Tax: Sum: $1,833 Win: $1,790 Assoc. Fee: $ Homestead: Y BR3: 11x12 U FR: 20x22 E
Year Built: 2002 Oth/Spc: YES BR4: 11x12 U LB:
Water Nm: Adl Doc: Y Pos: IMMED BR5: DR: 17x16 E
Sq Ft: 2616 TBS: FBS: Src: PRD BFT: KT: 14x20 E
Soil Type: % Wooded: 0 % Tillable: 0 % Tiled: 0
Comp Arr: Sub Agency: Y 3 Buyer Agency: Y 3 Transaction Coord.: Y 3 Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC 586-751-0000 LD: 2/17/2012 Short Sale: Y
RALPH ROBERTS Agt: 734-934-3498 Acc: APPT/LCKBX Gar: Y Ba: Y FP: Y
Co-List: WALID BAST Co-List Ph: (734) 934-3498 Cnt: SHOWNGTIME Ph: 800SHOWING

## Agent Only Remarks

click on schedule a showing. sharp 4 bedroom, 2.5 baths newer construction. Formal dining and living room, spacious kitchen with dining area, huge Family Room &more. Must see! Please refer to uploaded doces for offer instructions. Sold AS IS, purchaser is responsible for all insp.& repairs if any. Offers subject to 3rd party approval, negos handled by special counsel on behalf of estate for quick turn around.

LC: N
DWP:
PAY:
INT:
TRM:

## Features

| | | |
|---|---|---|
| Exterior: BRICK, VINYL | Architecture: 2-ST | Style: COLONIAL |
| WaterFront Desc: No | Terms: CONV, CASH | Heating: FRCD AIR |
| Fuel Type: GAS | Cooling: CENTRAL | Water Heater: GAS |
| Fireplace Type: FAM RM | Bath Desc: 1ST F BTH, 1ST F LAV, 2ND F BTH, MBR BTH | Other Rooms: DINING RM, LIVING RM, FAMILY RM |
| Garage: 2 CAR, ATT, OPENER, ELECT | Foundation: BASEMENT | Basement Type: UNFINISHED |
| Exterior Feat: SPRINKLR | Road Frontage: PAVED | Water Sewer: MUN WAT |

## Pending Information

Pend Date:3/2/2012 DOM:56 Y
Sell Off. ID: Sell Off: Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000 RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

**REALTORS**

# Sales Contract

Selling Office **REAL ISTATE ONE**     MLS BRKR# **327740** Date **2/25/12**

Listing Office _____     MLS BRKR# ~~327740~~ Time **2:05** ☐ AM ☒ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at **32239 GREAT BLVD.**

**WAYNE** County, Michigan, and legally described as: **RIVER VALLEY L29824**

**P2908-2976**

**70152 0100 3 000**

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any. **See Addendum.**

but does not include _____ . The
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ **120,000** (V.A.C m/h)

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

☒ **CASH:** Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

☐ **NEW MORTGAGE:** This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

☐ **LAND CONTRACT:** Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

☐ **MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT:** If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _____ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have **7** days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

☐ **NO PRORATION** Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48016
Phone: (586)751-0000    Fax: (586)620-6469    Ralph Roberts                   Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com



## Listing Information

#212011888Ad: **47806 PAVILLON RD**                    **RES PEND**                                    **ERTS/FS**                    **$ 279,900 S**
T: **CANTON TWP**   **48188-6288**                         Map: **B 10**   Loc: **S CHERRY HILL W  BECK**         Area: **O5071**
Dir: **SOUTH ON BECK TO TORRINGTON PARK WEST TO PAVILLON**                                                          Protect: **15**

| | | | | |
|---|---|---|---|---|
| Lot Size: **IRREG** | Acr: **0** | Front Ft: | BR: **4**  Bath: **3** | Lavs: **1** |
| Prop ID: **71077020253000** | Sch: **PLYMOUTH CANTON** | | MBR: **20x16 U** | LR: **20x18 E** |
| Legal: **20B253 LOT 253 FAIRWAYS WEST SUB NO. 2 T2S R8E L112 P56 TO 68 WCR** | | | BR2: **14x16 U** | GR: **22x20 E** |
| Tax: Sum: **$2,823** Win: **$2,971** | Assoc. Fee: **$400 ANNUALLY** | Homestead: **Y** | BR3: **14x12 U** | FR: |
| Year Built: **1997**   Oth/Spc: | | | BR4: **12x12 U** | LB: **14x12 E** |
| Water Nm: | Adl Doc: **Y** | Pos: **IMMED** | BR5: | DR: **14x12 E** |
| Sq Ft: **3386**   TBS: | FBS: | Src: **EST** | BFT: | KT: **14x20 E** |
| Soil Type: | % Wooded: **0** | % Tillable: **0** | % Tiled: **0** | |

Comp Arr:        Sub Agency: **Y 3**   Buyer Agency: **Y 3** Transaction Coord.: **Y 3**   Ownership: **PRIVATE - OWNED**
**336321  RALPH ROBERTS REALTY LLC**                     **586-751-0000**                   LD: **2/3/2012**               Short Sale: **Y**
**RALPH ROBERTS**                                           Agt: **734-934-3498**            Acc: **APPT/LCKBX**            Gar: **Y**  Ba: **Y**  FP: **Y**
Co-List: **WALID BAST**                                   Co-List Ph: **(734) 934-**   Cnt: **WALID BAST**              Ph: **800 SHOWING**
                                                          **3498**

### Agent Only Remarks

Showings thru showing desk.Almost 3400 Sq. Ft. of living space.Open concept.Grand foyer, vaulted        LC: **N**
ceilings thru out.Formal living & dining rooms,great room w/f/p, huge kichen w/dining area,too          DWP:
many magnificent features to mention.Offers & comms R subject to 3rd party approval.Short sale is       PAY:
handled by special counsel on behalf of the estate.Quick turn around.Refer to uploaded docs 4 offer     INT:
instructions.                                                                                            TRM:

### Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **2-ST** | Style: **COLONIAL** |
| WaterFront Desc: **No** | Terms: **CONV, FHA, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Cooling: **CENTRAL** | Water Heater: **GAS** |
| Fireplace Type: **LIV RM, OTHER** | Bath Desc: **1ST F LAV, 2ND F BTH, BSM BTH** | Other Rooms: **DINING RM, 1ST FL LAU, LIVING RM, GREAT RM, LIBR/STDY** |
| Garage: **3 CAR, ATT, OPENER, ELECT** | Foundation: **BASEMENT** | Exterior Feat: **PATIO, SPRINKLR, OUTSD LGHT** |
| Road Frontage: **PAVED** | Water Sewer: **MUN WAT** | |

### Pending Information

Pend Date:**6/11/2012**                                  DOM:**154  Y**
Sell Off. ID:                                            Sell Off:                              Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8

http://www.realcomponline.com/asp/renderDetail.asp?propertyid...      9/28/2012

1812 MIDDLEBELT
GARDEN CITY, MI 48135



OFFER TO PURCHASE
REAL ESTATE

CENTURY 21 CASTELLI
"EACH OFFICE IS INDEPENDENTLY OWNED AND OPERATED"

FAX (734) 525-1311
(734) 525-7900

1. The undersigned hereby offers and agrees to purchase the following land situated in the _____ TOWNSHIP, of _____ CANTON
_____ WAYNE _____ County, Michigan, legally described as follows: 20B253 LOT 262 PARKWAY NEST SUB NO. 2, T2S*
commonly known as _____ 17806 PAVILION _____ together with all fixtures, improvements and appurtenances,
including all built-in equipment, shelving, cabinets, fireplace enclosure, screens, gas log, grate, and gas attachment, all lighting fixtures and ceiling
fans, attached carpeting, all window treatments, shades, curtains and drapery rods, attached mirrors, television antennas, rotor and controls,
storm doors, storm windows and screens, awnings, garage door opener and transmitters, water softener (rental units excluded), security systems
(rental units excluded), central vacuum and attachments, attached humidifier, landscaping, gas, oil and mineral rights, if any, now in or on the
premises, and _____ and to pay therefore the sum of _____ Two Hundred Fifty Thousand _____ Dollars, ($ 250,000 )
_____ ] subject to the existing building and use restrictions, easements and zoning ordinances, if any, upon the following conditions:
THIS SALE TO BE CONSUMMATED BY [PARAGRAPH A [B] C er D, CHECK BOX WHICH APPLIES]:
☐ A. CASH SALE: Delivery of the usual Warranty Deed conveying a marketable title. Payment of purchase money is to be made by cashier's
check.
☒ B. CASH SALE WITH NEW MORTGAGE: Delivery of the usual Warranty Deed conveying a marketable title. Payment of the purchase money is
to be made by cashier's check. This Agreement is contingent upon the Purchaser being able to secure a _____ CONVENTIONAL _____ mortgage
in the amount of $ 200,000 _____ and pay $ 50,000 _____ down plus mortgage costs, prepaid items and adjustments in cash.
Purchaser agrees to apply for such mortgage at his/her own expense within _____ 7 _____ calendar days from Seller's acceptance of this Agreement.
Purchaser agrees to promptly comply with lender's request from information required to process the loan application.
If a firm commitment for such mortgage cannot be obtained within _____ 45 _____ calendar days from date of Seller's acceptance, this Agreement can
be declared null and void at Seller's written option and the deposit shall be returned upon execution of mutual release.
APPLICABLE TO FHA OR VA SALES ONLY: See attached FHA/VA Addendum.
☐ C. SALE TO EXISTING MORTGAGE: See attached Sale to Existing Mortgage Addendum.
☐ D. SALE ON LAND CONTRACT: See attached Land Contract Sale Addendum.
2. The Sellers shall deliver and the Purchaser shall accept possession of said property, subject to the rights of present tenants, is any. If the Seller
occupies the property, it shall be vacated on or before _____ TBD _____ days after closing. From the day after date of closing through and including
the date of vacating the property as agreed, SELLER SHALL PAY the sum of $ _____ per day, THE BROKER SHALL RETAIN from the
amount due Seller at closing the sum of $ _____ as security for said occupancy charge, paying to the Purchaser the amount
due and returning to the Seller the unused portion as that property is vacated and keys surrendered to Broker. Broker has no
obligation implied or otherwise for seeing that the premises are vacated on the date specified or for the condition of the premises. Broker is only
acting as an escrow agent for holding of the occupancy deposit. _____ Seven Thousand Five _____ Dollars ($ 7,500 ) in the
3. The Broker is hereby authorized to prevent this offer. The deposit of _____ shall be held by _____ in accordance with the rules and regulations of the Michigan Department of
form of a _____ CHECK _____
Consumer and Industry Services and applies to the purchase price upon consummation of sale or will be returned to Purchaser if offer is declined
by Seller. DEPOSIT IS DUE UPON COMPLETION OF PRIVATE INSPECTION IF APPLICABLE.
4. Upon acceptance of this agreement by the Seller and conveyance of title in the condition required herein, the Seller and Purchaser agree to
consummate the sale on or before _____ 01/31/2012 _____ See Addendum
5. AGENCY: Purchaser and Seller hereby acknowledge that the selling broker/sales associates are acting in the capacity of: (CHECK ONE ONLY)
☐ Seller's Agent ☒ Buyer's Agent ☐ Dual Agent ☐ Transaction Coordinator
6. LEAD-BASED PAINT: (SELLER AND PURCHASER TO INITIAL PARAGRAPHS WHICH APPLY)
_____ Seller represents and the Purchaser acknowledges that the housing on the above described property was constructed
after 12/31/77 and hereby is exempt under 42 U.S.C. 4852(d) (the leading paint disclosure regulations).
_____ Seller represents and the Purchaser acknowledges that the housing on the above described property was constructed
before 12/31/77. Purchaser acknowledges that prior to signing this Agreement of Sale, Purchaser has received and
reviewed a copy of the Lead-Based Paint Seller's Disclosure Form completed by the Seller on _____
_____ , 20 _____ , the terms of which are incorporated herein by reference.
Purchaser shall have a _____ day opportunity after the date of this Agreement to conduct an inspection
of the property for the presence of lead-based paint and/or lead-based hazards (Federal regulations require a 10-day
period or other mutually agreed upon period of time). If Purchaser is not satisfied with the results of this inspection,
upon notice from Purchaser to Seller within this period, this Agreement shall terminate and any deposit shall be
refunded to Purchaser.
_____ Purchaser hereby waives his/her opportunity to conduct a risk assessment or inspection for the
presence of lead-based paint and /or lead based paint hazards.
7. ADDITIONAL DOCUMENTS ATTACHED: The following are attached hereto and are made a part hereof (CHECK ALL WHICH APPLY)
☒ Seller's Disclosure Statement ☐ 72 Hour Contingency Agreement ☐ Sale to Existing Mortgage Addendum ☐ Addendum to Agreement of Sale
☒ Lead-Based Paint Seller's Disclosure ☐ Condominium Addendum ☐ Land Contract Sale Addendum ☐
☐ FHA/VA Addendum ☒ Notice of Buyer Agency ☐ Swimming Pool Addendum ☐
☐ FHA Agreement of Sale Addendum ☐ Dual Agency Agreement ☐ Private Road Addendum ☐
GENERAL CONDITIONS of sale printed on reverse side are incorporated and made a part hereof.
ADDITIONAL CONDITIONS, if any FREE $133 FEE TO FENCE
+ Subject to Short Sale Approval

PURCHASER'S SIGNATURE AND ACKNOWLEDGEMENT OF RECEIPT: Purchaser acknowledges the receipt of a copy of this document.
_____ WENDI DANCY D. GOMEZ _____ 9-9-12

SELLER'S ACCEPTANCE OR AGREEMENT OF SALE: The undersigned Seller accepts this offer and acknowledges receipt of a copy of this Agreement
of Sale. Seller further agrees that _____ RALPH ROBERTS RE _____ and _____ CENTURY 21 CASTELLI-910345 _____ AS AUTHORIZED Broker(s) has/have
procured said Agreement and has/have brought about this sale and hereby directs that no further offers be presented after acceptance of this
Agreement of Sale. Seller further agrees to pay Broker(s), for services rendered, a commission as set forth in the listing agreement, for the sale of
the property. If sale is not consummated for any reason not attributable to Broker(s) and deposit is forfeited, Broker(s) may retain one-half thereof
(not to exceed the full commission) in full payment for services rendered.
_____ Trustee Signature

PURCHASER'S ACKNOWLEDGEMENT OF RECEIPT: The undersigned Purchaser hereby acknowledges the receipt of the Seller's signed acceptance.

This contract is for use by Realcomp subscribers. Use by any other party is illegal and voids the contract. Instanet forms

Trustee Initial
Buyer Initial

Pending Short Sales

7201 Alpine View
22129 Boulder
3484 Eagle
37759 Evergreen
9119 Garfield
32239 Groat
368. N Harvey
35530 Lancashire
299 Park Island
47806 Pavillon
49129 Peninsular
47576 Pine Creek
4548 Sedona
35528 Tall Oaks
2095 Yorkshire

**REALTORS**

## Sales Contract

Selling Office __REMAX SUBURBAN__    MLS BRKR# __603__   Date __March 6, 2012__

Listing Office __RALPH ROBERTS REALTY__    MLS BRKR# _____   Time _____   ☐ AM ☒ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at __37759 Evergreen Drive__
_____. __Sterling Heights, Macomb__
_____ County, Michigan, and legally described as: __Lot 220 Parkway Estates Subdivision__
_____

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and __See Addendum.__ _____

but does not include _____ . The
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ ____95,000.00____ .
3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

   ☑ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

   ☐ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

   ☐ LAND CONTRACT: Buyer will pay $ _____ · _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within ____5____ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have __5__ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

   ☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000     Fax: (586)620-6469     Ralph Roberts       Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

**REALTORS**

## Sales Contract

Selling Office _Ly Lx   C I F , Inc_
Listing Office _____ Realty

MLS BRKR# _650531741_
MLS BRKR# _____   Date _____
Time _____  ☐ AM ☐ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at _47576 Pier Cricket_
_Northville, MI 4VES_
_Litpl's_ _____ County, Michigan , and legally described as: _Property ID# 77 03 26 003 000_
_East  Lts 13 Pier Creek Ests 2 713 PVE  Lot Pet 70 73 CCCA_

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures, plumbing fixtures; water softener (unless rented), heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades, awnings; shutters, window blinds, curtain and drapery rods, attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any, and ~~~~~ _AAN_ _____
_____
but does not include _____
property is purchased subject to zoning ordinances and to use restrictions and easements of record                              The

2. **SALES PRICE** The sales price is $ _23 0 60_
3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:
   ☑ **CASH** Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.
   ☐ **NEW MORTGAGE.** This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title
   ☐ **LAND CONTRACT:** Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing
   ☐ **MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT:** If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _16_ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:
   ☐ **NO PRORATION** Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

FORM I OCT/09                                                        Page 1 of 4

Ralph R. Roberts Real Estate, LLC. (2900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000        Fax: (586)620-6409        Ilissa Roberts
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com                    Until: ed