## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RALPH ROBERTS REALTY, LLC, *et al.*[1] | ) | Case No. 12-53023 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Thomas J. Tucker |
| | ) | |

## NOTICE OF FILING SEVENTH PLAN SUPPLEMENT –
## PENDING SHORT SALES

PLEASE TAKE NOTICE THAT Ralph Roberts Realty, LLC and Ralph R. Roberts (the

"Debtors"), by and through Gold, Lange & Majoros, P.C., their undersigned attorneys, hereby

submit the attached Exhibit 1 – Seventh Plan Supplement – Pending Short Sales, which is a list

of all of the Debtors' real estate listings for which short sale closings are currently pending, but

have not yet closed, and with respect to which the Debtors will be entitled to commission income

upon closing.


Dated: October 1, 2012

                                    GOLD, LANGE & MAJOROS, P.C.

                                    /s/ Hannah Mufson McCollum
                                    HANNAH MUFSON MCCOLLUM (P67171)
                                    Attorneys for Ralph Roberts Realty, LLC
                                    24901 Northwestern Hwy., Suite 444
                                    Southfield, MI 48075
                                    (248) 350-8220
                                    hmccollum@glmpc.com

---

[1] This case is jointly administered with the case of Ralph R. Roberts, Case No. 12-53024.

# EXHIBIT 1

# PENDING SHORT SALES

| Property Address | Trustee | Debtor | Case No. |
|---|---|---|---|
| 7201 Alpine View | K. Jin Lim | Patricia Hollis | 10-60469 |
| 3484 Eagle | K. Jin Lim | Don and Mary Hensley | 11-40556 |
| 37759 Evergreen | Taunt | John and Therese Stiff | 11-49966 |
| 9119 Garfield | Ellmann | Heather Dare | 11-71560 |
| 32239 Groat | Shapiro | Jennifer and Matthew Nelson | 10-58843 |
| 368 N Harvey | K. Jin Lim | Audrey Redman | 11-43818 |
| 35530 Lancashire | Kohut | Gerald and Phyllis Jason | 11-71917 |
| 47806 Pavilion | Stevenson | Tamara Jorgenson | 11-55044 |
| 49129 Peninsular | Stevenson | Ronnie and Tracie Smith | 11-71064 |
| 47576 Pine Creek | Allard | Frank and Ramona Mugerdichian | 11-17172 |
| 4548 Sedona | Turner Lewis | Scott and Roxana Chambers | 10-48362 |
| 2095 Yorkshire | Kohut | Jill Marie Wright | 12-42844 |



## Listing Information

#212074171 Ad: 7201 ALPINE VIEW CT   RES PEND                    ERTS/FS        $ 190,000 S
T: WHITE LAKE TWP    48383-2440        Map: J 15   Loc: N M-59 W PORTER ROAD     Area: 02121
Dir: M-59 TO PORTER ROAD, N/O PORTER ROAD TO ALPINE VIEW COURT                  Protect: 180
Lot Size: 165X273        Acr: 0                  Front Ft: 165    BR: 4  Bath: 3  Lavs: 0
Prop ID: 1216376019      Sch: HURON VALLEY                        MBR: 17x14 E   LR:
Legal: T3N, R8E, SEC 16 & 21 OAKLAND COUNTY CONDOMINIUM PLAN NO 865 ALPINE BR2: 15x12 E  GR: 23x20 E
ESTATES UNIT 4 L 14754 P 720 6-20-94 FR 014
Tax: Sum: $4,601  Win: $1,212    Assoc. Fee: $81 ANNUALLY    Homestead: Y   BR3: 13x13 L   FR: 23x23 L
Year Built: 1994   Oth/Spc: YES                                  BR4: 13x13 L   LB:
Water Nm:                        Adl Doc: N          Pos: CLOSING BR5:          DR: 13x12 E
Sq Ft: 1694   TBS: 1694          FBS:                Src: PRD     BFT:          KT: 15x13 E
Soil Type:            % Wooded: 0            % Tillable: 0        % Tiled: 0
Comp Arr:        Sub Agency: Y 3%  Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC           586-751-0000                          Short Sale: Y
RALPH ROBERTS                             Agt: 586-549-9346      Acc: APPT/LCKBX Gar: Y  Ba: Y  FP: Y
Co-List: TIMOTHY COOK                     Co-List Ph: 313-550-   Cnt: BUNNY MONT Ph: 586-549-9346
                                          5604

### Agent Only Remarks
Gorgeous sprawling ranch with finished walkout. Hdwd. floors throughout upper & lower levels, 1st floor LC: N
master suite w/walk in closet. Kitchen and great room with fireplace lead to large deck overlooking    DWP:
wooded lot. Dream home potential! All room dimensions are approximate and subject to buyer      PAY:
inspection. All showings scheduled through 1-800-showing                                        INT:
                                                                                                TRM:

### Features
Exterior: BRICK                  Architecture: 1-ST         Style: RANCH
Site Desc: WOODED, HILLY-RAVINE  WaterFront Desc: No        Terms: CONV, FHA, VA, CASH
Heating: FRCD AIR                Fuel Type: GAS             Cooling: CENTRAL, CEIL FAN
Water Heater: GAS                Fireplace Type: GRT RM, GAS Interior Feat: CABLE AVL, AIR CLEANR,
                                                            HUMIDF, SMP PUMP, JETTED TUB
Bath Desc: 1ST F BTH, 1ST F LAV, Other Rooms: DINING RM, 1ST FL LAU, Appliances: DISHW, DISPSL
MBR BTH, BSM BTH                 GREAT RM, FAMILY RM
Garage: 2 CAR, ATT, OPENER       Foundation: BASEMENT       Basement Type: FINISHED, WALKOUT
Exterior Feat: DECK              Road Frontage: PAVED       Water Sewer: WELL , SEPTIC

### Pending Information
Pend Date: 8/22/2012                      DOM: 49 Y
Sell Off. ID:                             Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO7



**KELLER WILLIAMS**
R E A L T Y

☐ Commerce Market Center
3900 Union Lake Rd., Suite 210
Commerce Twp, MI 48381
Phone: 248.360.2900
Fax: 248.401.2901

☐ West Bloomfield Market Center
30400 Northwestern Hwy, Suite 300
Farmington Hills, MI 48334
Phone: 248.626.2100
Fax: 248.626.2103

☐ Troy Market Center
1700 W. Big Beaver, Suite 100
Troy, MI 48084
Phone: 248.649.7200
Fax: 248.649.7208

## PURCHASE AGREEMENT

1. THE UNDERSIGNED hereby offers and agrees to purchase the following land situated in the ☐ City, ☒ Township, ☐ Village of _____ WHITE LAKE _____ OAK _____ County, Michigan, legally described as follows: UNIT, BLG. (C & 1) GARLAND COUNTY CONDOMINIUM PLAN NO 885 ALPINE ESTATES UNIT 4 L 14734 P 720 6-20-94 FR OLI _____ commonly known as _____ 7201    ALPINE VIEW CT _____ together with all improvements and appurtenances including lighting fixtures and fans, attached mirror, fireplace screens and enclosures, gas logs and attachments, central vacuum system and attachments, window treatments, drapery hardware, curtain and traverse rods, all blinds and shades, attached carpeting, built-in cabinetry, built-in kitchen appliances and equipment, storm windows and doors, screens, awnings and shutters, landscaping, TV antenna, rotor and controls, satellite dish and accessories, garage door opener and transmitters, fuel in tanks at time of possession, attached humidifiers, water softeners (rental units excluded) if any, now in or on the premises, and, _____

_____ and to pay therefore the sum of _____ One hundred eighty thousand 00/00 _____ Dollars, $ _____ 180,000.00 _____ subject to existing building and use restrictions, easements and zoning ordinances, if any, upon the following terms of sale:

THE SALE TO BE CONSUMMATED BY: (Use paragraph ☐A, ☒B, ☐C, or ☐D)
A. CASH SALE. Delivery of the usual Warranty Deed conveying a marketable title. Payment of purchase money to be made in cash, cashier's check or certified funds.
B. CASH SALE WITH NEW MORTGAGE. Delivery of the usual Warranty Deed conveying a marketable title. Payment of purchase money to be made in cash, cashier's check, or certified funds. This Agreement is contingent upon Purchaser being able to secure a _____ conventional _____ mortgage in the amount of $ _____ 144,000.00 _____ and pay $ _____ 36,000.00 _____ down plus mortgage costs, pre-paid items, and adjustments in cash. Purchaser agrees that in connection with said application to lender, Purchaser will promptly comply with lender's request for all information required to process the loan application. If a firm commitment for such mortgage cannot be obtained within _____ 45 _____ calendar days from date of acceptance, at Seller's or Purchaser's written option, this offer can be declared null and void and Purchaser's deposit returned forthwith.
C. APPLICABLE TO FHA OR VA SALES ONLY: See attached FHA/VA Addendum.
D. SALE ON LAND CONTRACT: See attached Land Contract Sale Addendum.

2. CLOSING Upon acceptance of this Agreement by Seller and conveyance of title in the condition required herein, Seller and Purchaser agree to consummate the sale on or before _____ such 36 _____. Closing of this sale shall take place at the office of listing broker, title company, or lending institution.

3. OCCUPANCY The property is ☐ owner occupied, ☐ tenant occupied, ☒ vacant. Seller shall deliver and Purchaser shall accept possession of said property subject to rights of present tenants, if any. If Seller occupies property, it shall be vacated and keys surrendered to Broker _____ 0 _____ calendar days after closing. From the day after closing through the day of vacating the property as agreed, Seller shall pay the sum of $ _____ per day. Broker shall retain from the amount due Seller at closing, the sum of $ _____ as security for said occupancy charge, paying to Purchaser the amount due and returning to Seller the unused portion as determined by the date property is vacated and keys surrendered to Broker. Said occupancy charge can be disbursed every 30 days at Purchaser's request. Broker has no obligation, implied or otherwise, for seeing that the premises are vacated on the date specified or for the condition of the premises but is only acting as an escrow agent for holding the occupancy deposit. Seller is responsible for the water bill until Seller gives possession and takes a final water meter reading.

4. EARNEST MONEY DEPOSIT Broker is hereby authorized to make this offer and the deposit of _____ 9,300.00 _____ Dollars in the form of ☐ cash, ☒ check as earnest money to be held by Keller Williams or returned in accordance with the terms of this Agreement. BROKERS ACKNOWLEDGEMENT OF DEPOSIT: Received by Keller Williams _____ ROBERT SCHWARTZ _____
(Sales Associate)

5. HOME WARRANTY Purchaser ☐ accepts ☒ declines an America's Preferred Supreme Home Protection Plan. Paid by: ☐ Seller ☐ Purchaser ☐ Other

6. AGENCY By the signatures below Purchaser and Seller hereby acknowledge that the selling broker/sales associate are acting in the capacity of: ☐ Seller's Agent, ☒ Buyer's Agent, ☐ Dual Agent, ☐ Transaction Coordinator

T. M
Buyer(s) Initials

Seller(s) Initials

**Page 1 of 5**
This contract is for use by Instanet Subscribers. Use by any other party is illegal and voids the contract.

*instanet forms*

12-53023-tjt    Doc 122    Filed 10/01/12    Entered 10/01/12 09:52:52    Page 6 of 43

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

PATRICIA S. HOLLIS,

Debtor.

Case No. 10-60469-tjt
Chapter 7
Judge Tucker

_____/

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY REAL ESTATE BROKER

K. Jin Lim, the Chapter 7 Trustee, having filed her Application to Employ Real Estate

Broker; and the Court being fully advised in the premises:

IT IS ORDERED that the Trustee is authorized to employ Ralph R. Roberts of Ralph

Roberts Realty, LLC, to sell the real property described in the Application.

IT IS FURTHER ORDERED that the amount of rate of broker's compensation shall be

seven (7%) of the gross proceeds realized from the Trustee's sale of the real property, which

shall be paid after application and after Court order authorizing payment.

.

**Signed on February 28, 2012**

_____/s/ Thomas J. Tucker_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**



## Listing Information

#212079069Ad: 3484 EAGLE DR          RES PEND                              ERTS/FS       $ 140,000 S
C: TROY    48083-5635                Map: AF 21 Loc: N WATTLES E JOHN R                    Area: 02203
Dir: NORTH ON JOHN R FROM WATTLES TO NIAGRA LEFT ON EAGLE                                 Protect: 180
Lot Size: 57X162          Acr: 0.21           Front Ft:          BR: 3  Bath: 2           Lavs: 0
Prop ID: 2024302005       Sch: TROY                              MBR: 12x14 E             LR: 14x16 E
Legal: T2N, R11E, SEC 24 BEAVER TRAIL SUB NO 3 LOT 395           BR2: 12x12 E             GR:
Tax: Sum: $2,699 Win: $521    Assoc. Fee: $                      BR3: 10x10 E             FR:
Year Built: 1977   Oth/Spc: YES                 Homestead: Y     BR4:                     LB:
Water Nm:                 Adl Doc: N            Pos: AT CLOSE     BR5:                     DR: 12x12 E
Sq Ft: 1554       TBS: 0   FBS:                 Src: PRD         BFT:                     KT: 10x10 E
Soil Type:                 % Wooded: 0          % Tillable: 0     % Tiled: 0
Comp Arr:       Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC              586-751-0000        LD: 8/1/2012             Short Sale: Y
RALPH ROBERTS                                Agt: 586-751-0000   Acc: APPT                Gar: Y Ba: Y FP: N
Co-List: LANETTE LOUWERS                     Co-List Ph: 586-751-   Cnt: 1                Ph: 2487652139
                                             0000

### Agent Only Remarks

All dimensions are approximate. FP in Living room. Nice neighborhood. Subject to Bankruptcy       LC: N
Court / 3rd party approval House is sold AS IS                                                     DWP:
                                                                                                  PAY:
                                                                                                  INT:
                                                                                                  TRM:

### Features

Exterior: BRICK              Architecture: 1-ST          Style: RANCH
WaterFront Desc: No          Terms: CONV, FHA, VA, CASH   Heating: FRCD AIR
Fuel Type: GAS               Bath Desc: 1ST F BTH, MBR BTH   Garage: 2 CAR
Foundation: BASEMENT         Road Frontage: PAVED         Water Sewer: MUN WAT , SEW-SANIT

### Pending Information

Pend Date:8/1/2012                           DOM:44  Y
Sell Off. ID:                                Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

 **PURCHASE AGREEMENT (Form A)** 

BROKER ADDRESS 31.S. Main, Clarkston 48346 TELEPHONE 248 625 0200 FAX 2483833153

("Broker") and its designated salespeople are agents for the ☐ Seller ☑ Purchaser ☐ Seller and Purchaser (Dual) (Buyer initials) __ (Seller initials) __ acknowledge that this __ is or __ is not an in-house transaction in which the Buyer and Seller are each represented by ☑ different designated salespeople or ☐ same salespeople.

1. **AGREEMENT TO SELL.** The undersigned Seller and Purchaser agree to sell and purchase the following real property located in the [City, Village, Township] of __TROY__ __OAKLAND__ County, Michigan, described as follows: [legal description and tax ID No.] __2024302005__

commonly known as [address] __3484 Eagle Drive__, which ☐ is (Form # 525) or ☑ is not on a private road, together with all improvements and appurtenances, including all lighting fixtures, shades, blinds, curtain rods, traverse rods, window treatments, storm windows and doors, screens, awnings, TV antenna, rotor and controls, satellite dish and accessories, water softener (rental units excluded), security system, central vacuum system and attachments, attached mirrors, garage door openers and transmitters, fireplace enclosures, grates, logs and gas attachments, landscaping, attached humidifier, fuel in tanks at the time of possession, all tacked down carpeting, if any, now on the premises, and __per MLS__ Zip Code 48083

sum of __ONE HUNDRED TWENTY SIX THOUSAND__ (the "Property") and Purchaser agrees to pay Seller the (the "Purchase Price") subject to the existing building and use restrictions, easements, and zoning ordinances, if any, in accordance Dollars $ 126,000. with the terms and subject to the conditions set forth in this Purchase Agreement ("Agreement").

2. **PAYMENT.** This transaction shall be consummated by the subparagraph checked below: (Check box that applies)
☐ A. Cash Sale. ...
☑ B. Cash Sale With New Mortgage. ...FHA 203K mortgage in the amount of $ 96.5% ...

☐ C. Sale Subject to Existing Mortgage, Simple Assumption. Attach Terms of Sale Addendum (Form # 213)
☐ D. Sale Subject to Existing Mortgage, Requalification Required. Attach Terms of Sale Addendum (Form # 213)
☐ E. Sale by Land Contract. Attach Land Contract Addendum (Form # 255)

3. **SELLER'S DISCLOSURES.** ...

4. **CONDITION OF PROPERTY.** ...

(Initials) Seller ___ (Initials) Purchaser ___

REO 120 rev. 1/12   Page 1 of 4   © Real Estate One, Inc. 2012

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

DON B. HENSLEY and
MARY V. HENSLEY,

Case No. 11-40556-MBM
Chapter 7
Judge McIvor

Debtors.

_____/

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY REAL ESTATE BROKER

K. Jin Lim, the Chapter 7 Trustee, having filed her Application to Employ Real Estate

Broker; and the Court being fully advised in the premises:

IT IS ORDERED that the Trustee is authorized to employ Ralph R. Roberts of Ralph

Roberts Realty, LLC, to sell the real property described in the Application.

IT IS FURTHER ORDERED that the amount of rate of broker's compensation shall be

seven (7%) of the gross proceeds realized from the Trustee's sale of the real property, which

shall be paid after application and after Court order authorizing payment.

Signed on April 13, 2012

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge

# Macomb County Public Records - Full Detail Report W/Community Profile Report

| Search Listings | Realist.com | Printable View | Map Property | Back To List |

Full Detail Report w/Community Profile ∨

| Start Transaction | Start Listing Input Form | Report Incorrect Data | Email Property |

**Previous**                                                                          **Next**

Location & Ownership

Photos              Map

**Property ID:** 1020332011

**Property Address:** 37759 EVERGREEN DR

**City/ State/ Zip:** STERLING HEIGHTS MI 48310-3930

**Census Tract:** 2314          **Block Group:** 3

**Owner Name:** JOHN F STIFF

**Taxpayer Address:** 37759 EVERGREEN DR

**City/ State/ Zip:** STERLING HEIGHTS MI 48310-3930

**City/ Village/ Town:** STERLING HEIGHTS

**Subdivision:** PARKWAY ESTATES

**MLS Area:** 03101-STERLING HEIGHTS

**School District:** WARREN CON

**Property Category:** RS

**Land Use:** 401



**Legal Description:** $PARKWAY ESTATES SUB LOT 220

Taxes

| Year | Season | Total Ad Valorum | Administrative Fees | Special Assessment | City/ Village / Township | Total Seasonal |
|------|--------|------------------|---------------------|--------------------|--------------------------|----------------|
| 2011 | Winter | 70.54            | 0.70                | 0.00               | 0.00                     | 71.24          |
| 2011 | Summer | 2,868.72         | 28.68               | 0.00               | 0.00                     | 2,897.40       |
| 2010 | Winter | 77.89            | 0.77                | 0.00               | 0.00                     | 78.66          |
| 2010 | Summer | 3,107.81         | 31.07               | 0.00               | 0.00                     | 3,138.88       |
| 2009 | Winter | 87.87            | 0.87                | 0.00               | 0.00                     | 88.74          |
| 2009 | Summer | 3,206.46         | 32.06               | 0.00               | 0.00                     | 3,238.52       |
| 2008 | Winter | 84.20            | 0.84                | 0.00               | 0.00                     | 85.04          |
| 2008 | Summer | 2,993.23         | 20.37               | 0.00               | 0.00                     | 3,013.60       |
| 2007 | Winter | 70.22            | 0.70                | 0.00               | 0.00                     | 70.92          |
| 2007 | Summer | 2,993.26         | 20.63               | 0.00               | 0.00                     | 3,013.89       |

Assessments & Total Annual Tax

| Year | Taxable Value | State Equalized Value | Homestead/ Percent | Total Taxes |
|------|---------------|-----------------------|--------------------|-------------|
| 2011 | 74,300.00     | 74,300.00             | 100.00             | 2,968.64    |
| 2010 | 82,050.00     | 82,050.00             | 100.00             | 3,217.54    |
| 2009 | 92,550.00     | 98,550.00             | 100.00             | 3,327.26    |
| 2008 | 88,650.00     | 107,150.00            | 100.00             | 3,098.64    |
| 2007 | 86,700.00     | 115,850.00            | 100.00             | 3,084.81    |

## Transfer Information

| Grantor | Grantee | Sale Date | Deed Date | Sale Price | Deed Type | Liber/Page |
|---------|---------|-----------|-----------|------------|-----------|------------|
| BARBER J | STIFF J | 11/28/1994 | 11/28/1994 | 136,900.00 | WAR/DEED | 06529/0702 |

## Other Recordings

| Obligee | Obligor | Record Date | Doc Date | Amount | Doc Type | Liber/Page |
|---------|---------|-------------|----------|--------|----------|------------|

## Characteristics

| | |
|---|---|
| Living Area SF: 1680 | Bedrooms: |
| Basement Square Footage: | Bathrooms: 2 |
| Year Built: 1980 | Pool: |
| Year Remodeled: | Fireplace: Y |
| Exterior: BRICK | Garage Type: ATTACHED GARAGE |
| Stories: 1 | Garage Year Built: |
| Style: | Garage Square Feet: 504 |
| Roof Type/Cover: / | Garage Length: |
| Basement Type: FULL | Garage Width: |
| Water: | Garage Capacity: |
| Heat Type: FORCED AIR | Gas Service: |
| Heat Fuel: | |
| Central Air: Y | Sewer: |
| #1 Porch/Breezeway: | Well: |
| #1 Porch Dimensions: | Neighborhood: |
| #2 Porch/Breezeway: | Septic: |
| #2 Porch Dimensions: | Storm Sewer: |
| Construction Type: | Road Surface: |
| Land Dimension: 93 x 120 | Through Street: |
| Land Sqft: | Topography: |
| Acres: 0.26 | Irregular: Y |

## Commercial

Number of Buildings:

Number of Units:

Total Square Feet:

## Community Information for Zip Code 48310

| | |
|---|---|
| Part or All of the Communities of: | STERLING HEIGHTS, STERLING HTS |
| Characteristics: | Significant Percentage of Family Households, Nearb |

| | | | |
|---|---|---|---|
| Total Population: | 42,650 | In Current Residence 5+ Years: | 46% |
| Density (People/Square Mile): | 5,236 | Annual Residential Turnover: | 8% |
| Population Change Since 1990: | 1% | Median Years In Residence: | 4 |
| Population Change Since 2000: | 2% | Median Dwelling Age: | 24 |
| Median Age: | 37.9 | Owner-Occupied Dwellings: | 77% |
| Number of Households: | 14,708 | Renter-Occupied Dwellings: | 18% |

| Average Household Size: | 3 | Vacant Dwellings: | 5% |

| RS/CO LISTINGS FOR SALE | | RS/CO LISTINGS FOR LEASE | |
|---|---|---|---|
| On-Market Listings: | 77 | On-Market Listings: | 10 |
| Foreclosed Listings: | 4 | Foreclosed Listings: | 0 |
| Median List Price: | $135,000.00 | Median List Price: | $1,437.50 |
| Sold Listings (Past Year): | 457 | Leased Listings (Past Year): | 91 |
| Sold Short Sales: | 55 | Leased Short Sales: | 0 |
| Median Sold Price: | $115,600.00 | Median Sold Price: | $1,310.00 |
| Median Cumulative DOM: | 37 | Median Cumulative DOM: | 23 |

Community and demographic content provided by OnBoard Informatics © 2012.

onboard

**Click here to view MLS history for this property**

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by **Realcomp II Ltd.** for LISA PEARCY
Server RCO10 (67499112)

12-53023-tjt   Doc 122   Filed 10/01/12   Entered 10/01/12 09:52:52   Page 13 of 43



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212019803 Ad: 37759 EVERGREEN DR | | RES EXPD | ERTS/FS | $95,000 S |
| C: STERLING HEIGHTS   48310-3930 | | Map: B 9   Loc: S FOXHILL E RYAN | | Area: 03101 |
| Dir: SOUTH OF FOXHILL AND EAST OF RYAN | | | | Protect: 180 |

Lot Size: **93X120**     Acr: **0**     Front Ft:     BR: **3** Bath: **2**     Lavs: **0**
Prop ID: **1020332011**     Sch: **WARREN CON**     MBR: **15x13 E**     LR:
Legal: **$PARKWAY ESTATES SUB LOT 220**     BR2: **9x11 E**     GR: **25x18 E**
Tax: Sum: **$2,897** Win: **$79**     Assoc. Fee: **$**     Homestead: **Y**     BR3: **13x11 E**     FR:
Year Built: **1980**   Oth/Spc: **YES**     BR4:     LB:
Water Nm:     Adl Doc: **Y**     Pos: **0**     BR5:     DR:
Sq Ft: **1680**   TBS:     FBS:     Src: **MLS**     BFT:     KT: **18x10 E**
Soil Type:     % Wooded: **0**     % Tillable: **0**     % Tiled: **0**
Comp Arr:     Sub Agency: **N**     Buyer Agency: **Y 3%** Transaction Coord.: **N**   Ownership: **PRIVATE - OWNED**
**336321 RALPH ROBERTS REALTY LLC**     **586-751-0000**     LD: **2/25/2012**     Short Sale: **Y**
**CHRIS KAYNE**     Agt: **586-751-0000**     Acc: **APPT**     Gar: **Y** Ba: **Y** FP: **N**
Co-List:     Co-List Ph:     Cnt: **SHERRY D**     Ph: **586-751-0000**

### Agent Only Remarks

Please call 1-800-showing to schedule an appointment subject to final short sale/ bankruptcy approval   LC: **N**
DWP:
PAY:
INT:
TRM:

### Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **1-ST** | Style: **RANCH** |
| WaterFront Desc: **No** | Terms: **CONV, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Cooling: **CENTRAL** | Bath Desc: **1ST F BTH** |
| Garage: **2 CAR, ATT** | Foundation: **BASEMENT** | Exterior Feat: **FENCED** |
| Road Frontage: **PAVED** | Water Sewer: **MUN WAT, SEW-SANIT** | |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

**REALTORS**

## Sales Contract

Selling Office __REMAX SUBURBAN__   MLS BRKR# __603__   Date __March 6, 2012__

Listing Office __RALPH ROBERTS REALTY__   MLS BRKR# _____   Time _____  ☐ AM ☒ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at __37759 Evergreen Drive__
__Sterling Heights, Macomb__
_____ County, Michigan, and legally described as: __Lot 220 Parkway Estates Subdivision__
_____

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and __See Addendum.__ _____

but does not include _____ . The
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ __95,000.00__ .

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

☒ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

☐ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within __5__ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have __5__ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

FORM I OCT/09                                          Page 1 of 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

John and Therese Stiff

Debtors.

Case No. 11-49966
Chapter 7
Honorable Steven W. Rhodes

_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## REAL ESTATE AGENT AND BROKER

**THIS MATTER** having come before the Court upon the Trustee's Application to Employ Real Estate Agent and Broker, the Court having read same and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee be and hereby is authorized to employ Ralph Roberts as real estate sales agent and Ralph Roberts Realty, LLC as broker with compensation not to exceed 7% of the gross proceeds from the sale of the real property located at 37759 Evergreen, Sterling Heights, MI. Mr. Roberts will not be required to submit hourly time records in order to receive compensation.

**IT IS FURTHER ORDERED** that all fees and expenses sought by Mr. Roberts and Ralph Roberts Realty, LLC are subject to Court approval.

**Signed on February 22, 2012**

_____/s/ Steven Rhodes_____
**Steven Rhodes**
**United States Bankruptcy Judge**



## Listing Information

#212041986Ad: 9119 GARFIELD DR     RES  PEND           ERTS/FS     $ 110,000 S
T: NORTHFIELD TWP    48189-9273       Map: V 1    Loc: N ASH E LINCOLN        Area: 04041
Dir: EAST SHORE TO LAKEVIEW TO GARFIELD                           Protect: 15

| | | | | |
|---|---|---|---|---|
| Lot Size: 120X100 | Acr: 0.28 | | Front Ft: 120 | BR: 3 Bath: 2 | Lavs: 1 |
| Prop ID: B00205379033 | Sch: WHITMORE LAKE | | | MBR: 12x14 U | LR: 17x12 E |
| Legal: ASSR REQUEST **FROM 0205379023 04/09/92 **FROM 0205379024 | | | | BR2: 13x10 U | GR: |
| 04/09/92 **FROM 0205379025 04/09/92 **FROM 0205379026 04/09/92 NO | | | | | |
| 45-1 | | | | | |
| Tax: Sum: $861 | Win: $2,131 | Assoc. Fee: $ | | Homestead: Y | BR3: 13x10 U | FR: 14x15 E |
| Year Built: 1992 | Oth/Spc: | | | | BR4: | LB: 10x10 E |
| Water Nm: | | Adl Doc: Y | | Pos: IMMED | BR5: | DR: 10x11 E |
| Sq Ft: 2000 | TBS: | FBS: | | Src: EST | BFT: | KT: 09x09 E |
| Soil Type: | | % Wooded: 0 | | % Tillable: 0 | % Tiled: 0 | |
| Comp Arr: | Sub Agency: Y 3 | Buyer Agency: Y 3 | Transaction Coord.: Y 3 | Ownership: PRIVATE - OWNED | |
| 336321 RALPH ROBERTS REALTY LLC | | | 586-751-0000 | LD: 4/26/2012 | Short Sale: Y |
| RALPH ROBERTS | | | Agt: 586-751-0000 | Acc: APPT | Gar: Y Ba: N FP: Y |
| Co-List: WALID BAST | | | Co-List Ph: 734-934- 3498 | Cnt: WALID BAST | Ph: 734-934-3498 |

### Agent Only Remarks

All showings call 1800SHOWING. Within walking distance to downtown Whitmore lake. Lake     LC: N
privilges to all sports whitmore lake. 3 bedroom, 2.5 baths. Kitchen opens to family room with a nice DWP:
field stone fireplace, some wood floors, recess lighting & an open floor plan. Sold as is, purchaser is   PAY:
resonsible for all insp. & repairs if any. all offers & commissions are subject to 3rd party approval.    INT:
All info is estimated. 24 Hour notice to show.                                       TRM:

### Features

| | | |
|---|---|---|
| Exterior: VINYL | Architecture: 2-ST | Style: COLONIAL |
| WaterFront Desc: No | Terms: CONV, FHA, CASH | Heating: FRCD AIR |
| Fuel Type: GAS | Cooling: CENTRAL | Water Heater: GAS |
| Fireplace Type: FAM RM | Bath Desc: 1ST F LAV, 2ND F BTH, MBR BTH | Garage: 2 CAR, ATT |
| Foundation: CRAWL | Road Frontage: GRAVEL | Water Sewer: WELL , SEW-SANIT |

### Pending Information

Pend Date:7/30/2012                             DOM:95 N
Sell Off. ID:                                   Sell Off:               Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8

**REALTORS**

## Sales Contract

Selling Office  ERA Reunion Realty     MLS BRKR# ~~6S3-326-4805~~   Date  8-12-2012
Listing Office  Ralph Roberts Realty LLC   MLS BRKR# _____   Time  12:00   ☐ AM ☒ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at  9114  Garfield  Dr
   Whitmore  Lake  , MI  48189 - 9273
   Washtenaw  County, Michigan, and legally described as: _____

   The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and  See Addendum.

   but does not include _____ . The property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $  85,000.

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

   ☐ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

   ☒ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n)  Conventional  mortgage loan in the amount of $  80,000 . Buyer will apply for the loan within  5  days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

   ☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within  5  days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have  10  days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

   ☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable

FORM I OCT/09                              Page 1 of 4

12-53023-tjt    Doc 122    Filed 10/01/12    Entered 10/01/12 09:52:52    Page 18 of 43

IN THE BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Heather Dare

                           Case No. 11-71560
                           Chapter 7
                           Hon. Marci B. McIvor

         Debtor(s)
_____/

ORDER ALLOWING APPOINTMENT OF REAL ESTATE BROKER

This matter having come on to be heard upon the attached Trustee's Application

for Authority to Employ Real Estate broker and the Court having reviewed it and being

otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Douglas S. Ellmann, Chapter

7 Trustee, is hereby authorized and empowered to employ, Ralph Roberts Realty LLC as

Real Estate broker in the above entitled case under the terms and conditions stated in the

application.

IT IS FURTHER ORDERED AND ADJUDGED that all fees awarded to the Real

Estate broker for the Trustee are subject to the approval of the Court.

.

Signed on August 01, 2012

                           /s/ Marci B. McIvor
                           Marci B. McIvor
                           United States Bankruptcy Judge



### Listing Information

#212017209 Ad: 32239 GROAT BLVD     RES PEND                    ERTS/FS        $ 144,900 S
T: BROWNSTOWN TWP     48173-8635      Map: S 26   Loc: S WOODRUFF W JEFFERSON    Area: 05173
Dir: JEFFERSON TO WOODRUFF TO DAY LILLY                                          Protect: 15
Lot Size: 80X127          Acr: 0.23              Front Ft: 80       BR: 4  Bath: 2    Lavs: 1
Prop ID: 70152010043000   Sch: GIBRALTAR                           MBR: 17x14 U   LR: 17x16 E
Legal: 11C 43 T5S UNIT 43 WAYNE COUNTY CONDO SUB PLAN 474 AKA RIVER  BR2: 12x14 U  GR:
VALLEY L29824 P2909-2976
Tax: Sum: $1,833 Win: $1,790   Assoc. Fee: $     Homestead: Y      BR3: 11x12 U   FR: 20x22 E
Year Built: 2002  Oth/Spc: YES                                     BR4: 11x12 U   LB:
Water Nm:                      Adl Doc: Y        Pos: IMMED         BR5:           DR: 17x16 E
Sq Ft: 2616     TBS:           FBS:              Src: PRD           BFT:           KT: 14x20 E
Soil Type:                     % Wooded: 0       % Tillable: 0      % Tiled: 0
Comp Arr:       Sub Agency: Y 3  Buyer Agency: Y 3 Transaction Coord.: Y 3  Ownership: PRIVATE - OWNED
336321  RALPH ROBERTS REALTY LLC        586-751-0000     LD: 2/17/2012      Short Sale: Y
RALPH ROBERTS                           Agt: 734-934-3498    Acc: APPT/LCKBX    Gar: Y Ba: Y FP: Y
Co-List: WALID BAST                     Co-List Ph: (734) 934-  Cnt: SHOWNGTIME   Ph: 800SHOWING
                                        3498

### Agent Only Remarks
cick on schedule a showing. sharp 4 bedroom, 2.5 baths newer construction. Formal dining and      LC: N
living room, spacious kitchen with dining area, huge Family Room &more. Must see! Please refer to  DWP:
uploaded doces for offer instructions. Sold AS IS, purchaser is responsible for all insp.& repairs if  PAY:
any. Offers subject to 3rd party approval, negos handled by special counsel on behalf of estate for  INT:
quick turn around.                                                                                  TRM:

### Features
Exterior: BRICK, VINYL        Architecture: 2-ST                 Style: COLONIAL
WaterFront Desc: No           Terms: CONV, CASH                  Heating: FRCD AIR
Fuel Type: GAS                Cooling: CENTRAL                   Water Heater: GAS
Fireplace Type: FAM RM        Bath Desc: 1ST F BTH, 1ST F LAV, 2ND F BTH,  Other Rooms: DINING RM, LIVING RM,
                              MBR BTH                            FAMILY RM
Garage: 2 CAR, ATT, OPENER,   Foundation: BASEMENT               Basement Type: UNFINISHED
ELECT
Exterior Feat: SPRINKLR       Road Frontage: PAVED               Water Sewer: MUN WAT

### Pending Information
Pend Date:3/2/2012                          DOM:56 Y
Sell Off. ID:                    Sell Off:                  Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

**REALTORS**

## Sales Contract

Selling Office __REAL ESTATE ONE__     MLS BRKR# __327740__ Date __2/25/12__

Listing Office _____ MLS BRKR# __325740__ Time __2:01__   □AM ☒PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at __32239 GREAT BLVD.__
   __WAYNE__ County, Michigan, and legally described as: __RIVER VALLEY L29824__
   __P2709-2976__
   __70152 0100.43 000__
   The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and __See Addendum.__
   but does not include _____, The property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ __120,000 + VAC mh__

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:
   ☒ **CASH:** Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.
   □ **NEW MORTGAGE:** This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.
   □ **LAND CONTRACT:** Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.
   □ **MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT:** If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within __?__ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have __7__ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:
   □ **NO PRORATION** Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48036
Phone: (586)751-0000    Fax: (586)620-8469    Ralph Roberts
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.ziplogix.com      Untitled

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—DETROIT

IN RE MATTHEW AND JENNIFER NELSON,    CHAPTER 7
                   CASE NO. 10-58843
  *Debtors.*           JUDGE WALTER SHAPERO
_____/

### ORDER APPROVING TRUSTEE'S EMPLOYMENT OF REAL ESTATE BROKER

   The Court has considered the Trustee's application to employ a real estate broker and finds good cause to enter this Order.

   **IT IS ORDERED** as follows:

   A.  The Trustee is authorized to employ Ralph Roberts Realty, LLC as real estate broker on a percentage fee basis pursuant to 11 U.S.C. § 328 with compensation not to exceed 7% of the gross proceeds from the sale of the real property located 32239 Groat, Brownstown MI 48188. Mr. Roberts will not be required to submit hourly time records in order to receive compesation.

   B.  All fees and expenses sought by Mr. Roberts and Ralph Roberts Realty, LLC are subject to Court approval.

**Signed on January 17, 2012**

            **/s/ Walter Shapero**
           **Walter Shapero**
           **United States Bankruptcy Judge**



## Listing Information

**#212035188Ad: 368 N HARVEY ST**     **RES PEND**                    **ERTS/FS**     **$ 114,900 S**
**C: PLYMOUTH     48170-1223**          Map: **F 5**    Loc: **N PENNINMAN W N MILLS**     Area: **05013**
Dir: **PENNIMAN TO CHURCH TO HARVEY**                                                Protect: **15**
Lot Size: **50X124**            Acr: **0.14**              Front Ft: **50**      BR: **2**  Bath: **1**    Lavs: **0**
Prop ID: **49005110100000**     Sch: **PLYMOUTH CANTON**                       MBR: **12x10 U**     LR: **12x18 E**
Legal: **26R100 LOT 100 ALSO W 1/2 ADJ VAC ALLEY KATE E ALLENS ADDITION TO**  BR2: **10x11 U**    GR:
**PLYMOUTH VILLAGE TIS R8E L22 P54 WCR**
Tax: Sum: **$3,200** Win: **$359**      Assoc. Fee: **$**           Homestead: **Y**      BR3:             FR:
Year Built: **1910**   Oth/Spc:                                                  BR4:             LB:
Water Nm:                        Adl Doc: **Y**              Pos: **IMMED**        BR5:             DR: **10x12 E**
Sq Ft: **840**      TBS:           FBS:                       Src: **PRD**          BFT:            KT: **09x10 E**
Soil Type:                        % Wooded: **0**             % Tillable: **0**      % Tiled: **0**
Comp Arr:         Sub Agency: **Y 3**   Buyer Agency: **Y 3** Transaction Coord.: **Y 3**   Ownership: **PRIVATE - OWNED**
**336321 RALPH ROBERTS REALTY LLC**      **586-751-0000**           LD: **4/9/2012**       Short Sale: **Y**
**RALPH ROBERTS**                         Agt: **734-934-3498**      Acc: **APPT/LCKBX**    Gar: **Y** Ba: **Y** FP: **N**
Co-List: **WALID BAST**                   Co-List Ph: **(734) 934-**  Cnt: **WALID BAST**    Ph: **734-934-3498**
                                          **3498**

### Agent Only Remarks

All showings call 1800SHOWING..Location...Location...potential galore. Great opportunity is this    LC: **N**
fixer upper within walking distance to down town Plymouth. Sold as is, purchaser is responsible for  DWP:
all inspections and repairs, seller WILL NOT make or pay for any repairs. Please refer to uploaded   PAY:
docs for offer instructions. All offers and comissions are subject to 3rd party approval. All info is  INT:
estimated and must be verified.                                                                       TRM:

### Features

Exterior: **ALUMINUM**            Architecture: **2-ST**          Style: **COLONIAL**
WaterFront Desc: **No**           Terms: **CASH, FHA 203K**       Heating: **FRCD AIR**
Fuel Type: **GAS**                Bath Desc: **1ST F BTH**        Garage: **1 CAR**
Foundation: **BASEMENT**          Road Frontage: **PAVED**        Water Sewer: **MUN WAT**

### Pending Information

Pend Date: **5/10/2012**                        DOM: **31  N**
Sell Off. ID:                           Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO7

**REALTORS**

# Sales Contract

Selling Office ___Ralph Roberts Realty, LLC___ MLS BRKR# _____ Date ___May 4, 2012___

Listing Office ___Coldwell Banker Weir Manuel - Plymouth___ MLS BRKR# __195105__ Time _____ ☐ AM ☐ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at ___City of Plymouth___

   ___Wayne___ County, Michigan, and legally described as: ___368 N. Harvey Street___
   (Property ID: 49005110100000) (Legal: 26R100 LOT 100 ALSO W 1/2 ADJ VAC ALLEY KATE E ALLENS
   ADDITION TO PLYMOUTH VILLAGE TIS R8E L22 P54 WCR)

   The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting
   fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any
   mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached
   fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and
   mailboxes, if any; and ___See Addendum.___

   but does not include _____. The
   property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ ___115,000___.

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be
   completed by the following method:
   ☑ **CASH:** Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.
   ☐ **NEW MORTGAGE:** This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the
   amount of $ _____, Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails
   to deliver to Seller evidence of the loan approval before _____, Seller may cancel this agreement. The sale will be
   completed upon Seller's delivery of a warranty deed conveying marketable title.
   ☐ **LAND CONTRACT:** Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract,
   pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including
   annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within
   _____ years after closing.
   ☐ **MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT:** If the holder of the mortgage or land contract agrees,
   Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between
   the sales price and the existing mortgage of approximately $ _____ upon Seller's delivery of a warranty deed or a land
   contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard
   exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _____ days after the
   Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____
   days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy
   the obtained defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be
   refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits,
   drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on
   an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is
   closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer
   taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording
   the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate
   taxes and assessments will be paid as follows:
   ☐ **NO PRORATION** Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and
   assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12000 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000    Fax: (586)620-6469    Ralph Roberts

Buyer Initials _____    Untitled

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Case No. 11-43818-wsd

AUDREY MARIE REDMANN,
Chapter 7
Judge Shapero

Debtor.

_____/

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY REAL ESTATE BROKER

  K. Jin Lim, the Chapter 7 Trustee, having filed her Application to Employ Real Estate
Broker; and the Court being fully advised in the premises:

  IT IS ORDERED that the Trustee is authorized to employ Ralph R. Roberts of Ralph
Roberts Realty, LLC, to sell the real property described in the Application.

  IT IS FURTHER ORDERED that the amount of rate of broker's compensation shall be
seven (7%) of the gross proceeds realized from the Trustee's sale of the real property, which
shall be paid after application and after Court order authorizing payment.

Signed on March 30, 2012

       /s/ Walter Shapero
       Walter Shapero
       United States Bankruptcy Judge



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212087206 Ad: 35330 LANCASHIRE CT | | **RES ACTV** | | **ERTS/FS** | **$ 244,900 S** |

**#212087206 Ad: 35330 LANCASHIRE CT**   **RES ACTV**                      **ERTS/FS**        **$ 244,900 S**

| C: **LIVONIA**   48152-4814 | | Map: **J 2** | Loc: **N SIX MILE E** **WAYNE** | | Area: **05021** |
|---|---|---|---|---|---|

C: **LIVONIA**   48152-4814                    Map: **J 2**    Loc: **N SIX MILE E WAYNE**            Area: **05021**
Dir: **SIX MILE TO WAYNE NORTH TO LANCASHIRE**                                        DOM: **Y/37/119**    Protect: **15**
Lot Size: **79X208**                Acr: **0.38**                        Front Ft: **79**         BR: **4** Bath: **2**     Lavs: **1**
Prop ID: **46034020044000**        Sch: **LIVONIA**                                   MBR: **12x14 U**     LR: **20x17 E**
Legal: **09H44 SHEFFIELD SUB T1S R9E L97 P33 34 35 WCR LOT 44**                       BR2: **10x12 U**     GR:
Tax: Sum: **$2,384** Win: **$2,346**    Assoc. Fee: **$**        Homestead: **Y**     BR3: **10x11 U**     FR: **22x18 L**
Year Built: **1977**   Oth/Spc: **YES**                                               BR4: **10x10 L**     LB:
Water Nm:                          Adl Doc: **Y**                     Pos: **IMMED**    BR5:                DR: **12x12 E**
Sq Ft: **2579**        TBS:        FBS:                               Src: **PRD**      BFT: **18x19 E**    KT: **12x18 E**
Soil Type:                         % Wooded: **0**                    % Tillable: **0**  % Tiled: **0**
Comp Arr:       Sub Agency: **Y 3**   Buyer Agency: **Y 3** Transaction Coord.: **Y 3** Ownership: **PRIVATE - OWNED**
336321 **RALPH ROBERTS REALTY LLC**                    586-751-0000            LD: **8/22/2012**      Short Sale: **Y**
**RALPH ROBERTS**                                      Agt: 734-934-3498       Acc: **APPT/LCKBX**    Gar: **Y** Ba: **Y** FP: **Y**
Co-List: **WALID BAST**                                Co-List Ph: (734) 934-   Cnt: **WALID BAST**   Ph: 734-934-3498
                                                       3498

## Agent Only Remarks

All showings Call 800 SHOWING!Lets pool around this summer. Superb location and lay out on this          LC: **N**
gorgeous quad in shefield sub. Almost 2600 sq.ft. of living space wall the amenities . Inground pool, 2   DWP:
decks. Beautiful all year round sun room overlooking the pool. MUST SEE! Please refer to uploaded docs    PAY:
for offer instructions.Offers & comms subject to 3rd party approval. Negos are handled by special         INT:
counsel.                                                                                                  TRM:

## Features

Exterior: **BRICK, OTHER**                     Architecture: **QUAD-LVL**                 Style: **SPLIT LEVEL**
WaterFront Desc: **No**                        Terms: **CONV, FHA, CASH**                 Heating: **FRCD AIR**
Fuel Type: **GAS**                             Cooling: **CENTRAL**                       Water Heater: **GAS**
Fireplace Type: **FAM RM, GAS**                Interior Feat: **WET BAR, INTRCM, CABLE**  Bath Desc: **1ST F**
                                               **AVL, CENT VAC, HUMIDF**                  **BTH, MBR BTH**
Other Rooms: **DINING RM, 1ST FL LAU, 1ST FL MBR,**    Garage: **2 CAR, ATT, OPENER**    Foundation:
**LIVING RM, FAMILY RM, BRKFST RM**                                                       **BASEMENT**
Basement Type: **UNFINISHED**                  Exterior Feat: **POOL-INGR, DECK, PORCH,** Road Frontage:
                                               **SPRINKLR**                               **PAVED**
Water Sewer: **MUN WAT**

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO10

**REALTORS**

## Sales Contract

Selling Office _REMAX CLASSIC_ ................ MLS BRKR# _236014_ ... Date _9/11/12_

Listing Office ........................................ MLS BRKR# ................ Time ............ ☐ AM ☐ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at _36330 LANCASHIRE CT_
_LIVONIA_
_WAYNE_ .............. County, Michigan, and legally described as: _SHEFFIELD SUB LOT 44_

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and _See Addendum._

but does not include ....................................................................................................... The property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ _249,800_

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

☐ **CASH:** Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

☒ **NEW MORTGAGE:** This agreement is contingent on Buyer's ability to obtain a(n) _CONVENTIONAL_ mortgage loan in the amount of $ _96%_ . Buyer will apply for the loan within _7_ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _10/20/12_ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

☐ **LAND CONTRACT:** Buyer will pay $ ............................ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ ............................ or more, including annual interest of ............................ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within ............ years after closing.

☐ **MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT:** If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ ............................ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _10_ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _5_ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. ~~PROPERTY INSURANCE Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.~~

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

☒ **NO PRORATION** Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000       Fax: (586)620-6469       Ralph Roberts       Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

_Gene Robert Trustee_
_by his attorney_
_Amy_     **Trustee Initial**     ☐     **Buyer Initial**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

GERALD E. JASON and
PHYLLIS A. JASON,

Case No. 11-71917-mbm
Chapter 7
Judge McIvor

Debtors.
_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL

Gene R. Kohut, the Chapter 7 Trustee, having filed his Application to Employ
Counsel; and the Court being fully advised in the premises:

IT IS ORDERED that:

A.      Rodney M. Glusac/Bernardi, Ronayne & Glusac, P.C. is authorized to be
employed as attorneys for the Trustee in this case pursuant to the terms and conditions set
forth in the Application and its supporting affidavit; and

B.      Compensation shall be paid after application and Court Order authorizing
payment.

Signed on January 18, 2012

                              /s/ Marci B. McIvor
                              Marci B. McIvor
                              United States Bankruptcy Judge



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212011888 Ad: 47806 PAVILLON RD | **RES PEND** | | ERTS/FS | **$ 279,900 S** |
| T: CANTON TWP 48188-6288 | Map: **B 10** | Loc: **S CHERRY HILL W BECK** | | Area: **05071** |

Dir: **SOUTH ON BECK TO TORRINGTON PARK WEST TO PAVILLON** — Protect: **15**

| | | | | |
|---|---|---|---|---|
| Lot Size: **IRREG** | Acr: **0** | Front Ft: | BR: **4** Bath: **3** | Lavs: **1** |
| T: CANTON TWP 48188-6288 | | | MBR: **20x16 U** | LR: **20x18 E** |
| Prop ID: **71077020253000** | Sch: **PLYMOUTH CANTON** | | BR2: **14x16 U** | GR: **22x20 E** |
| Legal: **20B253 LOT 253 FAIRWAYS WEST SUB NO. 2 T2S R8E L112 P56 TO 68 WCR** | | | BR3: **14x12 U** | FR: |
| Tax: Sum: **$2,823** Win: **$2,971** | Assoc. Fee: **$400 ANNUALLY** | Homestead: **Y** | BR4: **12x12 U** | LB: **14x12 E** |
| Year Built: **1997** Oth/Spc: | | | BR5: | DR: **14x12 E** |
| Water Nm: | Adl Doc: **Y** | Pos: **IMMED** | BFT: | KT: **14x20 E** |
| Sq Ft: **3386** TBS: | FBS: | Src: **EST** | | |
| Soil Type: | % Wooded: **0** | % Tillable: **0** | % Tiled: **0** | |
| Comp Arr: Sub Agency: **Y 3** | Buyer Agency: **Y 3** Transaction Coord: **Y 3** | Ownership: **PRIVATE – OWNED** | | |
| 336321 RALPH ROBERTS REALTY LLC | 586-751-0000 | | LD: **2/3/2012** | Short Sale: **Y** |
| RALPH ROBERTS | Agt: **734-934-3498** | | Acc: **APPT/LCKBX** | Gar: **Y** Ba: **Y** FP: **Y** |
| Co-List: **WALID BAST** | Co-List Ph: **(734) 934-3498** | | Cnt: **WALID BAST** | Ph: **800 SHOWING** |

## Agent Only Remarks

Showings thru showing desk.Almost 3400 Sq. ft. of living space.Open concept.Grand foyer, vaulted
ceilings thru out.Formal living & dining rooms,great room w/f/p, huge kichen w/dining area,too
many magnificent features to mention.Offers & comms R subject to 3rd party approval.Short sale is
handled by special counsel on behalf of the estate.Quick turn around.Refer to uploaded docs 4 offer
instructions.

LC: **N**
DWP:
PAY:
INT:
TRM:

## Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **2-ST** | Style: **COLONIAL** |
| WaterFront Desc: **No** | Terms: **CONV, FHA, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Cooling: **CENTRAL** | Water Heater: **GAS** |
| Fireplace Type: **LIV RM, OTHER** | Bath Desc: **1ST F LAV, 2ND F BTH, BSM BTH** | Other Rooms: **DINING RM, 1ST FL LAU, LIVING RM, GREAT RM, LIBR/STDY** |
| Garage: **3 CAR, ATT, OPENER, ELECT** | Foundation: **BASEMENT** | Exterior Feat: **PATIO, SPRINKLR, OUTSD LGHT** |
| Road Frontage: **PAVED** | Water Sewer: **MUN WAT** | |

## Pending Information

| | | |
|---|---|---|
| Pend Date: **6/11/2012** | DOM: **154 Y** | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8

1812 MIDDLEBELT
GARDEN CITY, MI 48135



**OFFER TO PURCHASE REAL ESTATE**

FAX (734) 525-1311
(734) 525-7900

CENTURY 21 CASTELLI
"EACH OFFICE IS INDEPENDENTLY OWNED AND OPERATED"

1. The undersigned hereby offers and agrees to purchase the following land situated in the _____ TOWNSHIP _____ of _____ CANTON _____
_____ WAYNE _____ County, Michigan, legally described as follows: 20B251 LOT 353 FATHWAYS WEST SUB NO. 2 T2S+, commonly known as # _____ 47608 PAVILION _____ together with all fixtures, improvements and appurtenances, including all built-in equipment, shelving, cabinets, fireplace enclosure, screens, gas log, grate, and gas attachment, all lighting fixtures and ceiling fans, attached carpeting, all window treatments, shades, curtains and drapery rods, attached mirrors, television antennas, rotor and controls, storm doors, storm windows and screens, awnings, garage door openers and transmitters, water softener (rental units excluded), security system (rental units excluded), central vacuum and attachments, attached humidifier, landscaping, gas, oil and mineral rights, if any, now in or on the premises, and _____ and to pay therefore the sum of _____ Two Hundred Fifty Thousand _____ Dollars, ($ 250,000 _____ ) subject to the existing building and use restrictions, easements and zoning ordinances, if any, upon the following conditions:

**THIS SALE TO BE CONSUMMATED BY PARAGRAPH A (B) C or D, CHECK BOX WHICH APPLIES:**
☐ A. CASH SALE: Delivery of the usual Warranty Deed conveying a marketable title. Payment of purchase money is to be made by cashier's check.

☒ B. CASH SALE WITH NEW MORTGAGE: Delivery of the usual Warranty Deed conveying a marketable title. Payment of the purchase money is to be made by cashier's check. This Agreement is contingent upon the Purchaser being able to secure a _____ CONVENTIONAL _____ mortgage in the amount of $ _____ 225,000 _____ and pay $ _____ 25,000 _____ down plus mortgage costs, prepaid items and adjustments in cash. Purchaser agrees to apply for such mortgage at his/her own expense within _____ 7 _____ calendar days from Seller's acceptance of this Agreement. Purchaser agrees to promptly comply with lender's request from information required to process the loan application. If a firm commitment for such mortgage cannot be obtained within _____ 45 _____ calendar days from date of Seller's acceptance, this Agreement can be declared null and void at Seller's written option and the deposit shall be returned upon execution of mutual release.
APPLICABLE TO FHA OR VA SALES ONLY: See attached FHA/VA Addendum.

☐ C. SALE TO EXISTING MORTGAGE: See attached Sale to Existing Mortgage Addendum.
☐ D. SALE ON LAND CONTRACT: See attached Land Contract Sale Addendum.
2. The Sellers shall deliver and the Purchaser shall accept possession of said property, subject to the rights of present tenants, if any, if the Seller occupies the property, it shall be vacated on or before _____ CLOSING _____ days after closing. From the day after date of closing through and including the date of vacating the property as agreed, SELLER SHALL PAY the sum of $ _____ per day. THE BROKER SHALL RETAIN from the amount due Seller at closing the sum of $ _____ as security for said occupancy charge, paying to the Purchaser the amount due and returning to the Seller the unused portion as determined by date property is vacated and keys surrendered to Broker. Broker has no obligation implied or otherwise for seeing that the premises are vacated on the date specified or for the condition of the premises. Broker is only acting as an escrow agent for holding of the occupancy deposit.

3. The Broker is hereby authorized to prevent this offer. The deposit of _____ Seven Thousand Five Hundred _____ Dollars ($ _____ 7,500 _____ ) in the form of a _____ CHECK _____ shall be held by _____ CASTELLI REALTY _____ in accordance with the rules and regulations of the Michigan Department of Consumer and Industry Services and applies to the purchase price upon consummation of sale or will be returned to Purchaser if offer is declined by Seller. DEPOSIT IS DUE UPON COMPLETION OF PRIVATE INSPECTION IF APPLICABLE.

4. Upon acceptance of this agreement by the Seller and conveyance of title in the condition required herein, the Seller and Purchaser agree to consummate the sale on or before _____ 81/31/2012 _____ . See Addendum _____

5. AGENCY: Purchaser and Seller hereby acknowledge that the selling broker/sales associate are acting in the capacity of: (CHECK ONE ONLY)
☐ Seller's Agent  ☒ Buyer's Agent  ☐ Dual Agent  ☐ Transaction Coordinator

6. LEAD-BASED PAINT: (SELLER AND PURCHASER TO INITIAL PARAGRAPHS WHICH APPLY)
_____ Seller represents and the Purchaser acknowledges that the housing on the above described property was constructed after 12/31/77 and hereby is exempt under 42 U.S.C. 4852(d) (the leading paint disclosure regulation).
_____ Seller represents and the Purchaser acknowledges that the housing on the above described property was constructed before 12/31/77. Purchaser acknowledges that prior to signing this Agreement and Sale, Purchaser has received and reviewed a copy of the Lead-Based Paint Seller's Disclosure Form completed by the Seller on _____ , 20__, the terms of which are incorporated herein by reference.
_____ Purchaser shall have a _____ day opportunity after the date of this Agreement to conduct an inspection of the property (or the presence of lead-based paint and/or lead-based hazards (Federal regulations require a 10-day period or other mutually agreed upon period of time). If Purchaser is not satisfied with the results of this inspection, upon notice from Purchaser to Seller within this period, this Agreement shall terminate and any deposit shall be refunded to Purchaser.
_____ Purchaser hereby waives his/her opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and /or lead based paint hazards.

7. ADDITIONAL DOCUMENTS ATTACHED: The following are attached hereto and are made a part hereof (CHECK ALL WHICH APPLY)
☒ Seller's Disclosure Statement  ☐ 72 Hour Contingency Agreement  ☐ Sale to Existing Mortgage Addendum  ☐ Addendum to Agreement of Sale
☒ Lead-Based Paint Seller's Disclosure  ☐ Condominium Addendum  ☐ Land Contract Sale Addendum  ☐_____
☐ FHA/VA Addendum  ☒ Notice of Buyer Agency  ☐ Swimming Pool Addendum  ☐_____
☐ FHA Agreement of Sale Addendum  ☐ Dual Agency Agreement  ☐ Private Road Addendum  ☐_____
GENERAL CONDITIONS of sale printed on reverse side are incorporated and made a part hereof.
ADDITIONAL CONDITIONS, If any _____ SEE FLIP PSE TO ESREH _____
* Subject to Short Sale Approval.

PURCHASER'S SIGNATURE AND ACKNOWLEDGEMENT OF RECEIPT: Purchaser acknowledges the receipt of a copy of this document.
_____ (signatures)
WITH DANCY D. _____  9-9-12  (Date)  PRINT CHARLES _____ SPLAHACK _____

SELLER'S ACCEPTANCE OF AGREEMENT OF SALE: The undersigned Seller accepts this offer and acknowledges receipt of a copy of this Agreement of Sale. Seller further agrees that _____ RALPH ROBERTS RH _____ and _____ CENTURY 21 CASTELLI-916945 _____ AS AUTHORIZED Broker(s) has/have procured said Agreement and has/have brought about this sale and hereby directs that no further offers be presented after acceptance of this Agreement of Sale. Seller further agrees to pay Broker(s), for services rendered, a commission as set forth in the listing agreement, for the sale of the property. If sale is not consummated for any reason not attributable to Broker(s) and/or cost is forfeited, Broker(s) may retain one-half thereof (not to exceed the full commission) in full payment for services rendered.
_____ Ralph W. Berenson, Trustee X Trustee Signature

PURCHASER'S ACKNOWLEDGEMENT OF RECEIPT: The undersigned Purchaser hereby acknowledges the receipt of the Seller's signed acceptance.
_____ PRINT CHARLES SPLAHACK _____

This contract is for use by Realcomp subscribers. Use by any other party is illegal and voids the contract.

**Instanet Forms**

Trustee Initial
ALL'S
Buyer Initial

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—DETROIT

IN RE TAMARA JORGENSEN,

    *Debtor.*

_____/

CHAPTER 7
CASE NO. 11-55044
JUDGE MARCI B. MCIVOR

## ORDER APPROVING TRUSTEE'S EMPLOYMENT OF REAL ESTATE BROKER

The Court has considered the Trustee's application to employ a real estate broker and finds good cause to enter this Order.

**IT IS ORDERED** as follows:

A.    The Trustee is authorized to employ Ralph Roberts Realty, LLC as real estate broker on a percentage fee basis pursuant to 11 U.S.C. § 328 with compensation not to exceed 7% of the gross proceeds from the sale of the real property located 47806 Pavillon, Canton MI 48188. Mr. Roberts will not be required to submit hourly time records in order to receive compesation.

B.    All fees and expenses sought by Mr. Roberts and Ralph Roberts Realty, LLC are subject to Court approval.

Signed on January 11, 2012

        /s/ Marci B. McIvor
        Marci B. McIvor
        United States Bankruptcy Judge



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212037880 Ad: 49129 PENINSULAR DR | **RES PEND** | | **ERTS/FS** | **$ 254,900 S** |
| T: VAN BUREN TWP  48111-4977 | Map: B 16 | Loc: N W HURON RIV E LINDAVISTA | | Area: 05111 |

Dir: RAWSONVILLE TO HURON RIVER E TO MISSION POINTE

| | | | |
|---|---|---|---|
| Lot Size: 80X130 | Acr: 0.24 | Front Ft: 80 | BR: 4  Bath: 3 | Protect: 15 |
| Prop ID: 83079030078000 | Sch: VAN BUREN | | MBR: 17x15 U | Lavs: 1 |
| Legal: *20G78* LOT 78 MISSION POINTE ON THE LAKE SUB T3S R8E L 120 P 80 TO 91 WCR-K-88,40 | | | BR2: 12x13 U | LR: 12x11 E |
| | | | | GR: |

| | | | | |
|---|---|---|---|---|
| Tax: Sum: $2,267  Win: $1,394 | Assoc. Fee: $280 ANNUALLY | Homestead: Y | BR3: 15x12 U | FR: 15x14 E |
| Year Built: 2005  Oth/Spc: YES | | | BR4: 12x13 U | LB: 12x12 E |
| Water Nm: | Adl Doc: Y | Pos: IMMED | BR5: | DR: 11x13 E |
| Sq Ft: 3215  TBS: | FBS: | Src: PRD | BFT: | KT: 21x15 E |
| Soil Type: | % Wooded: 0 | % Tillable: 0 | % Tiled: 0 | |

| | | | | |
|---|---|---|---|---|
| Comp Arr:  Sub Agency: Y 3  Buyer Agency: Y 3 | Transaction Coord.: Y 3 | Ownership: PRIVATE - OWNED | | |
| 336321 RALPH ROBERTS REALTY LLC | 586-751-0000 | LD: 4/16/2012 | Short Sale: Y |
| RALPH ROBERTS | Agt: 734-934-3498 | Acc: APPT/LCKBX | Gar: Y  Ba: Y  FP: Y |
| Co-List: WALID BAST | Co-List Ph: (734) 934-3498 | Cnt: WALID BAST | Ph: 734-934-3498 |

## Agent Only Remarks

2 show Call 800 SHOWING With room to roam & endless list of upgrades; Cherry cabinets,granite. MUST SEE!!Please refer to uploaded docs for offer instructions. offers & commissions are subject to 3rd party approval. Short sale negotiations are handled by special counsel on behalf of the estate.Purchaser is responsible for paying $410 water meter installation fee in addition to ANY and ALL inspection fees.SOLD ABSOLUTELY AS IS.

| | |
|---|---|
| LC: N |
| DWP: |
| PAY: |
| INT: |
| TRM: |

## Features

| | | |
|---|---|---|
| Exterior: BRICK | Architecture: 2-ST | Style: COLONIAL |
| WaterFront Desc: No | Terms: CONV, FHA, CASH | Heating: FRCD AIR |
| Fuel Type: GAS | Cooling: CENTRAL | Water Heater: GAS |
| Fireplace Type: GRT RM | Interior Feat: INTRCM, CABLE AVL, SMP PUMP, JETTED TUB, SECURITY ALARM (OWNED) | Bath Desc: 1ST F LAV, 2ND F BTH, MBR BTH |
| Other Rooms: DINING RM, 1ST FL LAU, REC RM, LIVING RM, FAMILY RM, LIBR/STDY | Garage: 3 CAR, ATT, OPENER, ELECT | Foundation: BASEMENT |
| Exterior Feat: DECK, SPRINKLR, OUTSD LGHT | Road Frontage: PAVED | Water Sewer: MUN WAT |

## Pending Information

| | | |
|---|---|---|
| Pend Date: 6/11/2012 | DOM: 108  Y | |
| Sell Off. ID: | Sell Off: | Sell Agt: |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000     RALPH ROBERTS REALTY LLC
Languages: English
Server RCOB

**REALTORS**

### Sales Contract

Selling Office: <u>RE/MAX DREAM PROPERTIES</u>   MLS BRKR# <u>367613</u>   Date <u>06/17/2012</u>
Listing Office: <u>RALPH ROBERTS REALTY, LLC</u>   MLS BRKR# <u>336321</u>   Time _____ AM ☐ PM ☐

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at <u>49129 PENINSULAR DRIVE</u>
<u>VAN BUREN TWP, MI  48111-4977</u> , <u>WAYNE</u> County, Michigan, and legally described as: <u>*20078* LOT 78 MISSION POINTE</u>
<u>ON THE LAKE SUB T3S R8E L 120 P 80 to 91 WCR-K-88.40</u>

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and <u>See Addendum.</u>
_____ . The
but does not include _____
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ <u>255,000.00</u> .

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:
   ☐ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.
   ☒ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) <u>CONVENTIONAL</u> mortgage loan in the amount of $ <u>229,500.00</u> Buyer will apply for the loan within <u>5</u> days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before <u>06/15/12</u>, Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.
   ☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.
   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within <u>5</u> days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have <u>3</u> days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:
   ☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

. Page 1 of 4

FORM I OCT/09

Untitled

5/9/12 :07 pm
next to window
agent to ___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—DETROIT

IN RE RONNIE AND TRACIE SMITH,　　　　　　CHAPTER 7
　　　　　　　　　　　　　　　　　　　　CASE NO. 11-71064
　　　*Debtor.*　　　　　　　　　　　　　JUDGE THOMAS J. TUCKER
_____/

### ORDER APPROVING TRUSTEE'S EMPLOYMENT OF REAL ESTATE BROKER

The Court has considered the Trustee's application to employ a real estate broker and finds good cause to enter this Order.

**IT IS ORDERED** as follows:

A.　　The Trustee is authorized to employ Ralph Roberts Realty, LLC as real estate broker on a percentage fee basis pursuant to 11 U.S.C. § 328 with compensation not to exceed 7% of the gross proceeds from the sale of the real property located at 49129 Peninsular Drive, Belleville MI 48111. Mr. Roberts will not be required to submit hourly time records in order to receive compensation.

B.　　All fees and expenses sought by Mr. Roberts and Ralph Roberts Realty, LLC are subject to Court approval.

Signed on February 22, 2012

　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge



## Listing Information

| | | | | |
|---|---|---|---|---|
| #212008542 Ad: 47576 PINE CREEK CT | **RES  CWTH** | | **ERTS/FS** | $ 249,900 S |
| T: NORTHVILLE TWP   48168-8526 | Map: **B 2** | Loc: **N 6 MILE W BECK** | | Area: **05011** |
| Dir: **ENTER PINE CREEK OFF BECK** | | | | Protect: **30** |
| Lot Size: **80X170** | Acr: **0** | Front Ft: **80** | BR: **4** Bath: **2** | Lavs: **1** |
| Prop ID: **77032030003000** | Sch: **NORTHVILLE** | | MBR: **16x13 E** | LR: |
| Legal: **08G3 LOT 3 PINE CREEK ESTATES T1S R8E L111 P 68 TO 73 WCR** | | | BR2: **12x11 U** | GR: **21x18 E** |
| Tax: Sum: **$3,432** Win: **$2,392** | Assoc. Fee: **$500 ANNUALLY** | Homestead: **Y** | BR3: **12x11 U** | FR: |
| Year Built: **1997**    Oth/Spc: | | | BR4: **13x13 U** | LB: |
| Water Nm: | Adl Doc: **N** | Pos: **IMMED** | BR5: | DR: |
| Sq Ft: **2800**       TBS: | FBS: | Src: **EST** | BFT: **19x12 E** | KT: **13x10 E** |
| Soil Type: | % Wooded: **0** | % Tillable: **0** | % Tiled: **0** | |

Comp Arr:     Sub Agency: **Y** 50/50 Buyer Agency: **Y** 50/50 Transaction Coord.: **Y** 50/50 Ownership: **PRIVATE - OWNED**

| | | | |
|---|---|---|---|
| 336321 **RALPH ROBERTS REALTY LLC** | 586-751-0000 | LD: **1/25/2012** | Short Sale: **Y** |
| **RALPH ROBERTS** | Agt: 586-751-0000 | Acc: **APPT** | Gar: **Y** Ba: **Y** FP: **Y** |
| Co-List: **WALID BAST** | Co-List Ph: (734) 934- 3498 | Cnt: **WALID BAST** | Ph: 734-934-4398 |

### Agent Only Remarks

| | |
|---|---|
| Showings call 800 showing. Absolutely impeccable! Mrs. clean lives here. Well kept & maintained 2800 sq. ft. of living space.Featuring a grand foyer w/cathedral ceilings,a magnificent Great Room w/f/p, a spacious kitchen w/f/p & plenty of table space.Master on main floor, formal L/R+so much more to see.Please see uploaded docs 4 offer instructions.Offers & commissions are subject to 3rd party approval. | LC: **N** DWP: PAY: INT: TRM: |

### Features

| | | |
|---|---|---|
| Exterior: **BRICK** | Architecture: **2-ST** | Style: **CONTEMP** |
| WaterFront Desc: **No** | Terms: **CONV, FHA, VA, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Cooling: **CENTRAL** | Water Heater: **GAS** |
| Fireplace Type: **GRT RM** | Bath Desc: **1ST F BTH, MBR BTH** | Other Rooms: **DINING RM, GREAT RM** |
| Garage: **2 CAR, ATT** | Foundation: **BASEMENT** | Basement Type: **UNFINISHED** |
| Exterior Feat: **PORCH** | Road Frontage: **PAVED** | Water Sewer: **MUN WAT** |

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO 10

ealcomponline.com/ASP/RenderDetail.asp?printable=yes&clickable=yes&propertyid=DF891A74F4094B

12-53023-tjt    Doc 122    Filed 10/01/12    Entered 10/01/12 09:52:52    Page 35 of 43

**REALTORS**

## Sales Contract

Selling Office _Lyrx C.I.E., Inc_    MLS BRKR# _650521.7c1_   Date _____

Listing Office _Ralph Roberts Realty_    MLS BKKR# _____   Time _____ ☐ AM ☐ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at _49576 Pine Crest Court_
   _Chesterfield, MI 48047_ _____ County, Michigan, and legally described as: _Property ID# 22-03-__ 100 300_
   _Lots 1 of Pine Creek Estates TIS A2C Lot PCE 70 73 (PCE)_ _____

   The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting
   fixtures, plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any
   mechanical controls; shades, awnings; shutters; window blinds; curtain and drapery rods, attached floor coverings; attached
   fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and
   mailboxes, if any, and _~~stove?~~ AW_ _____

   but does not include _____

   property is purchased subject to zoning ordinances and to use restrictions and easements of record. _____ The

2. **SALES PRICE** The sales price is $ _235,000_ _____
3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be
   completed by the following method:
   ☑ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.
   ☐ NEW MORTGAGE. This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the
   amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails
   to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be
   completed upon Seller's delivery of a warranty deed conveying marketable title.
   ☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract,
   pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including
   annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within
   _____ years after closing.
   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees,
   Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between
   the sales price and the existing of approximately $ _____ . Buyer will reimburse Seller for any funds held in escrow.
   contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow. _____ upon Seller's delivery of a warranty deed or a land

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard
   exceptions in the amount of the sales price. Seller will apply for a commitment for title insurance within _10_ days after the
   Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____
   days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy
   the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be
   refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits,
   drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on
   an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is
   closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer
   taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording
   the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate
   taxes and assessments will be paid as follows:
   ☐ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and
   assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

FORM I OCT/09    Page 1 of 4

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000   Fax: (586)620-8469   Ralph Roberts
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com    Untitled

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FRANK MUGERDICHIAN, JR. and          No. 11-47172-pjs
RAMONA K. MUGERDICHIAN,              Chapter 7
                                     Judge Shefferly

Debtors.

_____/

## ORDER AUTHORIZING TRUSTEE TO
## EMPLOY RALPH R. ROBERTS AS REAL ESTATE BROKER

The Trustee having filed his Application for Order Authorizing Trustee to Employ Ralph

R. Roberts as Real Estate Broker (the "Application"); the Court having considered same, and

being duly advised in the premises:

IT IS ORDERED that the Trustee is authorized to employ Ralph R. Roberts of Ralph

Roberts Realty, LLC as his real estate broker pursuant to the Trustee's Application.

IT IS FURTHER ORDERED that compensation and reimbursement may be paid after

application and after Court Order.


Signed on June 14, 2011

                          /s/ Phillip J. Shefferly
                          Phillip J. Shefferly
                          United States Bankruptcy Judge



## Listing Information

#212032250Ad: 4548 SEDONA DR          **RES PEND**                    **ERTS/FS**        $ 230,000 S
T: INDEPENDENCE TWP    48348-2268          Map: T 7   Loc: S INDIANWOOD E  ESTON        Area: 02081
Dir: CLARKSTON RD TO N/ ON ESTON R/ ON SEDONA                                          Protect: 180
Lot Size: 139X240          Acr: 0                      Front Ft:          BR: 4  Bath: 3       Lavs: 1
Prop ID: 0801451010        Sch: LAKE ORION                                MBR: 19x14 U   LR:
Legal: T4N, R9E, SEC 1 OAKLAND COUNTY CONDOMINIUM PLAN NO 938             BR2: 16x12 U   GR: 19x16 E
INDIANWOOD ESTATES UNIT 37 L 15379 P 381 10-23-95 FR 401-008 TO 011
Tax: Sum: $2,675 Win: $1,015     Assoc. Fee: $95 QUARTERLY  Homestead: Y  BR3: 13x12 U   FR:
Year Built: 1996  Oth/Spc:                                                BR4: 14x12 U   LB: 12x12 E
Water Nm:                       Adl Doc: N             Pos: AT CLOSE      BR5:           DR: 14x12 E
Sq Ft: 3314     TBS: 0          FBS:                   Src: PRD           BFT: 14x09 E   KT: 14x13 E
Soll Type:                      % Wooded: 0            % Tillable: 0      % Tiled: 0
Comp Arr:      Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC          586-751-0000          LD: 3/29/2012      Short Sale: Y
RALPH ROBERTS                            Agt: 586-751-0000     Acc: APPT          Gar: Y  Ba: Y  FP: Y
Co-List: LANETTE LOUWERS                 Co-List Ph 586-751-   Cnt: DEBORAH       Ph: 248.765.2139
                                         0000

## Agent Only Remarks

Large 4 bed / 3 bath home in private sub. Built in pool. Hardwood floors. Cathedral ceiling, library.   LC: N
LL is partitioned and drywalled. Property is subject to highest / best and bankruptcy court approval.   DWP:
CCS waiting 3rd party approval / no showings                                                            PAY:
                                                                                                        INT:
                                                                                                        TRM:

## Features

| | | |
|---|---|---|
| Exterior: **VINYL** | Architecture: **2-ST** | Style: **VICTORIAN** |
| WaterFront Desc: **No** | Terms: **CONV, FHA, VA, CASH** | Heating: **FRCD AIR** |
| Fuel Type: **GAS** | Cooling: **CENTRAL** | Fireplace Type: **GRT RM** |
| Bath Desc: **1ST F LAV, 2ND F BTH, MBR BTH, OTHER** | Garage: **3 CAR** | Foundation: **BASEMENT** |
| Road Frontage: **GRAVEL** | Water Sewer: **WELL , SEPTIC** | |

## Pending Information

Pend Date:**4/23/2012**                    DOM:**25  N**
Sell Off. ID:                              Sell Off:                    Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO8

**Sales Contract**

Selling Office: Real Estate Gives    MLS BRKR# _____ Date 4·2·201Z

Listing Office: _____    MLS BRKR# _____ Time _____ ☐ AM ☒ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at 4548 Sedona Independence, Oaklnd County, Michigan, and legally described as: T4N, R9E, SEC I OAKLAND COUNTY CONDOMINIUM PLAN NO 938 Indianwood Estates UNIT 371 15379 P 381 10-83-95 FR 401-008 TO 101. The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rental); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens; storm windows and doors; landscaping, fences, and mailboxes, if any; and See Addendum. _____ . The

but does not include _____ . The
property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ ~~200,000~~ 215,000

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

   ☐ CASH: Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

   ☒ NEW MORTGAGE: This agreement is contingent on Buyer's ability to obtain a(n) CONVEN. mortgage loan in the amount of $ ~~170,000~~ 95%. Buyer will apply for the loan within 5 days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

   ☐ LAND CONTRACT: Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

   ☐ MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT: If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will supply for a commitment for title insurance within 5 days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____ days to provide Seller with written notice of any objections. Seller will then have 10 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

   ☒ NO PRORATION Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

FORM I OCT/09      Page 1 of 4

Ralph B. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)751-0000    Fax: (586)620-6069    Ralph Roberts    Untitled

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—DETROIT

IN RE SCOTT AND ROXANA CHAMBERS,                CHAPTER 7
                                                CASE NO. 10-48362
        *Debtors.*                              JUDGE PHILLIP J. SHEFFERLY
_____/

### ORDER APPROVING TRUSTEE'S EMPLOYMENT OF REAL ESTATE BROKER

        The Court has considered the Trustee's application to employ a real estate broker and
finds good cause to enter this Order.

        **IT IS ORDERED** as follows:

        A.      The Trustee is authorized to employ Ralph Roberts Realty, LLC as real estate
broker on a percentage fee basis pursuant to 11 U.S.C. § 328 with compensation not to exceed
7% of the gross proceeds from the sale of the real property located 4548 Sedona, Clarkston,
Michigan. Mr. Roberts will not be required to submit hourly time records in order to receive
compensation.

        B.      Ralph Roberts Realty, LLC will receive compensation equal to no greater than
7% of the gross sale price to be paid at closing from the bank's proceeds of the sale. Ralph
Roberts Realty, LLC's commission is independent of the carve out to the estate and will only be
paid upon the closing of a short sale, with payment of the following from the bank's sale
proceeds: 1) an appreciable carve out for the bankruptcy estate; 2) realtor commissions; 3)
closing costs; 4) payment of special counsel Aronoff & Linnell's commission; and 5) payment of
Ralph Roberts Realty's commission.

        C.      All fees and expenses sought by Mr. Roberts and Ralph Roberts Realty, LLC are
subject to Court approval.

.

Signed on March 21, 2012

                                    /s/ Phillip J. Shefferly
                                    Phillip J. Shefferly
                                    United States Bankruptcy Judge



## Listing Information

#212029096Ad: 2095 YORKSHIRE RD    RES PEND                    ERTS/FS        $ 150,000 S
C: BIRMINGHAM   48009-5917          Map: AA 23 Loc: N MAPLE ROAD E ETON    Area: 02192
Dir: MAPLE TO ETON, NORTH ON ETON TO YORKSHIRE                            Protect: 180
Lot Size: 75 X 149.69         Acr: 0              Front Ft: 75    BR: 3  Bath: 2   Lavs: 0
Prop ID: 2030453015           Sch: BIRMINGHAM                    MBR: 12x11 E    LR: 11x20 E
Legal: T2N, R11E, SEC 30 EAST MAPLE GARDENS S 149.3 FT OF LOT 70  BR2: 10x10 E   GR:
Tax: Sum: $3,299 Win: $745    Assoc. Fee: $      Homestead: Y     BR3: 11x10 E   FR:
Year Built: 1950  Oth/Spc: YES                                   BR4:           LB:
Water Nm:                     Adl Doc: N          Pos: CLOSING    BR5:           DR:
Sq Ft: 1181   TBS:            FBS: 580            Src: PRD        BFT:           KT: 10x13 E
Soil Type:              % Wooded: 0         % Tillable: 0    % Tiled: 0
Comp Arr:     Sub Agency: Y 3% Buyer Agency: Y 3% Transaction Coord.: Y 3% Ownership: PRIVATE - OWNED
336321 RALPH ROBERTS REALTY LLC       586-751-0000      LD: 3/22/2012      Short Sale: Y
RALPH ROBERTS                          Agt: 586-549-9346  Acc: APPT         Gar: Y Ba: Y FP: N
Co-List: BUNNY MONTI                   Co-List Ph: 586-751-  Cnt: BUNNY MONT  Ph: 586-549-9346
                                       0000

### Agent Only Remarks
Charming ranch in popular area with attached 1-car garage, natural fireplace and bay window in     LC: N
living room overlooking tree lined street, 3 bedrooms and 2 full baths, perfect starter home! All  DWP:
room dimensions are approximate and subject to buyer inspection. All showings scheduled through    PAY:
1-800-showing.                                                                                     INT:
                                                                                                   TRM:

### Features
Exterior: BRICK              Architecture: 1-ST              Style: RANCH
WaterFront Desc: No          Terms: CONV, FHA, VA, CASH      Heating: FRCD AIR
Fuel Type: GAS               Interior Feat: CABLE AVL        Bath Desc: 1ST F BTH, BSM BTH
Garage: 1 CAR, ATT, OPENER   Foundation: BASEMENT            Basement Type: UNFINISHED
Exterior Feat: PORCH         Road Frontage: PAVED, PUBLIC SIDEWALK  Water Sewer: MUN WAT , SEW-SANIT

### Pending Information
Pend Date:3/23/2012                      DOM:8 Y
Sell Off. ID:                     Sell Off:              Sell Agt:

The accuracy of all information, regardless of source, is not guaranteed or warranted. All information should be independently verified.
Copyright Realcomp II Ltd. Shareholders
2012 Realcomp II Ltd., All Rights Reserved.

Generated by LISA PEARCY on Friday, September 28, 2012
586-751-0000    RALPH ROBERTS REALTY LLC
Languages: English
Server RCO9

# Sales Contract

Selling Office __Coldwell Banker__  MLS BRKR# _____  Date __3/5/12__

Listing Office __Ralph Roberts Realty__  MLS BRKR# _____  Time __5:30__  ☐ AM ☑ PM

1. **PROPERTY DESCRIPTION** Buyer agrees to buy from Seller the property located at __2095 Yorkshire__ __Birmingham,__ __48009__ __Oakland__ County, Michigan, and legally described as: __SEC 30 EAST MAPLE__ __GARDENS S 149.3 FT OF LOT 70__

The property includes all buildings; all fixtures; all gas, oil, and mineral rights owned by Seller; built-in appliances; lighting fixtures; plumbing fixtures; water softener (unless rented); heating fixtures; electrical fixtures; radio and television antennas and any mechanical controls; shades; awnings; shutters; window blinds; curtain and drapery rods; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; landscaping, fences, and mailboxes, if any; and __See Addendum (SHORT SALE)__

but does not include _____. The property is purchased subject to zoning ordinances and to use restrictions and easements of record.

2. **SALES PRICE** The sales price is $ __150,000.__

3. **METHOD OF PAYMENT** All monies must be paid by cash, certified check, cashiers check, or money order. The sale will be completed by the following method:

☑ **CASH:** Buyer will pay the sales price in cash upon Seller's delivery of a Trustee deed conveying marketable title.

☐ **NEW MORTGAGE:** This agreement is contingent on Buyer's ability to obtain a(n) _____ mortgage loan in the amount of $ _____ . Buyer will apply for the loan within _____ days after Seller's acceptance. If Buyer fails to deliver to Seller evidence of the loan approval before _____ , Seller may cancel this agreement. The sale will be completed upon Seller's delivery of a warranty deed conveying marketable title.

☐ **LAND CONTRACT:** Buyer will pay $ _____ down payment upon Buyer and Seller signing a land contract, pursuant to which Buyer will pay monthly installments (principal and interest) of $ _____ or more, including annual interest of _____ percent. Buyer will pay the entire balance, which may require a lump-sum payment, within _____ years after closing.

☐ **MORTGAGE ASSUMPTION or LAND CONTRACT ASSIGNMENT:** If the holder of the mortgage or land contract agrees, Buyer will assume and pay the existing mortgage or land contract according to its terms. Buyer will pay the difference between the sales price and the existing of approximately $ _____ upon Seller's delivery of a warranty deed or a land contract assignment. Buyer will reimburse Seller at closing for any funds held in escrow.

4. **TITLE INSURANCE** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance with standard exceptions in the amount of the sales price. Seller will report a commitment for title insurance within _____ days after the Buyer has waived all other contingencies contained in this agreement. Upon receipt of the commitment, Buyer shall have _____ days to provide Seller with written notice of any objections. Seller will then have 30 days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within 30 days, this agreement shall terminate, and any deposit shall be refunded to Buyer.

5. **SURVEY/SITE INVESTIGATION** All matters related to but not limited to zoning, soil borings, matters of survey, use permits, drain easements, rights of way, etc., are the sole responsibility of Buyer unless specified in other provisions of this agreement, or on an attached addendum.

6. **PROPERTY INSURANCE** Seller shall be responsible for fire and extended coverage insurance on the property until sale is closed.

7. **CLOSING COSTS** Unless otherwise provided in this agreement, it is agreed that Seller shall pay all state and county transfer taxes and costs required to convey clear title. Unless otherwise provided in this agreement, Buyer shall pay the cost of recording the deed and/or security instruments and all mortgage closing costs required by lender for the Buyer.

8. **TAXES AND ASSESSMENTS** Seller will pay all prior years' real estate taxes and assessments. The current year's real estate taxes and assessments will be paid as follows:

☑ **NO PRORATION** Seller will pay the taxes and assessments which are due before the date of closing. Buyer will pay taxes and assessments which are due on or after the date of closing. "Due" means the date on which a tax or assessment becomes payable.

Ralph R. Roberts Real Estate, LLC 12900 Hall Road Sterling Heights, MI 48026
Phone: (586)731-0000  Fax: (586)620-6469  . Ralph Roberts  Untitled
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

JILL MARIE WRIGHT,

Debtor.
_____/

Case No. 12-42844-mbm
Chapter 7
Judge McIvor

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY REAL ESTATE BROKER

Gene R. Kohut, the Chapter 7 Trustee, having filed his Application to Employ Real

Estate Broker; and the Court being fully advised in the premises:

IT IS ORDERED that the Trustee is authorized to employ Ralph R. Roberts of Ralph

Roberts Realty, LLC, to sell the real property described in the Application.

IT IS FURTHER ORDERED that the amount of rate of broker's compensation shall be

seven (7%) of the gross proceeds realized from the Trustee's sale of the real property, which

shall be paid after application and after Court order authorizing payment.

Signed on February 27, 2012

                              /s/ Marci B. McIvor
                              Marci B. McIvor
                              United States Bankruptcy Judge