# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

RALPH ROBERTS REALTY, LLC, et al.,[1]

      Debtors.

_____/

Case No. 12-53023
(Jointly Administered)
Chapter 11
Judge Thomas J. Tucker

## ORDER DENYING CONFIRMATION
## OF DEBTORS' THIRD AMENDED PLAN

These jointly-administered cases came before the Court on October 17, 2012, for a hearing on confirmation of Debtors' Third Amended Plan (Docket # 71). At the conclusion of the hearing, the Court took the matter under advisement. Today, the Court issued a written opinion regarding confirmation (Docket # 141). For the reasons stated by the Court in its written opinion,

IT IS ORDERED that:

1. Confirmation of Debtors' Third Amended Plan (Docket # 71) is denied.

2. No later than November 2, 2012, Debtors must file one of the following items: (1) a new combined plan and disclosure statement that is consistent with the Court's written opinion filed today; or (2) a motion to convert this case to Chapter 7; or (3) a motion to dismiss this case.

3. If Debtors file a new combined plan and disclosure statement, Debtors also must file, at the same time but as a separate docket item, a redline of the Debtor's new combined plan and disclosure statement which highlights all of the changes made to Debtor's Third Amended Plan (Docket # 71).

**Signed on October 19, 2012**

**/s/ Thomas J. Tucker**
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] This case is jointly administered with the case of Ralph R. Roberts, Case No. 12-53024.