# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re

**Ralph Roberts Realty, LLC**

    Debtor.

Case No. 12-53023
Chapter 11
Judge Thomas J. Tucker

## Post-Confirmation Report

    This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: **Office of the United States Trustee, 211 West Fort Street - Suite 700, Detroit, MI 48226** by no later than the 20th day of each month.

**For the Month of May 2014**                    **Confirmation Date: February 11, 2013**

| PLAN PAYMENTS MADE DURING THE MONTH: | MONTHLY TOTALS |
|---|---|
| **Administrative Expenses:** | $ 4,823 |
| **Secured Creditors:** | $ - |
| **Priority Creditors:** | $ - |
| **Unsecured Creditors:** | $ 5,208 |
| Total Plan Payments: | $ 10,031 |

| CASH FLOW REPORT: | |
|---|---|
| **Total Receipts** | $ 411,078 |
| **Total Disbursements including plan payments** | $ 342,179 |
| **Net (Total Receipts minus Total Disbursements)** | $ 68,899 |

*United States Trustee Quarterly Fees are payable until a Chapter 11 case has been converted or dismissed, or until the case is closed by the Court.*

    This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

Ralph Roberts Realty, LLC

by: Ralph R. Roberts