Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **12−53023−tjt**
Chapter: 11
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   Ralph Roberts Realty, LLC.
   12900 Hall Road, Suite 190
   Sterling Heights, MI 48313

Social Security No.:

Employer's Tax I.D. No.:
   20−2660635

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on 07/09/2014 at 11:00 AM to consider and act upon the following:

*267* − Objection to the Closing of Case Filed by Debtor In Possession Ralph Roberts Realty, LLC., Interested Party Ralph R. Roberts (RE: related document(s)233 Notice of Confirmation and Opp. to Object to Closing (Ch.11) with BNC Certificate of Mailing). (McCollum, Hannah)

is hereby adjourned to **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **9/10/14** at**11:00 AM**.

Dated: 7/3/14

                                                       BY THE COURT

                                                       Katherine B. Gullo
                                                       Clerk, U.S. Bankruptcy Court

                                                       BY: J. Laskaska
                                                       Deputy Clerk

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                                    Case No. 12-53023-tjt
Ralph Roberts Realty, LLC.                                                Chapter 11
         Debtor               CERTIFICATE OF NOTICE
District/off: 0645-2          User: jlask                 Page 1 of 4     Date Rcvd: Jul 03, 2014
                              Form ID: ntchrgaj           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2014.
cr              +Bryan Legree,    C/O A. Stephen Ramadan,    22201 Harper Ave.,    Saint Clair Shores, MI 48080-1865
intp            +Deborah Monti,    Lefkofsky & Gorosh, PC,    31500 Northwestern Highway,    Suite 105,
                  Farmington Hills, MI 48334-2501
intp            +Deborah Monti,    Lefkofsky & Gorosh, PC,    31500 Northwesern Highway,    Suite 105,
                  Farmington Hills, MI 48334-2501
intp            +Michigan Property Ventures LLC,    40760 Deer Pines Drive,    Canton, MI 48188-2233
intp            +Ralph R. Roberts,    18299 Tara Drive,    Clinton Township, MI 48036-3632
cr              +Sterling Limited Partnership,    KITCH DRUTCHAS,    C/O Alan J. Taylor,    One Woodward Avenue,
                  Suite 2400,    Detroit, MI 48226-5485
21473368         2898 Pheasant Ring Dr.,    Rochester Hills, MI  48309-2857
21253713        +Audrey Ferris Revocable Trust,    c/o Audrey Ferris,    59 Fordcroft St.,
                  Grosse Pointe, MI 48236-2649
21437633        +Bryan Legree c/o,    A. Stephen Ramadan, PLC,    22201 Harper Ave.,
                  St. Clair Shores, MI 48080-1865
21253712        +Charles A. Ferarolis,    229 S. Main Street,    Mount Clemens, MI 48043-2439
21465836         Charles A. Ferarolis,    16817 Parklane,    Livonia MI 48154-2121
21479834        +David Griem,    500 Griswold, Suite 2400,    Detroit, MI 48226-4493
21473450       #+David M. Wilson,    3736 Auburn Rd.,    Shelby Twp., MI 48317-3722
21180876       #+David Wilson,    3736 Auburn Road,    Utica MI 48317-3722
21275950        +Dennis Hadel,    7600 Washburn,    Washington Township, MI 48094-2884
21479108        +Diane J. Houser,    38346 Hidden Lane,    Clinton Township, MI 48036-1824
21479006        +Dorotha Roberts,    36311 Genuine Risk Ct.,    Clinton Twp., MI 48035-1011
21253718        +Dorothy Roberts,    36311 Genuine Risk Ct.,    Clinton Township, MI 48035-1011
21437720        +Eleanor Zardis,    27648 Lorraine,    Warren, MI 48093-4990
21180877        +Frederick H. Schienke,    85 Macomb Place,    Mount Clemens MI 48043-5625
21275951       #+Gary Bloodworth,    1970 Connolly,    Troy, MI 48098-2419
21275952        +Gio Investments, LLC,    37140 Camellia Lane,    Clinton Township, MI 48036-2016
21687685        +Grace Marji-Warren,    15405 Callahan,    Fraser, MI 48026-2759
21479835        +Griem & Griem, P.C.,    c/o David Griem,    500 Griswold, Suite 2400,    Detroit, MI 48226-4493
21253714        +Helen Sernka,    3562 Manderly Rd. NE,    Grand Rapids, MI 49525-2073
21180878        +Jaffe Raitt Heuer & Weiss,    500 Griswold, Ste. 2400,    Detroit MI 48226-4493
21280378        +Jaffe Raitt Heuer & Weiss, P.C.,    c/o Paul R. Hage,    27777 Franklin Road, Suite 2500,
                  Southfield, MI 48034-8214
21479066        +Joanne M. Houser,    22569 Statler,    St. Clair Shores, MI 48081-2367
21253719        +Joseph & Elenore Zardis,    27648 Lorraine,    Warren, MI 48093-4990
21473430        +Joseph P. Sirianni, C.P.A.,    2898 Pheasant Ring Dr.,    Rochester Hills, MI 48309-2857
21473369        +Joseph P. and Nancy J. Sirianni,    2898 Pheasant Ring Dr.,    Rochester Hills, MI 48309-2857
21253717        +Joseph Sirianni,    2898 Pheasant Ring Drive,    Rochester, MI 48309-2857
21437719        +Joseph Zardis,    27648 Lorraine,    Warren, MI 48093-4990
21180879        +K & M Leasing Company,    Oak Park MI 48237
21480020        +Kathleen A. Roberts,    18299 Tara Drive,    Clinton Township, MI 48036-3632
21275953        +Kimberly Belcastro,    11427 Heatherwood Court,    Shelby Township, MI 48315-1178
21479807        +LOIS MALJAK,    7071 ORCHARD LAKE RD SUITE 310,    WEST BLOOMFIELD, MI 48322-3684
21687686        +Lanette Louwers,    5598 Raven,    Bloomfield Hills, MI 48301-1045
21253715        +M. John Zardis and Audrey Ferris,    229 S. Main St.,    Mount Clemens, MI 48043-2439
21437821        +M.John Zardis,    734 Trombley,    Grosse Pte Park, MI 48230-1861
21479961        +Maplelane Homes, Inc,    c/o Kathleen A. Roberts,    18299 Tara Drive,
                  Clinton Township, MI 48036-3632
21385730         Mary C. Ferris,    23184 South Hammond Lake Road,    West Bloomfield, MI 48324
21437744        +Mary C. Ferris,    2184 South Hammond Lake Road,    West Bloomfield, MI 48324-1818
21253721        +Mary Ferris and Audrey Ferris,    2184 Hammond Lake Road,    West Bloomfield, MI 48324-1818
21275954        +Michael Huffer,    1243 Joshua Drive,    Troy, MI 48098-6509
21180880        +Michael Smith & Assoc.,    12900 Hall Road, Suite 300,    Utica MI 48313-1151
21253716         Richard Whitmore,    16431 Abela,    Detroit, MI 48224
21477802        +Richard Whitmore,    c/o Steven P. Whitmore,    2824 Trafford Rd.,    Royal Oak, MI 48073-2909
21480130        +Sally Paczkowski,    12407 Cone Dr.,    Shelby Twp., MI 48315-5705
21473434        +Sirianni & Company, P.L.L.C.,    2898 Pheasant Ring Dr.,    Rochester Hills, MI 48309-2857
21180881        +Sirianni Company, PLLC,    2898 Pheasant Ring Drive,    Rochester MI 48309-2857
21646158        +State of Michigan,    Unemployment Insurance Agency,    Tax Office, POC Unit, Ste 11-500,
                  3024 West Grand Blvd,    Detroit MI 48202-6024
21431996        #Statebridge Company, LLC,    4600 S Syracuse St Ste 700,    Denver, CO 80237-2769
21180882        +Sterling Limited Partnership,    4000 Allen Road Dept. #115-5,    Fidelity Bank Operations Center,
                  Allen Park MI 48101-2756
21253722        +Tony Ferris Revocable Trust,    c/o Tony Ferris,    59 Fordcroft St.,    Grosse Point, MI 48236-2649
21480129        +Wallace Paczkowski,    12407 Cone Dr.,    Shelby Twp., MI 48315-5705
21275955        +William and Vena Brauning,    54898 Burlington,    Shelby Township, MI 48315-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Carson Fischer P.L.C.
ust           Daniel M. McDermott
intp          1836 Brys, LLC
intp          Adam Hassig
intp          Adam Residential Properties Group, LLC
cr            Ally Financial, Inc.
intp          Arnold Hassig
cr            Audrey Ferris
cr            Charles A Ferarolis
cr            Charles A Ferarolis, Trustee
cr            Eleanor Zardis
cr            Helen Sernka
intp          Jaffe Raitt Heuer & Weiss, P.C.
intp          Jon Savoy
acc           Joseph Sirianni
cr            Joseph Zardis
intp          Lanette Louwers
cr            M John Zardis
intp          Maddin, Hauser, Wartell, Roth & Heller, P.C.
cr            Mary C Ferris
crcm          Official Committee of Unsecured Creditors
cr            Pauline A Whitmore
intp          Prime Residential Properties Group, LLC
cr            Richard P Whitmore
intp          Ryan Residential Properties Group, LLC
res           Sherry Drouillard
acc           Sirianni & Company
cr            State of Michigan, Dept of Licensing & Regulatory
cr            Statebridge Company LLC
cr            Tony Ferris
21286095      LeVasseur Dyer & Associates, P.C.
intp*        +Grace Marji-Warren,   15405 Callahan,   Fraser, MI 48026-2759
21253720*    +M. John Zardis and Audrey Ferris,   229 S. Main St.,   Mount Clemens, MI 48043-2439
21480019*    +Maplelane Homes, Inc.,   c/o Kathleen A. Roberts,   18299 Tara Drive,
               Clinton Township, MI 48036-3632
dbpos       ##+Ralph Roberts Realty, LLC.,   12900 Hall Road, Suite 190,   Sterling Heights, MI 48313-1149
                                                                       TOTALS: 31, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Creditor Bryan  Legree steveramadan@gmail.com
              A. Stephen Ramadan    on behalf of Plaintiff Bryan  Legree steveramadan@gmail.com
              Alan J. Taylor    on behalf of Creditor    Sterling Limited Partnership ataylor@smsm.com
              Blake P. Lipman    on behalf of Plaintiff    Home Ventures Enterprises, LLC bplipman@sbcglobal.net,
               bplipman@blakelipmanatty.com;blipman@att.net
              Christopher A. Grosman    on behalf of Attorney    Carson Fischer P.L.C. BRCY@CarsonFischer.com,
               cgrosman@carsonfischer.com
              Christopher A. Grosman    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors BRCY@CarsonFischer.com,    cgrosman@carsonfischer.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donna K. Welch    on behalf of Creditor    State of Michigan, Dept of Licensing & Regulatory
           Affairs, Unemployment Insurance Agency welchd@michigan.gov
          Gerald L. Decker    on behalf of Respondent Sherry  Drouillard gldeckerlaw@aol.com
          Gerald L. Decker    on behalf of Defendant Roger  Roberts gldeckerlaw@aol.com
          Hannah Mufson McCollum    on behalf of Defendant    Ralph Roberts Realty, LLC hmccollum@glmpc.com,
           dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Counter-Defendant    Ralph Roberts Realty, LLC
           hmccollum@glmpc.com,   dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Interested Party Ralph R. Roberts hmccollum@glmpc.com,
           dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Defendant Heather  Elisaz hmccollum@glmpc.com,
           dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Defendant Ralph R. Roberts hmccollum@glmpc.com,
           dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Plaintiff    Ralph Roberts Realty, LLC hmccollum@glmpc.com,
           dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Defendant    Ralph Roberts Realty LLC hmccollum@glmpc.com,
           dlynch@glmpc.com
          Hannah Mufson McCollum    on behalf of Debtor In Possession    Ralph Roberts Realty, LLC.
           hmccollum@glmpc.com,   dlynch@glmpc.com
          Ian S. Bolton    on behalf of Interested Party    Ryan Residential Properties Group, LLC
           ibolton@maddinhauser.com,   bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party Adam  Hassig ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party    Prime Residential Properties Group, LLC
           ibolton@maddinhauser.com,   bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party    1836 Brys, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party    Maddin, Hauser, Wartell, Roth & Heller, P.C.
           ibolton@maddinhauser.com,   bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party Jon  Savoy ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party Arnold  Hassig ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Interested Party    Adam Residential Properties Group, LLC
           ibolton@maddinhauser.com,   bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          John C. Lange    on behalf of Debtor In Possession    Ralph Roberts Realty, LLC. jlange@glmpc.com
          Jonathan  Sriro    on behalf of Interested Party Deborah  Monti jsriro@lgpclaw.com
          Kassem  Dakhlallah    on behalf of Defendant Jerone  Turner kassem@jaafarandmahdi.com,
           kassemdakhlallah@aol.com
          Kassem  Dakhlallah    on behalf of Defendant Marchie  Turner kassem@jaafarandmahdi.com,
           kassemdakhlallah@aol.com
          Kelley  Callard (UST)    on behalf of U.S. Trustee Daniel M. McDermott Kelley.Callard@usdoj.gov
          Kimberly  DiBartolomeo    on behalf of Defendant Maria  Caccamo kdibartolomeo@lucidolaw.com,
           kdibart@gmail.com
          Kimberly  DiBartolomeo    on behalf of Defendant    21521 Kramer Group, LLC
           kdibartolomeo@lucidolaw.com,   kdibart@gmail.com
          Kimberly  DiBartolomeo    on behalf of Defendant Gaetano "Guy" Caccamo kdibartolomeo@lucidolaw.com,
           kdibart@gmail.com
          Marc E. Thomas    on behalf of Creditor Pauline A Whitmore marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Eleanor  Zardis marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Helen  Sernka marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Mary C Ferris marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Richard P Whitmore marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Audrey  Ferris marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Charles A Ferarolis marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Charles A Ferarolis, Trustee marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Joseph  Zardis marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor M John Zardis marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Marc E. Thomas    on behalf of Creditor Tony  Ferris marc@bendurethomaslaw.com,
           marcethomas@msn.com
          Melissa S. Byrd    on behalf of Creditor    Statebridge Company LLC Easternecf@trottlaw.com
          Michael P. DiLaura    on behalf of Debtor In Possession    Ralph Roberts Realty, LLC.
           miked@mikedlaw.com
          Michael P. Hogan    on behalf of Creditor    Ally Financial, Inc. ecf@kaalaw.com
          Michael S. Leib    on behalf of Interested Party Arnold  Hassig msl@maddinhauser.com,
           bac@maddinhauser.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Michael S. Leib   on behalf of Interested Party Jon  Savoy msl@maddinhauser.com, bac@maddinhauser.com
         Michael S. Leib   on behalf of Interested Party   Prime Residential Properties Group, LLC msl@maddinhauser.com,  bac@maddinhauser.com
         Michael S. Leib   on behalf of Interested Party   Adam Residential Properties Group, LLC msl@maddinhauser.com,  bac@maddinhauser.com
         Michael S. Leib   on behalf of Interested Party Adam  Hassig msl@maddinhauser.com, bac@maddinhauser.com
         Michael S. Leib   on behalf of Interested Party   Ryan Residential Properties Group, LLC msl@maddinhauser.com,  bac@maddinhauser.com
         Michael S. Leib   on behalf of Interested Party   1836 Brys, LLC msl@maddinhauser.com, bac@maddinhauser.com
         Paul R. Hage   on behalf of Interested Party   Jaffe Raitt Heuer & Weiss, P.C. phage@jaffelaw.com, jtravick@jaffelaw.com
         Richard D. Fessler    on behalf of Interested Party Deborah  Bjorkley AmericanBankruptcy@ameritech.net,  annette.thelegalassistant@gmail.com
         Richard D. Fessler    on behalf of Counter-Claimant Deborah  Bjorkley AmericanBankruptcy@ameritech.net,  annette.thelegalassistant@gmail.com
         Robert A. Weisberg   on behalf of Creditor Committee   Official Committee of Unsecured Creditors BRCY@CARSONFISCHER.COM,  rweisberg@carsonfischer.com
         Scott  Kwiatkowski    on behalf of Defendant   Ryan Residential Properties Group, LLC scott@bk-lawyer.net
         Scott  Kwiatkowski    on behalf of Defendant Jon  Savoy scott@bk-lawyer.net
         Scott  Kwiatkowski    on behalf of Defendant   Adam Residential Properties Group, LLC scott@bk-lawyer.net
         Scott  Kwiatkowski    on behalf of Defendant Arnold  Hassig scott@bk-lawyer.net
         Scott  Kwiatkowski    on behalf of Defendant Adam  Hassig scott@bk-lawyer.net
         Scott  Kwiatkowski    on behalf of Defendant   1836 Brys, LLC scott@bk-lawyer.net
         Scott  Kwiatkowski    on behalf of Defendant   Prime Residential Properties Group, LLC scott@bk-lawyer.net
         Sherry  Katz-Hedrington    on behalf of Defendant   Manaia Capital Management, Inc. corplegalserv@aol.com,  shedrington@cstmlaw.com
         Stuart A. Gold    stuart.gold@7trustee.net, MI33@ecfcbis.com
         Walter  Bentley, III   on behalf of Counter-Claimant Lanette  Louwers walter@walterbentley.com
         Walter  Bentley, III    on behalf of Counter-Defendant    Ralph Roberts Realty, LLC walter@walterbentley.com
         Walter  Bentley, III    on behalf of Plaintiff   Ralph Roberts Realty, LLC walter@walterbentley.com
         Walter  Bentley, III    on behalf of Defendant Lanette  Louwers walter@walterbentley.com

                                                    TOTAL: 71