THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re

Ralph Roberts Realty, LLC

Debtor.

Case No. 12-53023
Chapter 11
Judge Thomas J. Tucker

## Post-Confirmation Report

This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: **Office of the United States Trustee, 211 West Fort Street - Suite 700, Detroit, MI 48226** by no later than the 20th day of each month.

For the Month of December 2014                Confirmation Date: February 11, 2013

| PLAN PAYMENTS MADE DURING THE MONTH: | MONTHLY TOTALS |
|---|---|
| Administrative Expenses: | $ - |
| Secured Creditors: | $ - |
| Priority Creditors: | $ - |
| Unsecured Creditors: | $ 5,208 |
| Total Plan Payments: | $ 5,208 |

| CASH FLOW REPORT: | |
|---|---|
| Total Receipts | $ 166,793 |
| Total Disbursements including plan payments | $ 160,449 |
| Net (Total Receipts minus Total Disbursements) | $ 6,344 |

*United States Trustee Quarterly Fees are payable until a Chapter 11 case has been converted or dismissed, or until the case is closed by the Court.*

This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

Ralph Roberts Realty, LLC

by: Ralph R. Roberts