| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RALPH ROBERTS REALTY, LLC, | ) Case No. 12-53023 |
| | ) |
| Debtor. | ) Judge Thomas J. Tucker |
| | ) |

## EX PARTE MOTION WITHDRAWING OBJECTION TO CLOSING BANKRUPTCY CASE AND CLOSING BANKRUPTCY CASE

Ralph Roberts Realty, LLC ("Realty"), by and through Gold, Lange & Majoros, P.C., its undersigned counsel, hereby files this Ex Parte Motion Withdrawing Objection to Closing Bankruptcy Case and Closing Bankruptcy Case (the "Motion"). In support of this Motion, Realty states as follows:

### Background

1. Realty, and its sole shareholder, Ralph R. Roberts (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 25, 2013.

2. An order confirming the Debtors' chapter 11 plan was entered on February 11, 2013.

3. Mr. Roberts received his individual discharge on April 16, 2013.

4. After an initial hearing on May 1, 2013 on the Debtors' objection to this Court's notice of intent to close bankruptcy cases, this Court entered an order on June 6, 2013 terminating the joint administration of the Debtors' cases and closing Mr. Roberts' individual chapter 11 case [Docket No. 280].

5. Realty's case is now substantially complete. Realty has no further claims or adversary proceedings to pursue or file, all claims objections are complete, and all but one adversary proceeding has been either litigated to judgment or settled.

6. At this time, Realty's assets consist of its real estate listings, and its contingent interests in investor-owned property, as set forth on <u>Exhibit A</u> to this Motion.

7. Rule 3022 of the Federal Rules of Bankruptcy Procedure provides that "after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." F.R.B.P. 3022.

8. There is one related adversary proceeding still pending; the matter has been tried and fully briefed post-trial and is only awaiting judgment.

9. Realty therefore withdraws its objection to the closing of this case, and requests that this case be closed. Realty further requests that the order closing this case be without prejudice to the reopening of this case without cost or fee for the sole purpose of entering an opinion, order, or judgment in adversary proceeding no. 12-06131.

WHEREFORE, Ralph Roberts Realty, LLC respectfully requests this Court enter an order closing Realty's bankruptcy case, as well as for such other and further relief as this Court deems just and appropriate.

Dated: January 27, 2015

Respectfully submitted,

GOLD, LANGE & MAJOROS, P.C.

/s/ Hannah Mufson McCollum
HANNAH MUFSON MCCOLLUM (P67171)
Attorneys for the Debtors
24901 Northwestern Hwy., Suite 444
Southfield, MI 48075
(248) 350-8220

hmccollum@glmpc.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RALPH ROBERTS REALTY, LLC, | ) | Case No. 12-53023 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |
| | ) | |

## ORDER WITHDRAWING OBJECTION TO CLOSING BANKRUTPCY CASE AND CLOSING BANKRUPTCY CASE

This matter having come before the Court upon the Ex Parte Motion Withdrawing Objection to Closing Bankruptcy Case and Closing Bankruptcy Case filed by Ralph Roberts Realty, LLC; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Ralph Roberts Realty, LLC's objection to the closing of this case is hereby withdrawn.

IT IS FURTHER ORDERED that the bankruptcy case of Ralph Roberts Realty, LLC is closed as of the date hereof.

IT IS FURTHER ORDERED that Ralph Roberts Realty, LLC, has a contingent interest in the properties attached to the Motion as <u>Exhibit A</u> pursuant to the terms of the Fifth Amended Combined Plan and Disclosure Statement [Docket No. 156] and the Order Confirming Fifth Amended Combined Plan and Disclosure Statement [Docket No. 225].

IT IS FURTHER ORDERED that this closure is without prejudice to the reopening of this bankruptcy case without penalty or fee for the sole and limited purpose of entering an opinion, order, or judgment in adversary proceeding no. 12-06131.

**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RALPH ROBERTS REALTY, LLC, | ) | Case No. 12-53023 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015, I electronically filed the *Ex Parte Motion Withdrawing Objection To Closing Bankruptcy Case And Closing Bankruptcy Case*, the *Proposed Order Granting Ex Parte Motion Withdrawing Objection To Closing Bankruptcy Case And Closing Bankruptcy Case* and this *Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Walter Bentley, III on behalf of Counter-Claimant Lanette Louwers
walter@walterbentley.com

Walter Bentley, III on behalf of Counter-Defendant Ralph Roberts Realty, LLC
walter@walterbentley.com

Walter Bentley, III on behalf of Defendant Lanette Louwers
walter@walterbentley.com

Walter Bentley, III on behalf of Plaintiff Ralph Roberts Realty, LLC
walter@walterbentley.com

Ian S. Bolton on behalf of Interested Party 1836 Brys, LLC
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Adam Residential Properties Group, LLC
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Maddin, Hauser, Wartell, Roth & Heller, P.C.
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Prime Residential Properties Group, LLC
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Ryan Residential Properties Group, LLC
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Adam Hassig

ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Arnold Hassig
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Interested Party Jon Savoy
ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Melissa S. Byrd on behalf of Creditor Statebridge Company LLC
Easternecf@trottlaw.com

Kelley Callard (UST) on behalf of U.S. Trustee Daniel M. McDermott
Kelley.Callard@usdoj.gov

Kassem Dakhlallah on behalf of Defendant Jerone Turner
kassem@jaafarandmahdi.com, kassemdakhlallah@aol.com

Kassem Dakhlallah on behalf of Defendant Marchie Turner
kassem@jaafarandmahdi.com, kassemdakhlallah@aol.com

Gerald L. Decker on behalf of Defendant Roger Roberts
gldeckerlaw@aol.com

Gerald L. Decker on behalf of Respondent Sherry Drouillard
gldeckerlaw@aol.com

Kimberly DiBartolomeo on behalf of Defendant 21521 Kramer Group, LLC
kdibartolomeo@lucidolaw.com, kdibart@gmail.com

Kimberly DiBartolomeo on behalf of Defendant Gaetano "Guy" Caccamo
kdibartolomeo@lucidolaw.com, kdibart@gmail.com

Kimberly DiBartolomeo on behalf of Defendant Maria Caccamo
kdibartolomeo@lucidolaw.com, kdibart@gmail.com

Michael P. DiLaura on behalf of Debtor In Possession Ralph Roberts Realty, LLC.
miked@mikedlaw.com

Richard D. Fessler on behalf of Counter-Claimant Deborah Bjorkley
AmericanBankruptcy@ameritech.net

Richard D. Fessler on behalf of Interested Party Deborah Bjorkley
AmericanBankruptcy@ameritech.net

Stuart A. Gold
stuart.gold@7trustee.net, MI33@ecfcbis.com

Stuart A. Gold on behalf of Debtor In Possession Ralph Roberts Realty, LLC.
sgold@glmpc.com

Christopher A. Grosman on behalf of Attorney Carson Fischer P.L.C.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman on behalf of Creditor Committee Official Committee of Unsecured Creditors
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Paul R. Hage on behalf of Interested Party Jaffe Raitt Heuer & Weiss, P.C.
phage@jaffelaw.com, jtravick@jaffelaw.com

Michael P. Hogan on behalf of Creditor Ally Financial, Inc.
ecf@kaalaw.com

Sherry Katz-Hedrington on behalf of Defendant Manaia Capital Management, Inc.
corplegalserv@aol.com

Scott Kwiatkowski on behalf of Defendant 1836 Brys, LLC
scott@bk-lawyer.net

Scott Kwiatkowski on behalf of Defendant Adam Residential Properties Group, LLC
scott@bk-lawyer.net

Scott Kwiatkowski on behalf of Defendant Prime Residential Properties Group, LLC
scott@bk-lawyer.net

Scott Kwiatkowski on behalf of Defendant Ryan Residential Properties Group, LLC
scott@bk-lawyer.net

Scott Kwiatkowski on behalf of Defendant Adam Hassig
scott@bk-lawyer.net

Scott Kwiatkowski on behalf of Defendant Arnold Hassig
scott@bk-lawyer.net

Scott Kwiatkowski on behalf of Defendant Jon Savoy
scott@bk-lawyer.net

Michael S. Leib on behalf of Interested Party 1836 Brys, LLC
msl@maddinhauser.com, bac@maddinhauser.com

Michael S. Leib on behalf of Interested Party Adam Residential Properties Group, LLC
msl@maddinhauser.com, bac@maddinhauser.com

Michael S. Leib on behalf of Interested Party Prime Residential Properties Group, LLC
msl@maddinhauser.com, bac@maddinhauser.com

Michael S. Leib on behalf of Interested Party Ryan Residential Properties Group, LLC
msl@maddinhauser.com, bac@maddinhauser.com

Michael S. Leib on behalf of Interested Party Adam Hassig
msl@maddinhauser.com, bac@maddinhauser.com

Michael S. Leib on behalf of Interested Party Arnold Hassig
msl@maddinhauser.com, bac@maddinhauser.com

Michael S. Leib on behalf of Interested Party Jon Savoy
msl@maddinhauser.com, bac@maddinhauser.com

Blake P. Lipman on behalf of Plaintiff Home Ventures Enterprises, LLC
bplipman@sbcglobal.net, bplipman@blakelipmanatty.com;blipman@att.net

Hannah Mufson McCollum on behalf of Counter-Defendant Ralph Roberts Realty, LLC
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Debtor In Possession Ralph Roberts Realty, LLC.
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Defendant Ralph Roberts Realty LLC
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Defendant Ralph Roberts Realty, LLC
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Defendant Heather Elisaz
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Defendant Ralph R. Roberts
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Interested Party Ralph R. Roberts
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Plaintiff Ralph Roberts Realty, LLC
hmccollum@glmpc.com, dlynch@glmpc.com

Hannah Mufson McCollum on behalf of Plaintiff Ralph Roberts Realty, LLC
hmccollum@glmpc.com, dlynch@glmpc.com

A. Stephen Ramadan on behalf of Creditor Bryan Legree
steveramadan@gmail.com

A. Stephen Ramadan on behalf of Plaintiff Bryan Legree
steveramadan@gmail.com

Jonathan Sriro on behalf of Interested Party Deborah Monti
jsriro@lgpclaw.com

Alan J. Taylor on behalf of Creditor Sterling Limited Partnership
ataylor@smsm.com

Marc E. Thomas on behalf of Creditor Audrey Ferris
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Charles A Ferarolis
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Charles A Ferarolis, Trustee
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Eleanor Zardis
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Helen Sernka
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Joseph Zardis
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor M John Zardis
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Mary C Ferris
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Pauline A Whitmore
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Richard P Whitmore
marc@bendurethomaslaw.com, marcethomas@msn.com

Marc E. Thomas on behalf of Creditor Tony Ferris
marc@bendurethomaslaw.com, marcethomas@msn.com

Robert A. Weisberg on behalf of Creditor Committee Official Committee of Unsecured

Creditors
BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

Donna K. Welch on behalf of Creditor State of Michigan, Dept of Licensing & Regulatory Affairs, Unemployment Insurance Agency
welchd@michigan.gov

                                      Respectfully Submitted,

Dated: January 27, 2015                GOLD, LANGE & MAJOROS, P.C.

                                      /s/ Hannah Mufson McCollum
                                      HANNAH MUFSON MCCOLLUM
                                      Attorneys for the Debtors
                                      24901 Northwestern Highway, Suite 444
                                      Southfield, Michigan 48075-2204
                                      Telephone: (248) 350-8220
                                      hmccollum@glmpc.com
                                      P67171

# EXHIBIT A

| Investor Name | Investor Entity | Property ID | Property Address | Property City |
|---|---|---|---|---|
| Paul Olivieri | Scotia Group LLC | 2532401017 | 21409 Scotia | Royal Oak |
| Anthony Randazzo | 1037 Hickory Group LLC | 2509180009 | 1037 Hickory | auburn Hills |
| Norm Confer | 117 Annabelle Group, LLC | 2526285007 | 117 W. Annabelle | Hazel Park |
| Peter Marrocco | 12240 Mair Group, LLC | 2236226044 | 40010 Crosswinds Dr | Novi |
| Peter Marrocco | 12240 Mair Group, LLC | 0624200014 | 4716 County Line | Lenox |
| Peter Marrocco | 12240 Mair Group, LLC | 0729382005 | 47099 Auburn | Utica |
| Kevin Schierlinger | 1225 GP LLC | 1130277058 | 36006 Kettering | Clinton Twp |
| Kevin Schierlinger | 13134 TK LLC | 1002454009 | 13134 Stratford | Sterling Heights |
| Keith Dunlop | 1413 North Pleasant Group LLC | 2516252016 | 1413 North Pleasant | Royal Oak |
| Paul Olivieri | 15535 Ego Group LLC | 1431376019 | 15535 Ego | Eastpointe |
| Paul Olivieri | 1731 Hempstead Group, LLC | 2025476023 | 1731 Hempstead Drive | Troy |
| Mike Green | 1811 Beechmont Group, LLC | 1801106022 | 1811 Beechmont | Keego Harbor |
| Norm Confer | 1821 E Granet Group, LLC | 2536281025 | 1821 Granet | Hazel Park |
| Anthony Randazzo | 1861 Academy St Group | 2535207029 | 1861 Academy | Ferndale |
| John DiGiorgio | 190 Clive Group LLC | 1327177001 | 190 Clive | Waterford |
| Martin Szarek | 20870 Danbury Group LLC | 1127308009 | 20870 Danbury | Clinton Township |
| Mike Green | 209 E Grand Traverse Group, LLC | 1702158041 | 209 E Grand Travers | Commerce Twp |
| Kenneth Peterson | 21700 Church Group, LLC | 2531251007 | 21700 Church | Oak Park |
| Keith Dunlop | 22315 Grandy Group, LLC | 1127479009 | 22315 Grandy | Clinton Twp |
| Kenneth Peterson | 23056 Church Group, LLC | 2530380023 | 23065 Church | Oak Park |
| Kenneth Peterson | 23368 Powell Group, LLC | 2526455025 | 23368 Powell | Hazel Park |
| Martin Szarek | 2340 Pond Vallee Group, LLC | 1111453002 | 29 Lincoln | Mount Clemens |
| Martin Szarek | 2340 Pond Vallee Group, LLC | 1310203002 | 30640 Lorraine | Warren |
| Martin Szarek | 2340 Pond Vallee Group, LLC | 1420108038 | 26649 Parkington | Roseville |
| Dennis Hadel | 23676 Blackett Group LLC | 1325304016 | 23676 Blackett | Warren |
| David Constantine | 24933 Hayes Group LLC | 1325226037 | 24933 Hayes | Eastpointe |
| David Constantine | 24949 Harrison Group LLC | 1136402005 | 24949 Harrison | Harrison Twp |
| Dennis Hadel | 25164 Rosenbusch Group LLC | 1324479021 | 25164 Rosenbusch | Warren |
| John DiGiorgio | 25641 Crimson Group LLC | 1323433014 | 25641 Crimson Ct | Warren |
| David Constantine | 25665 Hayes Group, LLC | 1324429043 | 25665 Hayes | Warren |
| David Wilson | 25724 Dale LLC | 1419305021 | 25724 Dale St | Roseville |
| Martin Szarek | 25800 Pineview Ave Group | 1320426004 | 25800 PineView | Warren |
| Edward Stanek | 26391 Compson St LLC | 1419152029 | 26391 Compson | Roseville |
| David Wilson | 26815 Waldorf LLC | 1421126033 | 26815 Waldorf Street | Roseville |
| Thomas Lee | 26828 Kaiser Group LLC | 1419229007 | 26828 Kaiser | Roseville |
| Thomas Lee | 26828 Kaiser Group, LLC | 1419229007 | 26828 Kaiser | Roseville |
| Kevin Schierlinger | 27691 HW LLC | 1219280083 | 27691 Harrison Wood Ln. | Harrison Twp. |
| Randy Szarek | 29761 Quinkert Group LLC | 1408426046 | 29761 Quinkert | Roseville |
| Kevin Schierlinger | 29923 Emily LLC | 0916385114 | 29923 Emily | Chesterfield Twp. |
| Kenneth Peterson | Town Living, LLC | 1432404012 | 18010 Veronica | Eastpointe |
| David Wilson | 3013 Rome Group, LLC | 1331203015 | 3013 Rome | Warren |
| Sandy Van Dewinkle | 30220 Bradner Group, LLC | 1312152008 | 30220 Bradner | Warren |
| Randy Szarek | 31042 Gardendale Group LLC | 2536327015 | 242 Park Green Dr | Hazel Park |
| Edward Stanek | 316 N. Wixom Rd LLC | 1732325033 | 316 N. Wixom Rd | Wixom |
| Edward Stanek | 32935 Gallo Ln Group LLC | 1303206001 | 32935 Gallo | Warren |
| Dennis Hadel | 35590 Capri Group LLC | 1128430006 | 35590 Capri | Clinton Township |
| David Constantine | 3828 Michael Group LLC | 1331281013 | 3828 Michael | Warren |
| Kevin Schierlinger | 4310 LC LLC | 1207160014 | 4310 Leroy Ct. | White Lake |
| Doug Pastewski | 4405 Navarra Group, LLC | 1207176020 | 4405 Navarra Drive | White Lake |
| David Constantine | 47414 Ryan Group LLC | 0729305044 | 47414 Ryan | Shelby Township |
| Norman Confer | 655 E Brockton Group | 2524309039 | 655 E Brockton | Madison Heights |
| Raymond Confer | 664 Belmonte Group LLC | 1324351097 | 664 Belmonte | Waterford |
| Larry Forgione | 68 W Maxlow Group, LLC | 2535428032 | 68 W. Maxlow | Hazel Park |
| Raymond Confer | 7535 Yacht Group, LLC | 1333430033 | 7535 Yacht | Warren |
| Anthony Randazzo | 822 Palmer Group | 1422206013 | 822 Palmer | Pontiac |
| John Roehrig | 8323 Karam Group LLC | 1310103005 | 8323 Karam | Warren |
| David Harrell | Access Managed Market Development Inc | 0807179029 | 54498 Myrica | Macomb Twp |
| John DiGiorgio | AJD1 Properties LLC | 1312105018 | 13868 La Chene | Warren |
| Paul Olivieri | AJE Investments Inc. | 1325277031 | 14871 Eleanor | Warren |
| Paul Olivieri | AJE Investments Inc. | 1408426023 | 29085 Park | Roseville |
| Paul Olivieri | AJE Investments Inc. | 2416452013 | 27280 Bell | Southfield |
| Steve Riebel | Team Riebel Investments 7 (TRI7), LLC | 1828478041 | 6208 Andrea Ln | West Bloomfield |
| Thomas Lee | T. Lee Holdings, LLC | 2129229001 | 132 Aspen Way Unit 1 | South Lyon |
| Thomas Lee | T Lee Holdings, LLC | 0921102018 | 50418 Bay Run S | Chesterfield |
| Kenneth Peterson | Town Living, LLC | 1323326024 | 25817 Marilyn | Warren |
| David Wilson | American Construction Enterprises | 1322306006 | 8355 Helen | Center Line |
| David Wilson | American Construction Enterprises | 1419155001 | 15312 Hill Ct | Roseville |
| David Wilson | American Construction Enterprises | 1419451021 | 25102 Cole St. | Roseville |
| David Wilson | American Construction Enterprises | 2514478010 | 27315 Brush | Madison Heights |
| Michael Huffer | B&H Management Quinkert LLC | 1408426059 | 29531 Quinkert | Roseville |
| Brian Henderson | BMH Investments, LLC | 1433279041 | 21623 Gaukler Street | St. Clair Shores |
| William Sweis and Thomas Caramagno | Capital Asset Group LLC | 1327457017 | 11332 Lozier | Warren |
| William Sweis and Thomas Caramagno | Capital Asset Group LLC | 1431379002 | 15512 Stricker | Eastpointe |
| William Sweis and Thomas Caramagno | Capital Asset Group LLC | 2528151003 | 8875 Kenberton | Oak Park |
| William Sweis and Thomas Caramagno | Capital Asset Group LLC | 2536432024 | 1769 E. Milton | Hazel Park |
| Charles Woody | Charles H. Woody | 1220456025 | 37776 Jefferson | Harrison Twp. |
| Stuart Sherman | Choice Real Estate | 2513359023 | 27043 Osmun | Madison Heights |
| Stuart Sherman | Choice Real Estate | 2536407016 | 1421 E. Evelyn | Hazel Park |
| Raymond Confer | Confer Investment Properties LLC | 1020179026 | 4749 Fox Hill | Sterling Heights |
| Raymond Confer | Confer Investment Properties LLC | 1023128007 | 38730 Littlefield | Sterling Heights |
| Raymond Confer | Confer Investment Properties LLC | 1123256008 | 38517 Wellington | Clinton Township |
| Raymond Confer | Confer Investment Properties LLC | 1328452007 | 6798 Lozier | Warren |

| Name | Entity | Parcel | Address | City |
|---|---|---|---|---|
| Raymond Confer | Confer Investment Properties LLC | 1330251033 | 24051 Karen Ave. | Warren |
| Raymond Confer | Confer Investment Properties LLC | 1335409001 | 13006 Prospect | Warren |
| Raymond Confer | Confer Investment Properties LLC | 1408105002 | 30761 Hidden Pines | Roseville |
| Raymond Confer | Confer Investment Properties LLC | 1417228015 | 18531 Tranquil | Roseville |
| Raymond Confer | Confer Investment Properties, LLC | 0725226171 | 14790 Madison | Shelby Twp |
| Raymond Confer | Confer Investment Properties, LLC | 1125151096 | 24037 Meadowbridge | Clinton Twp |
| Raymond Confer | Confer Investment Properties, LLC | 1125328036 | 24715 Meadow Lane | Harrison Twp |
| Raymond Confer | Confer Investment Properties, LLC | 1131231089 | 34632 Mercer | Fraser |
| Raymond Confer | Confer Investment Properties, LLC | 1306230035 | 3837 Hillcrest Ct | Warren |
| Raymond Confer | Confer Investment Properties, LLC | 1312477062 | 29233 Hayes | Warren |
| Raymond Confer | Confer Investment Properties, LLC | 1326129004 | 24490 Wagner | Warren |
| Raymond Confer | Confer Investment Properties, LLC | 1328453032 | 6899 Continental | Warren |
| Raymond Confer | Confer Investment Properties, LLC | 1333258028 | 7059 Chalmers | Warren |
| Raymond Confer | Confer Investment Properties, LLC | 1336129007 | 14048 Marshall | Warren |
| Raymond Confer | Confer Investment Properties, LLC | 1408177035 | 30241 Utica Rd #206A | Roseville |
| Raymond Confer | Confer Investment Properties, LLC | 1417129011 | 28880 Hillview St. | Roseville |
| Raymond Confer | Confer Investment Properties, LLC | 1418477006 | 27336 Blum | Roseville |
| Raymond Confer | Confer Investment Properties, LLC | 1429376042 | 22726 Lambrecht | Eastpointe |
| Raymond Confer | Confer Investment Properties, LLC | 1430403014 | 15841 Evergreen | Eastpointe |
| Raymond Confer | Confer Investment Properties, LLC | 2432376134 | 25307 Shiawassee | Southfield |
| David Constantine | Dave Constantine | 0728476019 | 47187 Burton | Shelby Twp. |
| David Constantine | David Constantine | 1336109045 | 13691 Leonard | Warren |
| David Constantine | David Constantine | 1402306056 | 22601 Euclid | St. Clair Shores |
| David Constantine | David Constantine | 1419353010 | 25232 Send | Roseville |
| David Constantine | David Constantine | 0720177009 | 50130 Mile End | Shelby Twp. |
| Dave Constantine | David M. Constantine | 1324477034 | 25109 Tecla Ave | Warren |
| David Wilson | David Wilson | 0927203029 | 49039 Jefferson Ave | Chesterfield |
| David Wilson | David Wilson | 1325253019 | 24440 Bolam | Warren |
| David Wilson | David Wilson | 1325352026 | 23067 Blackett | Warren |
| David Wilson | David Wilson | 1431226024 | 22419 Shakespeare Ave. | Eastpointe |
| David Wilson | David Wilson | 1432328019 | 17758 Lincoln | Eastpointe |
| David Wilson | David Wilson | 0727401021 | 11075 Pacton Dr | Shelby Twp. |
| Daniel Reed | DCM Real Estate LLC | 1336406018 | 21220 Dexter | Warren |
| Dennis Hadel | Dennis Hadel | 1215277014 | 32750 N. River Road | Harrison Twp |
| Dennis Hadel | Dennis Hadel | 1216157028 | 39764 Chart | Harrison Twp |
| Dennis Hadel | Dennis Hadel | 1419208022 | 26501 Grandmont | Roseville |
| Dennis Hadel | Dennis Hadel | 1429402026 | 23791 Lexington | Eastpointe |
| Dennis Hadel | Dennis Hadel | 2524179016 | 26377 Couzens | Madison Heights |
| John DiGiorgio | DiGiorgio Investment Group LLC | 1318428054 | 27259 El Capitan | Warren |
| Dennis Hadel | DJH Investment Holdings, LLC | 1323326016 | 25564 Wagner | Warren |
| Dennis Hadel | DJH Investment Holdings, LLC | 1420106005 | 26632 Groveland | Roseville |
| Dennis Hadel | DJH Investment Holdings, LLC | 1430152020 | 24339 Laetham Ave | Eastpointe |
| David Wilson | Equity Trust Co. FBO David Wilson IRA | 1030279019 | 3538 Veronica | Sterling Heights |
| Frist Ten, LLC | First Ten, LLC | 0128403012 | 1004 Odessa | Holly |
| First Ten, LLC | First Ten, LLC | 1726130314 | 2167 Park Place | Walled Lake |
| Frist Ten, LLC | First Ten, LLC | 0712351032 | 8956 Davisburg Rd. | Clarkston |
| Frank Salamone | FSA Properties, LLC | 1327359029 | 8321 Paige | Warren |
| Gary Bloodworth | Gary Bloodworth | 0828227015 | 6091 Waldon Rd. | Independence Twp |
| Gary Bloodworth | Gary Bloodworth | 0915107005 | 52574 Ravens Lane | Chesterfield |
| Gary Bloodworth | Gary Bloodworth | 1105376085 | 43056 W Kirkwood | Clinton Township |
| Gary Bloodworth | Gary Bloodworth | 1431104032 | 15417 Nehls Ave. | Eastpointe |
| Gary Bloodworth | Gary Bloodworth | 2420326177 | 25119 Greenbrooke | Southfield |
| George Mortis | GCM Investments | 2408426094 | 30020 Wildbrook | Southfield |
| George Mortis | GCM Investments | 2414306059 | 27350 Evergreen | Lathrup Village |
| George Mortis | GCM Investments | 2424155004 | 26366 Lathrup Blvd | Lathrup Village |
| Paola Palazzolo | Gio Properties LLC | 1017304021 | 39679 Baker Dr. | Sterling Heights |
| Paola Palazzolo | Gio Properties LLC | 1403380002 | 21412 Willow Wisp | St. Clair Shores |
| Joe Lia | Giuseppe Lia | 1111257036 | 280 Euclid | Mt Clemens |
| Dale Hadel | Global Investment Holdings LLC | 1230233052 | 27852 Riviera St. | Harrison Twp |
| Michael DiGiovanni | J & M Land Company LLC | 1133231027 | 20197 Woodward | Clinton Twp |
| Michael DiGiovanni | J & M Land Company LLC | 1331227021 | 3619 Otis Ave | Warren |
| Michael DiGiovanni | J & M Land Company, LLC | 1316227028 | 7267 Marian | Warren |
| Josh Boyd | Josh L. Boyd | 1323252005 | 26264 Newport Ave. | Warren |
| Julie Williams | Julie L. Williams | 2425128001 | 17285 Richard St | Southfield |
| Julie Williams | Julie Williams | 0835478005 | 4679 Christopher Pines | IndependenceTwp |
| Norman Confer | Karen Confer | 1328153005 | 465 Rivard | Waterford |
| Kevin Schierlinger | Kevin Schierlinger | 2335229027 | 21863 Colgate | Farmington Hills |
| Dale Hadel | KKJ Investment Holdings LLC | 0826375041 | 47321 Malburg Way | Macomb Twp. |
| Dale Hadel | KKJ Investment Holdings LLC | 0930100007 | 4454 Maybee | Orion |
| Dale Hadel | KKJ Investment Holdings LLC | 1308205104 | 5369 Bradmore Ln | Warren |
| Dale Hadel | KKJ Investment Holdings LLC | 0134452015 | 425 1/2 Harden | Holly |
| Dale Hadel | KKJ Investment Holdings LLC | 2218101215 | 27471 Harrington way | Novi |
| Dale Hadel | KKJ Investment Holdings LLC | 2410228005 | 20310 Plantation Ln | Franklin |
| Dale Hadel | KKJ Investment Holdings LLC | 1314351019 | 27443 Shackett Drive | Warren |
| Dale Hadel | KKJ Investment Holdings, LLC | 1712279002 | 2721 Greenlawn Ave | Commerce Twp |
| Dale Hadel | KKJ Investment Holdings, LLC | 1916278004 | 3645 Holly Ln | Bloomfield Hills |
| Dale Hadel | KKJ Investment Holdings, LLC | 2409205005 | 30792 E. Lincolnshire | Beverly Hills |
| Abby Confer | KMC Properties, LLC | 1114233001 | 27 Dickinson | Mount Clemens |
| Norm Confer | KMC Properties, LLC | 1123182011 | 38576 Meadowdale | Clinton Twp |
| Abby Confer | KMC Properties, LLC | 1123182015 | 38584 Meadowdale | Clinton Twp |
| Dilisio Contracting | Macomb Land Management, LLC | 1334210010 | 11330 Ford | Warren |
| Dilisio Contracting | Macomb Land Management, LLC | 1420108012 | 26372 Oakland | Roseville |
| Dilisio Contracting | Macomb Land Management, LLC | 1431478011 | 16810 Juliana | Eastpointe |

| Owner | Entity | Parcel ID | Address | City |
|---|---|---|---|---|
| Dilisio Contracting | Macomb Land Management, LLC | 60029020005000 | 7615 Weddel | Taylor |
| Dilisio Contracting | Macomb Land Management, LLC | 79038010160000 | 13141 Hemingway | Redford |
| Mark Galardi | Mark Galardi | 1335204007 | 650 Bow Ln | Waterford |
| Meram Brothers | Meram Bros Properties, LLC | 1326126005 | 24835 Wagner | Warren |
| Meram Brothers | Meram Bros Properties, LLC | 1329205037 | 24737 Panama | Warren |
| Meram Brothers | Meram Bros Properties, LLC | 1331403004 | 3188 Poplar | Warren |
| Meram Brothers | Meram Bros Properties, LLC | 1333405002 | 21528 Conners Avenue | Warren |
| Meram Brothers | Meram Bros Properties, LLC | 1408327031 | 17507 Eastland | Roseville |
| Meram Brothers | Meram Bros Properties, LLC | 1427406007 | 22328 Fresard | St. Clair Shores |
| Meram Brothers | Meram Bros Properties, LLC | 1429327026 | 23823 Brittany | Eastpointe |
| Meram Brothers | Meram Bros Properties, LLC | 1431278025 | 21739 Rein | Eastpointe |
| Meram Brothers | Meram Bros Properties, LLC | 79016010040001 | 15844 Wormer | Redford |
| Tom Haner | MHC Michigan Re LLC | 0427126012 | 50 West Burdick | Oxford |
| Tom Haner | MHC Michigan Re LLC | 0605226017 | 2420 Houser Road | Holly |
| Tom Haner | MHC Michigan Re LLC | 0834128055 | 5381 Sashabaw Rd | Clarkston |
| Tom Haner | MHC Michigan Re LLC | 1223228017 | 9156 Steephollow | White Lake |
| Tom Haner | MHC Michigan Re LLC | 1312328003 | 2652 W Walton Blvd | Waterford |
| Tom Haner | MHC Michigan Re LLC | 1335178002 | 827 Ledyard | Waterford |
| Tom Haner | MHC Michigan Re LLC | 1727180030 | 934 Lucille | Wolverine Lake |
| Tom Haner | MHC Michigan Re LLC | 1913452012 | Hill Dr | Bloomfield Hills |
| Tom Haner | MHC Michigan Re LLC | 2302278021 | 32235 Middlebelt Rd | Farmington Hills |
| Tom Haner | MHC Michigan Re LLC | 2527181055 | 259 E Oakridge St | Ferndale |
| Tom Haner | MHC Michigan Re LLC | 1308177015 | 6609 Lanman Dr | Waterford |
| Tom Haner | MHC Michigan Re, LLC | 0910351024 | 53612 Katarina Dr | Chesterfield Tw |
| Tom Haner | MHC Michigan Re, LLC | 1025404006 | 14566 Joanise Dr | Sterling Heights |
| Tom Haner | MHC Michigan RE, LLC | 1134129013 | 2071 S Milford | Highland Twp |
| Michael DiGiovanni | Michael DiGiovanni | 1430227015 | 16445 Chesterfield | Eastpointe |
| Michael Huffer | Michael Huffer | 1417305046 | 17119 Cross | Roseville |
| Michelle Peterson | Michelle Peterson | 0724103004 | 7245 Bluewater Dr | Clarkston |
| Domenic Belcastro | Oakhill Clinton LLC | 1108452012 | 41231 Oak Hill Drive | Clinton Twp |
| Domenic Belcastro | Oakhill Clinton, LLC | 0726276012 | 9368 Debby Jo | Clarkston |
| Johnny Gupta | Jgupta Investments, LLC | 2532104056 | 21900 Eastwood St. | oak Park |
| George Mortis | GCM Investments | 1901403111 | 1143 Timberview Trl | Bloomfield Hills |
| Brian Henderson | BMH Investments, LLC | 2407326036 | 26620 Farmbrook Villa Dr | Southfield |
| Steve Riebel | RCSR Leonard. LLC | 05-12-376-001 | Vacant Land Leonard Rd. | Addison Twp |
| Steve Riebel | RCSR Leonard. LLC | 05-12-451-001 | Vacant Land Leonard Rd. | Addison Twp |
| Steve Riebel | RCSR Leonard. LLC | 05-12-401-001 | Vacant Land Leonard Rd. | Addison Twp |
| Richard Paschen | Rick Paschen | 1419353061 | 25167 Leach | Roseville |
| Richard Paschen | Rick Paschen | 1405456031 | 17805 Summer Lane | Fraser |
| Richard Paschen | Rick Paschen & Mary Paschen | 1419154006 | 26354 Dale Ct. | Roseville |
| Richard Paschen | Rick Paschen & Mary Paschen | 1421178003 | 26334 Arlington | Roseville |
| Sandy Van Dewinkle | Sandy VanDewinkle | 1002352013 | 11848 Delvin | Sterling Heights |
| Dharmender Singh | Singhs Investment, LLC | 1324477037 | 25105 Tecla | Warren |
| Dharmender Singh | Singhs Investment, LLC | 1336104020 | 13712 Marshall | Warren |
| Dharmender Singh | Singhs Investment, LLC | 1429403009 | 23828 Lexington | Eastpointe |
| Dennis Wasko | Aaron Enviornmental Services, LLC | 2503401039 | 1003 Millard Ave | Royal Oak |
| Thomas Lee | T. Lee Holdings, LLC | 1320256142 | 5320 Gina | Warren |
| Thomas Lee | T. Lee Holdings, LLC | 1814276008 | 3085 Moon Lake Drive | West Bloomfield |
| Thomas Lee | T. Lee Holdings, LLC | 1814276107 | 2916 Moon Lake Dr Unit 105 | West Bloomfield |
| Thomas Lee | T. Lee Holdings, LLC | 2407351080 | 26910 W. 12 Mile | Southfield |
| Keith Dunlop | Talon Acquisitions LLC | 2008202130 | 5826 Dawn Ridge | Troy |
| Larry Forgione | Tayemboo LLC | 1121427024 | 37683 Charter Oaks | Clinton Township |
| Larry Forgione | Tayemboo LLC | 1327407023 | 11251 Essex | Warren |
| Larry Forgione | Tayemboo LLC | 1334451008 | 11259 Sherman | Warren |
| Larry Forgione | Tayemboo LLC | 1408177083 | 30229 Utica #229D Unit 62 | Roseville |
| Larry Forgione | Tayemboo LLC | 1419304032 | 25971 Dale | Roseville |
| Larry Forgione | Tayemboo LLC | 1429305021 | 23147 Donald | Eastpointe |
| Larry Forgione | Tayemboo LLC | 2425133001 | 17161 Richard | Southfield |
| Larry Forgione | Tayemboo LLC | 2427301013 | 21510 McClung | Southfield |
| Larry Forgione | Tayemboo LLC | 2436201023 | 22300 Lucerne | Southfield |
| Larry Forgione | Tayemboo LLC | 2522452024 | 1228 Wyandotte | Royal Oak |
| Larry Forgione | Tayemboo LLC | 2536427002 | 1540 E. Madge | Hazel Park |
| Larry Forgione | Tayemboo LLC | 79025030077000 | 24745 Ross | Redford |
| Steve Riebel | Team Riebel Investments 10, LLC | 0832277031 | 6710 Ridgeview | Clarkston |
| Steve Riebel | Team Riebel Investments 5, LLC | 1310251002 | 11030 Olive | Warren |
| Kevin Schierlinger | Teresa Schierlinger | 2526177011 | 2140 Garfield | Ferndale |
| Thomas Lee | Thomas Lee | 2025208005 | 2590 Parasol Dr | Troy |
| Frank Giannetti | Trio Investment Properties LLC | 0922307050 | 48520 Sugarbush | Chesterfirld |
| Frank Giannetti | Trio Investment Properties LLC | 0729306051 | 47504 Greenview | Shelby Twp |
| Frank Giannetti | Trio Investment Properties LLC | 0922307050 | 13857 Grey | Warren |
| Frank Giannetti | Trio Investment Properties LLC | 0930327018 | 25919 New Forest Court | Chesterfield |
| Frank Giannetti | Trio Investment Properties LLC | 1003431006 | 11374 Farthing Dr | Sterling Heights |
| Frank Giannetti | Trio Investment Properties LLC | 1032277006 | 5380 Kreger | Sterling Heights |
| Frank Giannetti | Trio Investment Properties LLC | 1107176034 | 42304 Ehrke | Clinton Twp |
| Frank Giannetti | Trio Investment Properties LLC | 1121403017 | 37070 Brynford | Clinton Township |
| Frank Giannetti | Trio Investment Properties LLC | 1122353001 | 37160 Emery | Clinton Twp |
| Frank Giannetti | Trio Investment Properties LLC | 1310480006 | 29120 Desmond | Warren |
| Frank Giannetti | Trio Investment Properties LLC | 1322151017 | 8043 Virginia Park | Center Line |
| Frank Giannetti | Trio Investment Properties LLC | 1323379004 | 25120 Roan | Warren |
| Frank Giannetti | Trio Investment Properties LLC | 1325280005 | 24274 Eleanor | Warren |
| Frank Giannetti | Trio Investment Properties LLC | 1325454044 | 23053 Columbus | Warren |
| Frank Giannetti | Trio Investment Properties LLC | 1407251006 | 15837 Flanagan | Roseville |

| Name | Entity | Parcel ID | Address | City |
|---|---|---|---|---|
| Frank Giannetti | Trio Investment Properties LLC | 1417278007 | 18504 Victor | Roseville |
| Frank Giannetti | Trio Investment Properties LLC | 1419152002 | 15214 Petrie St. | Roseville |
| Frank Giannetti | Trio Investment Properties LLC | 1521351060 | 1936 White Birch Ct | Rochester Hills |
| Frank Giannetti | Trio Investment Properties LLC | 1834327113 | 6918 Pebble Park | West Bloomfield |
| Frank Giannetti | Trio Investment Properties LLC | 2523256019 | 26137 Brettonwoods | Madison Heights |
| Frank Giannetti | Trio Investment Properties LLC | 0307378004 | 405 Schoolhouse | Ortonville |
| Frank Giannetti | Trio Investment Properties LLC | 0921102084 | 50504 Bay Run N | Chesterfield |
| Frank Giannetti | Trio Investment Properties, LLC | 0335126013 | 70661 Natures Way | Richmond |
| Frank Giannetti | Trio Investment Properties, LLC | 0929353015 | 47314 Atwater | Chesterfield |
| Frank Giannetti | Trio Investment Properties, LLC | 1123182002 | 38608 Meadowdale | Clinton Twp |
| Frank Giannetti | Trio Investment Properties, LLC | 1219376020 | 26500 Hickler Lane | Harrison Twp |
| Frank Giannetti | Trio Investment Properties, LLC | 1230233057 | 27875 Moran | Harrison Twp. |
| Frank Giannetti | Trio Investment Properties, LLC | 1305151002 | 32376 Ryan Road | Warren |
| Frank Giannetti | Trio Investment Properties, LLC | 1315351035 | 8223 Vermont | Warren |
| Frank Giannetti | Trio Investment Properties, LLC | 1325454013 | 23108 Bolam | Warren |
| Frank Giannetti | Trio Investment Properties, LLC | 1325455001 | 23290 Columbus | Warren |
| Frank Giannetti | Trio Investment Properties, LLC | 1327107024 | 8277 Edward | Center Line |
| Frank Giannetti | Trio Investment Properties, LLC | 1415103023 | 21112 St. Gertrude | St. Clair Shores |
| Frank Giannetti | Trio Investment Properties, LLC | 1519426022 | 1663 Riverside #22 | Rochester Hills |
| Frank Giannetti | Trio Investment Properties, LLC | 1801477003 | 2365 Middlebelt | West Bloomfield |
| Frank Giannetti | Trio Investment Properties, LLC | 1806454025 | 2450 Maybury Street | West Bloomfield |
| Frank Giannetti | Trio Investment Properties, LLC | 2414101209 | 28606 N Regent Ct. | Southfield |
| Steve Riebel | TRS, LLC | 0224331017 | 23633 Provincial Ct | Armada |
| Tom Haner | Twin Pines Properties, LLC | 0435177001 | 132 Kintyre | Oxford |
| Tom Haner | Twin Pines Properties, LLC | 2535204014 | 337 W. Woodruff Ave | Hazel Park |
| Susan Boggs | U-Win Properties | 2435405010 | 21326 Greenview | Southfield |
| Robert Van Goethem | Van G's Investments, LLC | 0836327014 | 23770 Lynnhurst | Macomb Twp |
| William Brauning | Web Properties, LLC | 1324304019 | 13870 Hovey | Warren |
| William Brauning | Web Properties, LLC | 1430232017 | 16861 May | Eastpointe |
| Frank Giannetti | Yvonne Giannetti | 1327252036 | 24114 Rosemarie | Warren |
| Thomas Lee | T. Lee Holdings, LLC | 0914209012 | 52469 Savannah Ln | Chesterfield |
| Peter Marrocco | 12440 Mair Group, LLC | 1032227001 | 34650 Davison | Sterling Heights |
| David Wilson | 25234 Barbara Group, LLC | 1420477010 | 25234 Barbara | Roseville |
| David Wilson | David M Wilson | 1433457042 | 21811 E 8 Mile Rd | St. Clair Shores |
| Dennis Hadel | DJH INVESTMENT HOLDINGS LLC | 1419252022 | 26307 Grandmont | Roseville |
| Frank Giannetti | Trio Investment Properties, LLC | 1114261129 | 98 NB Gratiot Loft 29 | Mt Clemens |
| Frank Giannetti | Trio Investment Properties, LLC | 1320256084 | 5347 Laura Dr | Warren |
| Frank Giannetti | Trio Investment Properties, LLC | 1417331033 | 17499 Ivanhoe | Roseville |
| Frank Salamone | FSA Properties, LLC | 1312477026 | 29297 Hayes #26 | Warren |
| Joe Lia | MACOMB LAND MANAGEMENT LLC | 1429377035 | 22757 Brittany Ave | Eastpointe |
| Karen Confer | KMC Properties, LLC | 1428126038 | 24935 Mabray | Eastpointe |
| Kevin Schierlinger | K N S CAPITAL LLC | 1433361055 | 20813 eastlawn | St. Clair Shores |
| Larry Forgione & Joe Lia | TAYEMBOO LLC | 1327378022 | 8441 Continental Ave | Warren |
| Meram Brothers | MERAM BROS PROPERTIES LLC | 0731301014 | 45900 Dequindre | Shelby Twp |
| Dennis Hadel | DJH Investment Holding, LLC | 1330353028 | 2071 Los Angeles | Warren |
| Benjamin Pultorak | Big B's LLC | 1402177011 | 22912 Brookdale Blvd | St. Clair Shores |
| First Ten, LLC | First Ten, LLC | 1418354006 | 27330 Leroy St | Roseville |
| Dave Wilson | 963 W Stephens Group Llc | 1419402003 | 25660 Cole St | Roseville |
| Randy Szarek | 31042 GARDENDALE GROUP LLC | 1417478052 | 18550 Beechwood St | Roseville |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1215179088 | 32081 N River Unit 88 | Harrison Twp |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1325479050 | 22767 Hayes Avenue | Eastpointe |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1331153016 | 1984 Garrick Ave | Warren |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1333206015 | 7244 Dodge | Warren |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1408177061 | 30221 Utica Rd. #40 | Roseville |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1433361075 | 19723 East 8 mile road | St Clair Shores |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1434281002 | 23004 Doremus | St. Clair Shores |
| Raymond Confer | 30562 BERGHWAY TRAIL GROUP LLC | 1308206115 | 30562 Berghway Trail Unit 115 | Warren |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1322153012 | 8074 Lillian | Center Line |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1328426010 | 7504 Stephens | Center Line |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1332477026 | 21163 Syracuse Ave | Warren |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1409102044 | 19040 E 13 Mile Rd | Roseville |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1429179007 | 24408 Lambrecht Ave | Eastpointe |
| Raymond Confer | CONFER INVESTMENT PROPERTIES LLC | 1431205009 | 22476 Boulder | Eastpointe |
| Robert Van Goethem | VAN GS INVESTMENTS LLC | 1427329020 | 22030 Stephens | Saint Claire Shores |
| Sherry Crifasi | CRIFASI HOLDINGS LLC | 1321228009 | 7300 Menge St | Centerline |
| Thomas Caramagno & Gus Sweis | Capital Asset Group LLC | 1334330014 | 8415 Sherman | Warren |
| Thomas Lee | T. Lee Holdings, LLC | 1136231033 | 35150 North Bay Circle #25 | Harrison Twp |
| Tom Haner | MHC Michigan RE, LLC | 1735154027 | 428 Gamma | Walled Lake |
| Dale Hadel | KKJ INVESTMENTS Holdings, LLC | 0428304007 | 515 Maloney | Oxford |
| Tom Haner | MHC Michigan RE, LLC | 46058010125000 | 16900 Mayfield | Livonia |
| Lance Avery | Meridian Holdings, LLC | 1121157022 | 37977 Moravian | Clinton Township |
| Lance Avery | Meridian Holdings, LLC | 1418353002 | 27379 Leroy | Roseville |
| Lance Avery | Meridian Holdings, LLC | 1416309023 | 27441 Tighe | Roseville |
| Lance Avery | Meridian Holdings, LLC | 1332255024 | 22217 Cyman | Warren |
| Lance Avery | Meridian Holdings, LLC | 1319179004 | 26118 Colman | Warren |